HUNTON & WILLIAMS LLP
BELYNDA RECK (SBN 163561)
CHRIS AMANTEA (SBN 147339)
DIANA BIASON (SBN 247274)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532 - 2000
Facsimile: (213) 532 - 2020
E-mail:  breck@hunton.com
         camantea@hunton.com
         dbiason@hunton.com

Attorneys for Plaintiff
GEORGIA-PACIFIC LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br><br>Plaintiff,<br><br>v.<br><br>OFFICEMAX INCORPORATED and BOISE CASCADE, L.L.C.,<br><br>Defendants. | CASE NO.: 12-02797 DMR[1]<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |

---

[1] Plaintiff Georgia-Pacific LLC does not consent to proceed before a magistrate judge and is filing a declination and request for reassignment to a United States District Judge concurrently herewith.

**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**
**CASE NO. 12-02797 DMR**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that, subject to the approval of the Court, Plaintiff Georgia-Pacific LLC ("Georgia-Pacific"), substitutes Belynda Reck (State Bar No. 163561), Chris Amantea (State Bar No. 147339), and Diana Biason (State Bar No. 247274) of the law firm of Hunton & Williams LLP as counsel of record in the above-captioned matter in place of Ivor E. Samson, Steven H. Frankel, and Matthew Adams of the law firm of SNR Denton US LLP.

I consent to the above substitution.

Dated: July 25, 2012              GEORGIA-PACIFIC LLC

                                  By: _____
                                  Christopher Graham, Esq.
                                  On behalf of Georgia-Pacific LLC

I consent to the above substitution.

Dated: _____, 2012           SNR DENTON US LLP


                                  By: _____
                                  Ivor E. Samson, Esq.

1

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
CASE NO. 12-02797 DMR

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that, subject to the approval of the Court, Plaintiff Georgia-Pacific LLC ("Georgia-Pacific"), substitutes Belynda Reck (State Bar No. 163561), Chris Amantea (State Bar No. 147339), and Diana Biason (State Bar No. 247274) of the law firm of Hunton & Williams LLP as counsel of record in the above-captioned matter in place of Ivor E. Samson, Steven H. Frankel, and Matthew Adams of the law firm of SNR Denton US LLP.

I consent to the above substitution.

Dated: _____, 2012                           GEORGIA-PACIFIC LLC

By:_____
Christopher Graham, Esq.
On behalf of Georgia-Pacific LLC

I consent to the above substitution.

Dated: [signature]/0 4, 2012                      SNR DENTON US LLP

By: [signature]
Ivor E. Samson, Esq.

---

1

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER
CASE NO. 12-02797 DMR

|   |   |   |
|---|---|---|
| Dated: _____, 2012 | | SNR DENTON US LLP |

By: _____
Steven H. Frankel, Esq.

Dated: _____, 2012         SNR DENTON US LLP

By: _____
Matthew Adams, Esq.

I consent to the above substitution, and am duly admitted to practice in this District.

Dated: July 25, 2012         HUNTON & WILLIAMS LLP

By: _____
Belynda Reck, Esq.

Dated: July 25, 2012         HUNTON & WILLIAMS LLP

By: _____
Chris Amantea, Esq.

1
2  Dated: *July 25*, 2012                HUNTON & WILLIAMS LLP
3
4
5                                         By: /s/ Clark
6                                         Diana Biason, Esq.
7
8  The substitution of attorney is hereby approved.  **IT IS SO ORDERED.**
9
10
11 Dated: 7/31, 2012                      /s/ Richard Seeborg
                                          United States District Court Judge
12
13
...
28

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

29073.000398 EMF_US 41262748v1

3

**SUBSTITUTION OF ATTORNEY AND [~~PROPOSED~~] ORDER**
**CASE NO. 12-02797 DMR**