| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | MARK E. ELLIOTT #157759 |
| 2 | mark.elliott@pillsburylaw.com |
|   | 725 South Figueroa Street, Suite 2800 |
| 3 | Los Angeles, CA 90017-5406 |
|   | Telephone: (213) 488-7100 |
| 4 | Facsimile: (213) 629-1033 |
| 5 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | AMY E. GAYLORD #217553 |
| 6 | amy.gaylord@pillsburylaw.com |
|   | Four Embarcadero Center, 22nd Floor |
| 7 | San Francisco, CA 94111 |
|   | Telephone: (415) 983-1000 |
| 8 | Facsimile: (415) 983-1200 |
| 9 | Attorneys for Defendants, Counter-Claimants, and Third-Party Plaintiffs |
|   | OFFICEMAX INCORPORATED AND BOISE CASCADE, L.L.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC LLC, | No. 12-02797 RS |
| Plaintiff, | [PROPOSED] ORDER RE JOINT STIPULATION REGARDING DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BOISE CASCADE, L.L.C. AND DISMISSAL WITHOUT PREJUDICE OF THE COUNTERCLAIMS AND THIRD PARTY CLAIMS OF BOISE CASCADE. L.L.C. |
| v. | |
| OFFICEMAX INCORPORATED and BOISE CASCADE, L.L.C., | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |
| OFFICEMAX INCORPORATED and BOISE CASCADE, L.L.C., | |
| Third-Party Plaintiffs, | |
| v. | |
| LOUISIANA-PACIFIC CORPORATION, CITY OF FORT BRAGG, and DOES 1-10 inclusive, | |
| Third-Party Defendants. | |

601927238v1

- 1 -

The Court has considered the **JOINT STIPULATION REGARDING DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BOISE CASCADE, L.L.C. AND DISMISSAL WITHOUT PREJUDICE OF THE COUNTERCLAIMS AND THIRD PARTY CLAIMS OF BOISE CASCADE, L.L.C.** filed by Georgia-Pacific, L.L.C ("Georgia-Pacific"), OfficeMax Incorporated; Boise Cascade, L.L.C. ("Boise Cascade"); Louisiana-Pacific Corporation ("Louisiana-Pacific"); and the City of Fort Bragg ("City"). After consideration, and finding good cause, the Court hereby orders as follows:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Boise Cascade is dismissed without prejudice from the First Amended Complaint and from all counterclaims, third party claims, and crossclaims in this action.

2. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Boise Cascade's First Amended Third Party Complaint against the City and Louisiana-Pacific and its counterclaims against Georgia-Pacific are dismissed without prejudice.

3. Each party shall bear its own costs and attorneys' fees incurred in connection with these dismissals.

IT IS SO ORDERED.

Dated: May 20, 2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE