HUNTON & WILLIAMS LLP
Belynda Reck (SBN 163561)
Diana Biason (SBN 247274)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020
E-mail: breck@hunton.com
          dbiason@hunton.com

Attorneys for Plaintiff and Counter-Defendant
GEORGIA-PACIFIC LLC

[*Counsel Listing Continued on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>OFFICEMAX INCORPORATED,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.: 12-02797 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FILING OF SECOND AMENDED COMPLAINT** |
| OFFICEMAX INCORPORATED,<br><br>            Third-Party Plaintiffs,<br><br>     v.<br><br>LOUISIANA-PACIFIC CORPORATION, CITY OF FORT BRAGG and DOES 1-10 inclusive,<br><br>            Third-Party Defendants.<br><br>AND RELATED COUNTERCLAIMS | Judge: Hon. Richard Seeborg<br><br>Complaint Filed: May 31, 2012<br>Amd. Complaint Filed: June 4, 2012<br>3P Complaint Filed: August 30, 2012<br>1st Amd. 3P Cplt. Filed: October 31, 2012<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| 1 | HUNTON & WILLIAMS LLP |
| | Jeffrey N. Martin  (Admitted *Pro Hac Vice*) |
| 2 | 2200 Pennsylvania Avenue, N.W. |
| | Washington, D.C.  20037 |
| 3 | Telephone: (202) 955-1552 |
| | E-mail:  jmartin@hunton.com |
| 4 | |
| | Attorneys for Plaintiff and Counter-Defendant |
| 5 | GEORGIA-PACIFIC LLC |

Plaintiff and Counter-Defendant Georgia-Pacific LLC ("Georgia-Pacific"), Defendant and Counter-Plaintiff OfficeMax Incorporated ("OfficeMax"), Third-Party Defendant Louisiana-Pacific Corporation ("Louisiana-Pacific"), and Third-Party Defendant City of Fort Bragg (collectively "the parties") stipulate and declare as follows:

**WHEREAS**, Georgia-Pacific filed its First Amended Complaint against OfficeMax and Boise Cascade, L.L.C. ("Boise Cascade") on June 4, 2012;

**WHEREAS**, OfficeMax and Boise Cascade filed their Amended Third-Party Complaint against Louisiana-Pacific Corporation ("Louisiana-Pacific") and City of Fort Bragg on October 31, 2012;

**WHEREAS**, the parties and Boise Cascade stipulated to the dismissal of Boise Cascade on May 14, 2013;

**WHEREAS**, Georgia-Pacific has now amended its First Amended Complaint to remove Boise-Cascade as a defendant and to assert the same claims against Louisiana-Pacific and City of Fort Bragg as OfficeMax and Boise Cascade asserted against those parties in their Amended Third-Party Complaint; and

**WHEREAS**, nothing in this stipulation is or shall be construed as an admission regarding any portion of the Second Amended Complaint.

**NOW, THEREFORE**, the parties through their respective attorneys of record, stipulate that Georgia-Pacific LLC may file a Second Amended Complaint, a copy of which is attached hereto.

DATED: May 20, 2013     HUNTON & WILLIAMS LLP

By: /s/ Belynda Reck
Belynda Reck
Attorney for Plaintiff and Counter-Defendant
GEORGIA-PACIFIC LLC

| | | |
|---|---|---|
| DATED: May 20, 2013 | | PILLSBURY WINTHROP SHAW PITTMAN |
| | By: | /s/ Mark Elliott |
| | | Mark Elliott |
| | | Attorney for Defendant and Counter-Plaintiff |
| | | OFFICEMAX INCORPORATED |
| DATED: May 20, 2013 | | BASSI EDLIN HUIE & BLUM LLP |
| | By: | /s/ Noel Edlin |
| | | Noel Edlin |
| | | Attorney for Third-Party Defendant |
| | | THE CITY OF FORT BRAGG |
| DATED: May 20, 2013 | | BRADLEY ARANT BOULT CUMMINGS LLP |
| | By: | /s/ Tara Sky Woodward |
| | | Tara Sky Woodward |
| | | Attorney for Third-Party Defendant |
| | | LOUISIANA-PACIFIC CORPORATION |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 5/20/13

Hon. Richard Seeborg
United States District Judge

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627