HUNTON & WILLIAMS LLP
Belynda Reck (SBN 163561)
Diana Biason (SBN 247274)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020
E-mail: breck@hunton.com
         dbiason@hunton.com

Attorneys for Plaintiff and Counter-Defendant
GEORGIA-PACIFIC LLC

[*Counsel Listing Continued on Next Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICEMAX INCORPORATED,<br><br>    Defendant.<br>_____<br>AND RELATED COUNTERCLAIMS<br><br>OFFICEMAX INCORPORATED,<br><br>    Third Party Plaintiffs,<br><br>v.<br><br>LOUISIANA-PACIFIC CORPORATION, CITY OF FORT BRAGG and DOES 1-10 inclusive,<br><br>    Third-Party Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | CASE NO.: 12-02797 WHO<br><br>**STIPULATION AND ORDER REGARDING FILING OF OPPOSITION TO AND REPLY IN SUPPORT OF OFFICEMAX'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: May 31, 2012<br>Amd. Complaint Filed: June 4, 2012<br>2nd Amd. Complaint Filed: May 21, 2012<br>3P Complaint Filed: August 30, 2012<br>1st Amd. 3P Cplt. Filed: October 31, 2012<br><br>JURY TRIAL DEMANDED |

1  HUNTON & WILLIAMS LLP
   Jeffrey N. Martin  (Admitted *Pro Hac Vice*)
2  2200 Pennsylvania Avenue, N.W.
   Washington, D.C.  20037
3  Telephone: (202) 955-1552
   E-mail:  jmartin@hunton.com
4
   Attorneys for Plaintiff and Counter-Defendant
5  GEORGIA-PACIFIC LLC

**Hunton & Williams LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

2

STIPULATION AND ORDER REGARDING FILING OF OPPOSITION TO
AND REPLY IN SUPPORT OF OFFICEMAX'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 12-02797 WHO

Plaintiff and Counter-Defendant Georgia-Pacific LLC ("Georgia-Pacific") and Defendant and Counter-Plaintiff OfficeMax Incorporated ("OfficeMax") stipulate and declare as follows:

**WHEREAS**, OfficeMax filed its Motion for Summary Judgment on claims asserted against it by Georgia-Pacific on June 24, 2013;

**WHEREAS**, pursuant to N. D. Cal. Local Rule 7-3(a), Georgia-Pacific's Opposition to OfficeMax's Motion for Summary Judgment is due July 8, 2013;

**WHEREAS**, pursuant to N. D. Cal. Local Rule 7-3(c), OfficeMax's Reply in Support of its Motion for Summary Judgment is due July 15, 2013;

**WHEREAS**, pursuant to N. D. Cal. Local Rule 6-2(a), Georgia-Pacific and OfficeMax may stipulate to extend time frames set in the Local Rules;

**WHEREAS**, the hearing on OfficeMax's Motion for Summary Judgment is currently set for September 11, 2013 and this Stipulation will not alter the date of any event or any deadline already fixed by Court order;

**WHEREAS**, Georgia-Pacific needs additional time to file an Opposition to OfficeMax's Motion for Summary Judgment and OfficeMax needs additional time to file its Reply in Support of its Motion for Summary Judgment because the parties are preparing for private mediation set for July 29-30, 2013;

**WHEREAS**, Louisiana-Pacific Corporation and the City of Fort Bragg have indicated that they have no objection to the extension of the briefing schedule; and

**WHEREAS**, nothing in this stipulation is or shall be construed as an admission regarding any portion of OfficeMax's Motion for Summary Judgment.

**NOW, THEREFORE**, the parties through their respective attorneys of record, stipulate as follows:

3

STIPULATION AND ORDER REGARDING FILING OF OPPOSITION TO
AND REPLY IN SUPPORT OF OFFICEMAX'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 12-02797 WHO

1. The deadline for Georgia-Pacific to file its Opposition to OfficeMax's Motion for Summary Judgment is extended up to and including July 24, 2013.

2. The deadline for OfficeMax to file its Reply to Georgia-Pacific's Opposition to OfficeMax's Motion for Summary Judgment is extended up to and including August 7, 2013.

3. The hearing on this matter will take place on September 11, 2013.

DATED: July 2, 2013    HUNTON & WILLIAMS LLP

By: /s/
Belynda Reck
Attorney for Plaintiff and Counter-Defendant
GEORGIA-PACIFIC LLC

DATED: July 2, 2013    PILLSBURY WINTHROP SHAW PITTMAN

By: /s/
Mark Elliott
Attorney for Defendant and Counter-Plaintiff
OFFICEMAX INCORPORATED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 2, 2013

Hon. William H. Orrick
United States District Judge

4

STIPULATION AND ORDER REGARDING FILING OF OPPOSITION TO
AND REPLY IN SUPPORT OF OFFICEMAX'S MOTION FOR SUMMARY JUDGMENT
CASE NO. 12-02797 WHO

29073.000398 EMF_US 46275470v1