1  HUNTON & WILLIAMS LLP
   Belynda Reck (SBN 163561)
2  Diana Biason (SBN 247274)
   550 South Hope Street, Suite 2000
3  Los Angeles, California  90071-2627
   Telephone: (213) 532-2000
4  Facsimile: (213) 532-2020
   E-mail: breck@hunton.com
5          dbiason@hunton.com

6  HUNTON & WILLIAMS LLP
7  Jeffrey N. Martin  (*Admitted Pro Hac Vice*)
   2200 Pennsylvania Avenue, N.W.
8  Washington, D.C.  20037
   Telephone: (202) 955-1552
9  Facsimile: (202) 862-3607
   E-mail: jmartin@hunton.com
10

11 Attorneys for Plaintiff and Counter-Defendant
   GEORGIA-PACIFIC LLC

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| 16 | GEORGIA-PACIFIC LLC, | CASE NO.:  12-02797-WHO |
|---|---|---|
| 17 | Plaintiff, | **STIPULATION AND ORDER FOR MODIFICATION OF DISCOVERY DEADLINES AND TRIAL SCHEDULE** |
| 18 | v. | |
| 19 | OFFICEMAX INCORPORATED, LOUISIANA-PACIFIC CORPORATION, AND THE CITY OF FORT BRAGG, | |
| 20 | | Judge: Hon. William H. Orrick |
| 21 | | |
| 22 | Defendants. | Complaint Filed: May 31, 2012 |
| 23 | _____ | Amd. Complaint Filed: June 4, 2012<br>2nd Amd. Complaint Filed: May 21, 2013 |
| 24 | AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | JURY TRIAL DEMANDED |

25

26

27

28

Plaintiff and Counter-Defendant Georgia-Pacific LLC ("Georgia-Pacific"), Defendant and Counter-Plaintiff OfficeMax Incorporated ("OfficeMax"), Defendant and Counter-Plaintiff Louisiana-Pacific Corporation ("Louisiana-Pacific"), and Defendant and Counter-Plaintiff City of Fort Bragg (collectively "the parties") hereby agree and, pursuant to the September 11, 2013 case management conference in which the case schedule was discussed and the parties received the Court's guidance on the trial schedule, respectfully request that the Court modify the case schedule as follows:

1. FACT DISCOVERY. On or before July 10, 2014 (an extension from December 31, 2013) all non-expert discovery shall be completed by the parties.

2. EXPERT WITNESSES. The disclosure and discovery of expert witnesses and opinions shall proceed as follows:

    A. On or before May 16, 2014 (an extension from January 31, 2014) Georgia-Pacific will make initial expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2).

    B. On or before July 2, 2014 (an extension from January 31, 2014) all parties other than Georgia-Pacific will make initial expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2).

    C. On or before August 1, 2014, (an extension from February 20, 2014) all parties will make rebuttal expert disclosures in accordance with the Federal Rule of Civil Procedure 26(a)(2).

    D. On or before September 2, 2014 (an extension from April 15, 2014), all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3. PRETRIAL MOTIONS. All pretrial dispositive motions shall be heard no later than October 1, 2014 (an extension from July 17, 2014).

4. PRETRIAL CONFERENCE. The pretrial conference will be held on December 15, 2014 at 2:00 p.m.

5. TRIAL. Jury trial will be set for January 5, 2015 at 8:30 a.m.

6. FURTHER CASE MANAGEMENT CONFERENCE. A case management conference will be set for March 18, 2014 at 2:00 p.m. The case management conference set for January 9, 2014 is vacated.

7. The parties agree that no party deposition notices will be served or production of electronic discovery will occur until the earlier of December 3, 2013 or the day after the next mediation session with Judge Phillips is completed, which mediation is scheduled for November 8, 2013 and/or December 2, 2013, and that other party discovery will be limited to third-party discovery related to potential insurance issues, responses to the existing discovery requests of the City of Fort Bragg, follow-up on or additional document subpoenas to third-parties, and informal site visits by expert witnesses.

8. The parties further agree they will meet and confer in good faith with the goal of obtaining a stipulation regarding the production of Electronically Stored Information ("ESI") such that an agreement on the protocol for production of ESI would be in place to allow preparation for production to begin on December 3, 2013.

No party will use the signing of this stipulation against any other party in connection with seeking or opposing further extensions.

DATED: September 12, 2013          HUNTON & WILLIAMS LLP


By: /s/ Belynda Reck
    Belynda Reck
    Attorney for Plaintiff and Counter-Defendant
    GEORGIA-PACIFIC LLC

DATED: September 12, 2013     LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ R. Gaylord Smith
R. Gaylord Smith
Attorney for Defendant, Counter-Plaintiff
OFFICEMAX INCORPORATED

DATED: September 12, 2013     BASSI EDLIN HUIE & BLUM LLP

By: /s/ Noel Edlin
Noel Edlin
Attorney for Defendant and Counter-Plaintiff
THE CITY OF FORT BRAGG

DATED: September 12, 2013     BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ Tara Sky Woodward
Tara Sky Woodward
Attorney for Defendant and Counter-Plaintiff
LOUISIANA-PACIFIC CORPORATION

** Filer attests that concurrence in the filing of this document has been obtained from R. Gaylord Smith, Tara Sky Woodward, and Noel Edlin.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 13, 2013

Hon. William H. Orrick
United States District Judge