HUNTON & WILLIAMS LLP
Belynda Reck (SBN 163561)
Diana Biason (SBN 247274)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020
E-mail: breck@hunton.com
         dbiason@hunton.com

HUNTON & WILLIAMS LLP
Jeffrey N. Martin (*Admitted Pro Hac Vice*)
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 955-1552
Facsimile: (202) 862-3607
E-mail: jmartin@hunton.com

Attorneys for Plaintiff and Counter-Defendant
GEORGIA-PACIFIC LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br><br>Plaintiff,<br><br>v.<br><br>OFFICEMAX INCORPORATED, LOUISIANA-PACIFIC CORPORATION, AND THE CITY OF FORT BRAGG,<br><br>Defendants.<br><br>_____<br>AND RELATED COUNTERCLAIMS AND CROSSCLAIMS | CASE NO.: 12-02797-WHO<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF DISCOVERY DEADLINES AND TRIAL SCHEDULE**<br><br>Judge: Hon. William H. Orrick<br><br>Complaint Filed: May 31, 2012<br>Amd. Complaint Filed: June 4, 2012<br>2nd Amd. Complaint Filed: May 21, 2013<br><br>JURY TRIAL DEMANDED |

Plaintiff and Counter-Defendant Georgia-Pacific LLC ("Georgia-Pacific"), Defendant and Counter-Plaintiff OfficeMax Incorporated ("OfficeMax"), Defendant and Counter-Plaintiff Louisiana-Pacific Corporation ("Louisiana-Pacific"), and Defendant and Counter-Plaintiff City of Fort Bragg (collectively "the parties") hereby agree and, pursuant to the September 11, 2013 case management conference in which the case schedule was discussed and the parties received the Court's guidance on the trial schedule, respectfully request that the Court modify the case schedule as follows:

1. FACT DISCOVERY. On or before July 10, 2014 (an extension from December 31, 2013) all non-expert discovery shall be completed by the parties.

2. EXPERT WITNESSES. The disclosure and discovery of expert witnesses and opinions shall proceed as follows:

A. On or before May 16, 2014 (an extension from January 31, 2014) Georgia-Pacific will make initial expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before July 2, 2014 (an extension from January 31, 2014) all parties other than Georgia-Pacific will make initial expert disclosures in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before August 1, 2014, (an extension from February 20, 2014) all parties will make rebuttal expert disclosures in accordance with the Federal Rule of Civil Procedure 26(a)(2).

D. On or before September 2, 2014 (an extension from April 15, 2014), all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3. PRETRIAL MOTIONS. All pretrial dispositive motions shall be heard no later than October 1, 2014 (an extension from July 17, 2014).

4. PRETRIAL CONFERENCE. The pretrial conference will be held on December 15, 2014 at 2:00 p.m.

5.  TRIAL.  Jury trial will be set for January 5, 2015 at 8:30 a.m.

6.  FURTHER CASE MANAGEMENT CONFERENCE.  A case management conference will be set for March 18, 2014 at 2:00 p.m.  The case management conference set for January 9, 2014 is vacated.

7.  The parties agree that no party deposition notices will be served or production of electronic discovery will occur until the earlier of December 3, 2013 or the day after the next mediation session with Judge Phillips is completed, which mediation is scheduled for November 8, 2013 and/or December 2, 2013, and that other party discovery will be limited to third-party discovery related to potential insurance issues, responses to the existing discovery requests of the City of Fort Bragg, follow-up on or additional document subpoenas to third-parties, and informal site visits by expert witnesses.

8.  The parties further agree they will meet and confer in good faith with the goal of obtaining a stipulation regarding the production of Electronically Stored Information ("ESI") such that an agreement on the protocol for production of ESI would be in place to allow preparation for production to begin on December 3, 2013.

No party will use the signing of this stipulation against any other party in connection with seeking or opposing further extensions.

DATED: September 12, 2013        HUNTON & WILLIAMS LLP

By: /s/ Belynda Reck
  Belynda Reck
  Attorney for Plaintiff and Counter-Defendant
  GEORGIA-PACIFIC LLC

| | |
|---|---|
| DATED: September 12, 2013 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: /s/ R. Gaylord Smith<br>R. Gaylord Smith<br>Attorney for Defendant, Counter-Plaintiff<br>OFFICEMAX INCORPORATED |
| DATED: September 12, 2013 | BASSI EDLIN HUIE & BLUM LLP |
| | By: /s/ Noel Edlin<br>Noel Edlin<br>Attorney for Defendant and Counter-Plaintiff<br>THE CITY OF FORT BRAGG |
| DATED: September 12, 2013 | BRADLEY ARANT BOULT CUMMINGS LLP |
| | By: /s/ Tara Sky Woodward<br>Tara Sky Woodward<br>Attorney for Defendant and Counter-Plaintiff<br>LOUISIANA-PACIFIC CORPORATION |

** Filer attests that concurrence in the filing of this document has been obtained from R. Gaylord Smith, Tara Sky Woodward, and Noel Edlin.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 13, 2013

_[signature]_

Hon. William H. Orrick
United States District Judge