Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br>          Plaintiff,<br><br>          v.<br><br>OFFICEMAX INCORPORATED,<br>LOUISIANA-PACIFIC<br>CORPORATION, AND THE CITY OF<br>FORT BRAGG,<br>          Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIMS<br>AND CROSSCLAIMS | CASE NO.:  12-02797-WHO<br><br>**DECLARATION OF HARRY M. JOHNSON, III IN SUPPORT OF LETTER BRIEF OF GEORGIA-PACIFIC LLC REGARDING MOTION FOR PROTECTIVE ORDER**<br><br>[*Letter Brief Regarding Protective Order Filed Concurrently Herewith*]<br><br><br>**Complaint Filed: May 31, 2012<br>Amd. Comp. Filed: June 4, 2012<br>2nd Amd. Comp. Filed: May 21, 2013<br>3P Comp. Filed: August 30, 2012<br>1st Amd. 3P Comp. Filed: October 31, 2012** |

DECLARATION OF HARRY M. JOHNSON, III
CASE NO. 12-02797-WHO

## DECLARATION OF HARRY M. JOHNSON, III

I, Harry M. Johnson, III, declare and state as follows:

1.    I am a partner in the law firm of Hunton & Williams LLP, counsel of record for Georgia-Pacific LLC ("Georgia-Pacific").  I make this declaration in support of Georgia-Pacific's Request for a Protective Order to preclude the deposition of Georgia-Pacific President and CEO James B. Hannan.  I have personal knowledge of the following facts and, if called and sworn, could competently testify as follows:

2.    Attached hereto as Exhibit A is a true and correct copy of the City of Fort Bragg's Notice of Taking Deposition of James Hannan, served on July 23, 2014.

3.    Attached hereto as Exhibit B is a true and correct copy of OfficeMax Incorporated's Joinder in the City of Fort Bragg's Notice of Taking Deposition of James Hannan, served on August 1, 2014.

4.    Attached hereto as Exhibit C is a true and correct copy of the City of Fort Bragg's Second Supplemental Initial Disclosures, served on August 6, 2014.

5.    Defendants have taken the depositions of several Georgia-Pacific current and former employees, including former Vice President of Corporate Real Estate Carol Stephens on February 25, 2014, Assistant General Counsel Michael Davis on February 26, 2014, Senior Vice President Roger Hilarides on March 5, 2014, and former Senior Environmental Consultant Julie Raming on July 30, 2014.

/ / /

/ / /

/ / /

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

DECLARATION OF HARRY M. JOHNSON

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 12th day of August, 2014 at Richmond, Virginia.

_____
Harry M. Johnson, III

**Hunton & Williams LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

29073.000398 EMF_US 51945720v2

# EXHIBIT A
# to
# Declaration of
# Harry M. Johnson, III

NOEL EDLIN, ESQ. (SBN 107796)
nedlin@behblaw.com
FRED M. BLUM, ESQ. (SBN 101586)
fblum@behblaw.com
FARHEENA A. HABIB, ESQ. (SBN 243405)
fhabib@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant/Counterclaimant
THE CITY OF FORT BRAGG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICEMAX INCORPORATED, LOUISIANA-PACIFIC CORPORATION, AND THE CITY OF FORT BRAGG,<br><br>Defendants.<br><br>AND ALL RELATED COUNTER AND CROSS CLAIMS. | Case No. 3:12-cv-02797-WHO<br><br>**DEFENDANT AND COUNTERCLAIMANT THE CITY OF FORT BRAGG'S NOTICE OF TAKING DEPOSITION OF JAMES HANNAN**<br><br>**Date:  September 2, 2014**<br>**Time:  9:00 a.m.**<br>**Place: Lewis Brisbois Bisgaard & Smith**<br>         **1180 Peachtree Road NE**<br>         **Suite 2900**<br>         **Atlanta, GA 30309** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that commencing at 9:00 a.m. on September 2, 2014 and continuing from day to day thereafter excepting holidays and weekends until such deposition is completed, Defendant and Counterclaimant The City of Fort Bragg will take the deposition of James Hannan pursuant to Federal Rule of Civil Procedure 30(b)(1). The deposition will take place at the offices of Lewis, Brisbois, Bisgaard & Smith, 1180 Peachtree Road NE, Suite 2900, Atlanta, GA 30309.

935870

1

The deposition will be taken before a duly licensed court reporter and will be recorded stenographically and/or via video recording. This deposition may also be taken before a videographer and any videotape or digital recording may be intended for possible use at trial.

PLEASE TAKE FURTHER NOTICE that at the time of the deposition, the deponent is requested to produce for copying and inspection writings and other tangible things within his possession, custody or control, described as follows:

Documents, including all Electronically Stored Information, in your possession or control, relating to the Georgia-Pacific mill site located in Fort Bragg, California.

Date:    July 23, 2014                    BASSI, EDLIN, HUIE & BLUM LLP


By:    _____
       FRED M. BLUM
       Attorneys for Defendant
       THE CITY OF FORT BRAGG

935870

2

DEFENDANT AND COUNTERCLAIMANT THE CITY OF FORT BRAGG'S NOTICE OF TAKING
DEPOSITION OF JAMES HANNAN

# EXHIBIT B
# to
# Declaration of
# Harry M. Johnson, III

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
R. GAYLORD SMITH, # 72726
   E-Mail: bob.smith@lewisbrisbois.com
GORDON J. CALHOUN, # 84509
   E-Mail: gordon.calhoun@lewisbrisbois.com
ERNEST SLOME, # 122419
   E-Mail: ernest.slome@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Tel: 619.233.1006 / Fax: 619.233.8627

**LEWIS BRISBOIS BISGAARD & SMITH** LLP
MICHAEL K. JOHNSON, # 130193
   E-Mail: michael.johnson@lewisbrisbois.com
JOSEPH A. SALAZAR JR., # 169551
   E-Mail: joe.salazar@lewisbrisbois.com
TIMOTHY J. SWICKARD, # 208777
   E-Mail: timothy.swickard@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Tel: 415.362.2580 / Fax: 415.434.0882

Attorneys for Defendant,
OFFICEMAX INCORPORATED

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>OFFICEMAX INCORPORATED,<br>LOUISIANA-PACIFIC CORPORATION,<br>and THE CITY OF FORT BRAGG,<br><br>      Defendants,<br><br>AND RELATED COUNTER-CLAIMS. | CASE NO. 3:12-cv-02797 WHO<br><br>**DEFENDANT OFFICEMAX INCORPORATED'S JOINDER TO THE CITY OF FORT BRAGG'S NOTICE OF TAKING DEPOSITION OF JAMES HANNAN; AND REQUEST FOR DOCUMENTS AT DEPOSITION**<br><br>Date:    September 2, 2014<br>Time:   9:00 a.m.<br>Place:   Lewis Brisbois Bisgaard &<br>           Smith LLP<br>           1180 Peachtree Road NE<br>           Atlanta, Georgia 30309 |

4840-8439-4524.1                              1                          3:12-CV-02797 WHO

DEFENDANT OFFICEMAX INCORPORATED'S JOINDER TO THE CITY OF FORT BRAGG'S NOTICE OF
TAKING DEPOSITION OF JAMES HANNAN; AND REQUEST FOR DOCUMENTS AT DEPOSITION

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Defendant, OFFICEMAX INCORPORATED, hereby joins in Defendant and Counterclaimant The City of Fort Bragg's Notice of Taking Deposition of James Hannan, noticed for September 2, 2014 at 9:00 a.m. at the offices of Lewis Brisbois Bisgaard & Smith, 1180 Peachtree Road NE, Suite 2900, Atlanta, Georgia 30309.

The deposition will take place before a Certified Court Reporter authorized to administer oaths and shall be recorded by stenographic record and this deposition may be videotaped and/or audio taped and that the videotape may be used at the time of trial. If, for any reason, Defendant and Counterclaimant The City of Fort Bragg, withdraws its Notice or otherwise decides not to proceed with the deposition as originally noticed, the Deposition will proceed at the aforementioned date and time pursuant to this Notice and Joinder.

PLEASE TAKE FURTHER NOTICE that Defendant joins and hereby requests the deponent produce for inspection and copying all items within his possession, custody or control, requested in The City of Fort Bragg's Notice of Deposition, described as follows:

Documents, including all Electronically Stored Information, in your possession or control, relating to the Georgia-Pacific mill site located in Fort Bragg, California.

DATED: August 1, 2014          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  _____/s/   Michael K. Johnson_____
MICHAEL K. JOHNSON
Attorneys for Defendant
OFFICEMAX INCORPORATED

DEFENDANT OFFICEMAX INCORPORATED'S JOINDER TO THE CITY OF FORT BRAGG'S NOTICE OF TAKING DEPOSITION OF JAMES HANNAN; AND REQUEST FOR DOCUMENTS AT DEPOSITION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# EXHIBIT C
# to
# Declaration of
# Harry M. Johnson, III

NOEL EDLIN, ESQ. (SBN 107796)
nedlin@behblaw.com
FRED M. BLUM, ESQ. (SBN 101586)
fblum@behblaw.com
JOSEPH B. ADAMS, ESQ. (SBN 194964)
jadams@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Third-Party Defendant
THE CITY OF FORT BRAGG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br><br>   Plaintiffs,<br><br>  vs.<br><br>OFFICEMAX INCORPORATED and BOISE CASCADE, LLC,<br><br>   Defendants.<br><hr>OFFICEMAX INCORPORATED and BOISE CASCADE, LLC,<br><br>   Third-Party Plaintiffs,<br><br>  vs.<br><br>LOUISIANA-PACIFIC CORPORATION, THE CITY OF FORT BRAGG, and DOES 1-10 inclusive<br><br>   Third-Party Defendants. | Case No. 3:12-cv-02797-WHO<br><br>**THIRD-PARTY DEFENDANT AND COUNTERCLAIMANT THE CITY OF FORT BRAGG'S F.R.C.P. RULE 26 SECOND SUPPLEMENTAL INITIAL DISCLOSURES**<br><br><br><br>**Judge: Hon. William H. Orrick**<br>**Complaint Filed: May 31, 2012**<br>**First Amended Complaint Filed: June 4, 2012**<br><br>**Third-Party Complaint Filed: August 30, 2012**<br>**First Amended Third-Party Complaint Filed: October 31, 2012** |

935869

1

3D PARTY DEF. & COUNTERCLAIMANT THE CITY OF FORT BRAGG'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, and without waiving any claims of privilege, work product protection, or other basis of protection against discovery, including without limitation the right to protection from disclosure of confidential or trade secret information, Third-Party Defendant and Counter-claimant The City of Fort Bragg (the "City"), hereby submits its Second Supplemental Initial Disclosures related to the additional claims added by the Court's Order dated June 23, 2014.

## PRELIMINARY STATEMENT

The City has not completed its discovery and is therefore unable to identify comprehensively and specifically all individuals who may have relevant, discoverable information, or all categories of documents that may be relevant to the disputed facts alleged with particularity in the pleadings in this case. The City, therefore, makes these second supplemental initial disclosures based upon information currently and reasonably available to it.

## DISCLOSURES

Subject to later supplementation, the City provides the following supplemental initial disclosures:

1. Rule 26(a)(1)(A)

Discovery is ongoing in this matter. Accordingly, the City cannot identify every individual with knowledge who may have discoverable information relevant to the disputed facts alleged in the pleadings. For this reason, in an effort to supply the parties with the names of persons who may have knowledge of discoverable information, the City provides the following information:

(i)     Individuals, in addition to those individuals who have been deposed of whose names have been otherwise disclosed in discovery and are likely to have discoverable information relating to Third-Party Plaintiff OfficeMax Incorporated and Boise Cascade, L.L.C.'s claims against the City, Third-Party Defendant Louisiana-Pacific Corporation's claims against the City and the City's claims against Third-Party Plaintiff OfficeMax Incorporated and Boise Cascade, L.L.C. and Third-Party Defendant Louisiana-Pacific Corporation, Georgia-Pacific LLC's claims against

935869

3D PARTY DEF. & COUNTERCLAIMANT THE CITY OF FORT BRAGG'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES

the City, and the City's Counterclaim for Breach of Contract and Fraud against Georgia-Pacific LLC:

     (a)    <u>City of Fort Bragg</u>:

- Linda Ruffing. City of Fort Bragg City Manager (c/o counsel Noel Edlin and Fred Blum, 500 Washington Street, Suite 700, San Francisco, California 94111; telephone: (415) 397-9006)

- David Goble. City of Fort Bragg Public Works Director (c/o counsel Noel Edlin and Fred Blum, 500 Washington Street, Suite 700, San Francisco, California 94111; telephone: (415) 397-9006)

- Michael Cimolino. City of Fort Bragg Public Works Superintendant (c/o counsel Noel Edlin and Fred Blum, 500 Washington Street, Suite 700, San Francisco, California 94111; telephone: (415) 397-9006)

- Marie Jones. City of Fort Bragg Community Development Director (c/o counsel Noel Edlin and Fred Blum, 500 Washington Street, Suite 700, San Francisco, California 94111; telephone: (415) 397-9006)

- Cindy VanWormer. City of Fort Bragg City Clerk (c/o counsel Noel Edlin and Fred Blum, 500 Washington Street, Suite 700, San Francisco, California 94111; telephone: (415) 397-9006)

- Terri Jo Barber. City of Fort Bragg Water Projects Manager (c/o counsel Noel Edlin and Fred Blum, 500 Washington Street, Suite 700, San Francisco, California 94111; telephone: (415) 397-9006)

     (b)    <u>Georgia Pacific LLC</u>:

Employees and former employees of and witnesses identified by Georgia-Pacific LLC (c/o counsel Belynda Reck, 550 South Hope Street, Suite 2000, Los Angeles, California 90071, telephone (213) 532-2129) including its parents, subsidiaries, corporate predecessors, successors and affiliated entities, and including those companies; officers, directors, employees, agents and representatives including but not limited to the following:

935869

3

3D PARTY DEF. & COUNTERCLAIMANT THE CITY OF FORT BRAGG'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES

- Paul Montney. Director of Remediation & Acquisition/Divestures; contact information unknown, may have information regarding Georgia-Pacific's purchase, operation and closure of the Georgia-Pacific Mill located in Fort Bragg, California, as well as the remediation and removal activities at the Georgia-Pacific Mill site.

- David Massengill. Senior Director; 133 Peachtree Street NE, Atlanta, Georgia; may have information regarding the remediation and removal activities at the Georgia-Pacific Mill site.

- Roger J. ("Chip") Hilarides. Manager for Cleanups for Georgia-Pacific; 300 West Laurel Street, Bellingham, Washington; may have information regarding the remediation and removal activities at the Georgia-Pacific Mill site.

- Julie Raming. Senior Environmental Consultant; 361 Oaklands Dr., Talking Rock, Georgia 30175; may have information regarding the remediation and removal activities at the Georgia-Pacific Mill site.

- J. Michael Davis. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Doug Heitmeyer. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- James Hannan. Chief Executive Officer for Georgia-Pacific; 133 Peachtree St NE, Atlanta, Georgia; may have information regarding the remediation and removal activities at the Georgia-Pacific Mill site.

- Carol Stephens. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(c)     Boise Cascade LLC / OfficeMax

Employees and former employees of and witnesses identified by OfficeMax Incorporated and Boise Cascade, L.L.C. (c/o counsel Mark Elliott, 725 South Figueroa Street, Suite 2800, Los Angeles, California 90017, telephone (213) 488-7100)

(d)     Louisiana-Pacific, L.L.C

Employees and former employees of and witnesses identified by Lousiana Pacific LLC (c/o counsel T. Sky Woodward, 1615 L Street, NW, Suite 1350, Washington D.C., 20036.)

935869

4

(e)   <u>California Department of Toxic Substances Control</u>

- Thomas P. Lanphar. DTSC Project Manager, Senior Hazardous Substance Scientist; 700 Heinz Avenue, Berkeley, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Barbara Cook. 700 Heinz Avenue, Berkeley, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Denise Tsuji. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Edgardo R.Gillera. Hazardous Substances Scientist; 700 Heinz Avenue, Berkeley, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Kimi Klein. Human Health Toxicologist; contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Nathan Schumacher. DTSC Public Participation Specialist; contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- James Michael Eichelberger. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Marcus Simpson. DTSC Public Participation Specialist. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Carolyn Yee. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Perry Myers. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

935869

5

- Michelle Dalrymple. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Ryan Miya. DTSC Project Manager; contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Linda Janssen. Public Participation Specialist; contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Eric Maher. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(f)    North Coast Regional Water Quality Control Board

- Craig Hunt. Water Resource Control Engineer; 5500 Skylane Blvd., Suite A, Santa Rosa, California 95403; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(g)    Arcadis

- Bridgette DeShields. 2033 North Main Street, Walnut Creek, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Kris Fabian. 2033 North Main Street, Walnut Creek California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Judy Nedoff. 2033 North Main Street, Walnut Creek California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Michael P. Fleischner. Vice President, Principal Engineer; 155 Montgomery Street, Suite 1510, San Francisco, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

935869

6

3D PARTY DEF. & COUNTERCLAIMANT THE CITY OF FORT BRAGG'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES

- Erik Mantor.  Environmental Engineer; contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.
- Lisbeth Magna.  Senior Scientist / Certified Project Manager; contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.
- James Tull.  Principal Scientist; contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.
- Julie Shortridge.  Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.
- Derek Edge.  Principal Scientist / Associate Vice President; contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.
- Kim Walsh.  Arcadis Principal Scientist; contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.
- EJ Suardini.  Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.
- Donald Heady.  Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(h) <u>Frontier Analytical Laboratory</u>

- Bradley B. Silverbush.  Director of Operations at Frontier Analytical Laboratory; contact information unknown; may have information re analysis of contaminants found at the Georgia-Pacific Mill Site.

(j) <u>US Fish and Wildlife Service</u>

- Jamie Bettaso.  1655 Heindon Road, Arcata, California 95521; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

935869

7

- Sonia De Vries. 75 Hawthorne Street, SFD-8-B, San Francisco, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Jim Haas. Environmental Contaminants Coordinator; 2800 Cottage Way, Suite W-2606, Sacramento, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(k)   California Coastal Conservancy

- Joel Gerwern. 1330 Broadway Street, 13th Floor, Oakland, California 94612; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Jack Gregg. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Matt Gerhart. 1330 Broadway Street, 13th Floor, Oakland, California 94612; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(l)   Mendocino County Department of Environmental Health

- Trey Strickland. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Roger Foote. 501 Low Gap Rd., Ukiah, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(m)   National Oceanic and Atmospheric Administration

- Laurie Sullivan. 777 Sonoma Avenue, Suite 219A, Santa Rosa, California 95404; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(n)   California Coastal Commission

- James Baskin. North Coast District Office, 710 E Street, Eureka, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

935869

8

3D PARTY DEF. & COUNTERCLAIMANT THE CITY OF FORT BRAGG'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES

- Al Wanger. North Coast District Office, 710 E Street, Eureka, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.
- Bob Merrill. Contact information unknown; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(o) California Department of Fish and Game

- Jane Vorpagel. 601 Locust Street, Redding, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.
- Vicki Frey. Environmental Scientist, Marine Region; 619 2nd Street, Eureka, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(p) California Integrated Waste Management Board

- Gino Yekta. 1001 I Street, Sacramento, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(q) Acton Mickelson Environmental, Inc.

- Jeffery Heglie. Engineering Geologist; 5175 Hillsdale Circle, El Dorado Hills, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.
- Michael Acton. Vice President; 5175 Hillsdale Circle, El Dorado Hills, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.
- Mark Clardy. Project Geologist; 5175 Hillsdale Circle, El Dorado Hills, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(r) TRC

- Mohammed Bazargani. Senior Associate; 5052 Commercial Circle, Concord, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

935869

9

- Steve Kemnitz. Project Scientist; 5052 Commercial Circle, Concord, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Kristie Wilkie. Project Engineer; 5052 Commercial Circle, Concord, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

- Barbara Moed. Senior Project Geologist; 5052 Commercial Circle, Concord, California; may have some knowledge about the remediation and removal activities at the Georgia-Pacific Mill site.

(ii).   The following documents may provide support for the City's defenses to Third-Party Plaintiff OfficeMax Incorporated and Boise Cascade, L.L.C.'s claims against the City and Third-Party Defendant Louisiana-Pacific L.L.C.'s claims against the City, Third-Party Defendant Louisiana-Pacific Corporation's claims against the City and the City's claims against Third-Party Plaintiff OfficeMax Incorporated and Boise Cascade, L.L.C. and Third-Party Defendant Louisiana-Pacific Corporation, Georgia-Pacific LLC's claims against the City, and the City's counterclaim against Georgia-Pacific LLC for Breach of Contract and Fraud. Discovery is on-going and City is unable to identify each document it may use in support of its claims and defenses at this time. City therefore reserves its right to supplement this disclosure.

(a)   Documents maintained by Georgia-Pacific, L.L.C. related to document retention, destruction or management policies; timber production and procurement documents; past and future investigation costs, removal costs, remedial costs and other similar costs related to the Georgia-Pacific Mill Site; and field notebooks, maps, log book and other documents related to the Georgia-Pacific Mill Site.

(b)   Documents maintained by Boise Cascade, L.L.C. and OfficeMax, Inc. related to document retention, destruction or management policies; timber production and procurement documents; and past and future investigation costs, removal costs, remedial costs and other similar costs related to the Georgia-Pacific Mill Site.

935869

10

3D PARTY DEF. & COUNTERCLAIMANT THE CITY OF FORT BRAGG'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES

(c)   Documents maintained by Louisiana-Pacific, L.L.C. and OfficeMax, Inc. related to document retention, destruction or management policies; timber production and procurement documents; and past and future investigation costs, removal costs, remedial costs and other similar costs related to the Georgia-Pacific Mill Site.

(d)   Documents maintained by the California Department of Toxic Substances Control related to the remediation, removal and/or investigation work at the Georgia-Pacific Mill site.

(e)   Documents maintained by the North Coast Regional Water Quality Control Board related to the remediation, removal and/or investigation work at the Georgia-Pacific Mill site.

(f)   Documents maintained by the State Water Resources Control Board related to the remediation, removal and/or investigation work at the Georgia-Pacific Mill site.

(g)   Documents maintained by the Mendocino County Environmental Health related to the remediation, removal and/or investigation work at the Georgia-Pacific Mill site.

(h)   Documents previously produced by the City to all parties in response to the California Public Request Act issued by Georgia-Pacific and OfficeMax[1].

(i)   Reports, invoices, budgets, scope of work, work plans and other documents maintained by consultants TRC, Arcadis, Acton Mickelson and Frontier Analytical.

(j)   Union Lumber Company Records maintained by UC Berkeley, Bancroft Library.

(k)   Documents related to the use of chemicals at the Georgia-Pacific Mill Site.

(l)   Documents related to the use, storage, release and/or disposal of hazardous substances at the Georgia-Pacific Mill Site.

---

[1] By agreement of the Parties, these documents are also deemed to have been produced in this litigation for purposes of the City's initial disclosures any future requests for production of documents.

935869

11

3D PARTY DEF. & COUNTERCLAIMANT THE CITY OF FORT BRAGG'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES

(m)    Any documents, electronically stored information, and tangible items identified in Georgia-Pacific, L.L.C.'s Initial Disclosures.

(n)    Any documents, electronically stored information, and tangible items identified in Boise Cascade, L.L.C. and OfficeMax, Inc.'s Initial Disclosures.

(o)    Any documents, electronically stored information, and tangible items identified in Louisiana-Pacific, L.L.C.'s Initial Disclosures.

(p)    Documents attached as Exhibits to the depositions of Mohammad Bazarghani, Carol Stephens, Paul Johnson, Doug Heitmeyer, Mike Davis, Chip Hilarides, Julie Raming, Michael Acton, Don Moody, Charles Baxman, all taken in this action.

(q)    The 2009 written purchase agreement between the City and Georgia-Pacific LLC, for the acquisition of Glass Beaches (aka OU-A).

(iii).    The City does not have sufficient information to compute all damages, or categories of damages, at this time. The specific amount of, and the methodology for calculating, monetary damages suffered by the City as a direct result of Georgia-Pacific's breach of contract, and fraud claims are the subject matter of expert opinion testimony, which is exempt from this disclosure, but which will be disclosed in the City's expert disclosures and reports under FRCP Rules 26 and 34, and the Court's Pretrial Scheduling Order. The City reserves its right to supplement this disclosure with additional information at a later date.

However, the City discloses the following categories of damages, which it is claiming, may claim, and/or will claim at trial in this matter:

(a)    Breach of Contract

Due to GP's breach of the 2009 written contract between it and City for the purchase Glass Beaches (also known as "OU-A"), the City has been damaged in that it has incurred attorney's fees and costs to defend itself against a lawsuit. The amount of attorneys' fees and costs incurred to date is approximately $2.9 million.

935869

12

3D PARTY DEF. & COUNTERCLAIMANT THE CITY OF FORT BRAGG'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES

(b)    Fraud/Deceit

The City has been damaged as a result of GP's fraud, deceit and misrepresentation concerning the levels of dioxins it knew were contaminating the Mill Site.  The City's damages related to its Fraud claim include, but are not limited to:

    i.    The time and expenses incurred by City staff, personnel, consultants, and others working to evaluate, market, and otherwise assist GP in re-developing the Mill Site, from approximately 2000 until June 2006, ("Time and Expense Costs").

    ii.    The civic assistance and opportunities that were lost because City staff, personnel, experts, consultants and others were pre-occupied assisting GP to evaluate and redevelop the Mill Site (aka "Lost Opportunity Costs").

    iii.    The calculation of Time and Expense and Lost Opportunity Costs will involve, in part, determining the hourly cost of each employee and the amount of hours spent working between 2000 and June 2006. This is subject to expert opinion and will be disclosed consistent with Rule 26.

    iv.    Loss of Reputation within the Community.  The City publicly supported GP and its plans to redevelop the Mill Site based on GP's misrepresentations of fact, deceit, and fraudulent conduct. This is subject to expert opinion and will be disclosed consistent with Rule 26.

    v.    Lost taxes and revenue from redevelopment.  GP's fraudulent conduct and misrepresentations delayed the redevelopment and reuse of the Mill Site by at least six years, but more likely many more years. The delay has cost, and will cost the City millions of dollars in lost tax, development, and business operations taxes and other services related income. The exact amount of these damages will be the

935869

13

subject of expert testimony. The calculation will take into account the proposed re-uses of the site, all of which involved commercial uses, including lodging, recreation, and tourist improvements. This is subject to expert opinion and will be disclosed consistent with Rule 26.

(iv).    The following policies of insurance may be applicable to the claims made in this case:

    (a)    Fireman's Fund Insurance Company Policy Number MXP-2732256 (Policy Period: 7/1/1975 to 7/1/1978)

    (b)    Fireman's Fund Insurance Company Policy Number MXP-3062513 (Policy Period: 7/1/1978 to 7/1/1981 – cancelled 7/1/1979)

    (c)    Maine Bonding and Casualty Company policy number VW 001721 (Policy period 7/1/75 to 7/1/76).

    (d)    Fireman's Fund Insurance Company policy number XLX -1204031 (Policy period 7/1/75 to 7/1/76).

    (e)    Maine Bonding and Casualty Company policy number VW 002959 (Policy period 7/1/76 to 7/1/77).

    (f)    Fireman's Fund Insurance Company policy number XLX-1204969 (Policy period 7/1/76 to 7/1/77).

    (g)    Maine Bonding and Casualty Company policy number VW 003772 (Policy period 7/1/77 to 7/1/78).

    (h)    Fireman's Fund Insurance Company policy number XLX-1219747 (Policy period 7/1/77 to 7/1/78).

    (i)    Fireman's Fund Insurance Company policy number MXP 306-25-13 (Policy period 7/1/78 to 7/1/81, cancelled 7/1/79).

    (j)    RLI Insurance Company policy number R20089U (Policy period 7/1/78 to 7/1/79).

    (k)    Fireman's Fund Insurance Company policy number XLX- 1268927 (Policy period 7/1/78 to 7/1/79).

935869

14

(l)     Drake Insurance Company of New York policy number GLA 02744 (Policy period 3/1/79 to 3/1/80).

(j)     Mead Reinsurance Corporation policy number GLA 1085 (Policy period 3/1/80 to 3/1/81).

(k)     Mead Reinsurance Corporation policy number GLA 1210 (Policy period 3/1/81 to 3/1/82).

(l)     Old Republic Insurance Company policy number OZX 12420 (Policy period 3/1/81 to 3/1/82).

(m)     Transcontinental Insurance Company policy number SXP 358-42-94 (Policy period 3/1/82 to 3/1/85).

Date:   August 6, 2014                    BASSI, EDLIN, HUIE & BLUM LLP


                                          /S/ JOSEPH B. ADAMS
                                   By:_____
                                          JOSEPH B. ADAMS
                                          Attorneys for Defendant
                                          THE CITY OF FORT BRAGG
                                          BASSI, EDLIN, HUIE & BLUM LLP
                                          500 Washington Street, Suite 700
                                          San Francisco, CA 94111
                                          Telephone:(415) 397-9006
                                          Facsimile: (415) 397-1339

935869

15