**LEWIS BRISBOIS BISGAARD & SMITH LLP**
R. GAYLORD SMITH, # 72726
bob.smith@lewisbrisbois.com
GORDON J. CALHOUN, # 84509
gordon.calhoun@lewisbrisbois.com
ERNEST SLOME, #122419
ernest.slome@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Tel: 619.233.1006 / Fax: 619.233.8627

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, # 130193
michael.johnson@lewisbrisbois.com
JOSEPH A. SALAZAR JR., # 169551
joe.salazar@lewisbrisbois.com
TIMOTHY J. SWICKARD, # 208777
timothy.swickard@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Tel: 415.362.2580 / Fax: 415.434.0882

Attorneys for Defendant OFFICEMAX
INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC LLC, | CASE NO. 3:12-cv-02797-WHO |
| Plaintiff, | **DECLARATION OF R. GAYLORD SMITH IN SUPPORT OF APPLICATION REGARDING HANNAN PROTECTIVE ORDER** |
| vs. | |
| OFFICEMAX INCORPORATED, et al. | |
| Defendant. | Judge: Hon. William H. Orrick |
| AND RELATED COUNTER-CLAIMS. | Complaint Filed:  May 31, 2012<br>Amd. Complaint Filed:  June 4, 2012<br>2nd Amd. Complaint Filed:  May 21, 2013 |

I, R. Gaylord Smith, declare under penalty of perjury of my own knowledge as follows:

1.      Attached hereto are true and correct copies of the following exhibits identified in OfficeMax Incorporated's section of the joint letter application to Magistrate Judge Beeler of this

4821-3327-2860.1 4830-3189-7628                                                                3:12-cv-02797-WHO

DECLARATION OF R. GAYLORD SMITH IN SUPPORT OF
APPLICATION REGARDING HANNAN PROTECTIVE ORDER

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

date:

Exhibit 1:    Excerpts from the June 30, 2014 Hearing before Magistrate Judge Beeler, pp. 33-35.

Exhibit 2:    Email from Stephens to Raming dated March 7, 2006, Bates number GP00107394.

Exhibit 3:    Excerpts from the February 25, 2014 deposition transcript of Carol Stephens, pp. 46,48,52, and 172-173.

Exhibit 4:    Email from Stephens to Goldie, dated March 29, 2007, Bates number BST0006466.

Exhibit 5:    Email from Hannan to Stephens, dated March 24, 2006, Bates number GP00105398.

Exhibit 6:    Email from Stephens to Bentley, dated June 16, 2006, Bates number GP00107680.

Exhibit 7:    Email from Bentley to Raming, May 7, 2007, Bates number GP00267314.

Exhibit 8:    Email from Gillis to Stephens, dated July 5, 2006, Bates number GP00105715.

Exhibit 9:    Email from Stephens to Hannan, dated November 11, 2006, Bates number GP00168773.

Exhibit 10:   Email from Hannan to Stephens, dated December 5, 2006, Bates number GP00105937.

Exhibit 11:   Hannan email to team, dated December 7, 2006, Bates number GP00157280.

Exhibit 12:   Email from DeShields to Nedoff, dated January, 21, 2009, Bates number ARC03928477.

Exhibit 13:   Arcadis "Team Call May 25, 2011", Bates number ARC3938000.

Exhibit 14:   Deposition Exhibit 154 to 30(b)(6) Deposition of Georgia-Pacific, entitled: "Fort Bragg Recoverability Arcadis Invoices".

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Exhibit 15:    Email from Stephens to team, dated December 20, 2007, Bates number ARC03524701.

Exhibit 16:    Excerpts from the March 5, 2014 30 (b)(6) Georgia-Pacific deposition transcript of witness Roger "Chip" Hilarides, p. 32.

Exhibit 17:    Fort Bragg Site Strategic Direction Meeting, dated February 25, 2005, Bates number GLPA0108588.

Exhibit 18:    Email from Hilarides to Hannan, dated December 16, 2008, Bates number GP00158720.

Exhibit 19:    Email from Hilarides to Hannan, dated May. 13, 2009, Bates number GP00161357.

Exhibit 20:    Email from Hilarides to Hannan, dated August 26, 2009, Bates number GP00158698.

Exhibit 21:    Fort Bragg Executive Review Meeting, dated January 8, 2010, Bates number GP00084656.

Exhibit 22:    Email from Knigge to Hannan, dated June 4, 2010, Bates number GP00161456.

Exhibit 23:    Email from Murphy to Hannan, dated February 15, 2011, Bates number GP00157708.

Exhibit 24:    Fort Bragg Update Meeting, dated October 6, 2011, Bates number GP00083969.

Exhibit 25:    Email from Murphy to Hannan, dated May 11, 2012, Bates number GP00157934.

Exhibit 26:    Email from Murphy to Hannan, dated February 17, 2012, Bates number GP00206284.

Exhibit 27:    Excerpts from the July30, 2014 deposition transcript of Julie Raming, pp. 45-46; 76-77; 282-283.

Exhibit 28:    Email from Smith to Garrou, dated July 16, 2014.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4821-3327-2860.1 4830-3189-7628                                         3:12-cv-02797-WHO

3

DECLARATION OF R. GAYLORD SMITH IN SUPPORT OF
APPLICATION REGARDING HANNAN PROTECTIVE ORDER

Exhibit 29:    Email from Smith to Garrou, dated July 24, 2014.

Exhibit 30:    Email from Johnson to Smith, July 22, 2014.

Exhibit 31:    City of Fort Bragg Notice of Taking Deposition of James Hannan.

Exhibit 32:    OfficeMax Joinder to City of Fort Bragg Notice of Taking Deposition of James Hannan and Request for Production of Documents.

Executed this 12th day of August, 2014, in San Diego, California.

*/s/ R. Gaylord Smith*
R. GAYLORD SMITH

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4821-3327-2860.1 4830-3189-7628                                       3:12-cv-02797-WHO

4

DECLARATION OF R. GAYLORD SMITH IN SUPPORT OF
APPLICATION REGARDING HANNAN PROTECTIVE ORDER

# Exhibit 1

# Exhibit 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Laurel Beeler, Magistrate Judge


GEORGIA-PACIFIC, LLC,        )
                              )
        Plaintiff,     )
                              )
vs.                 )   No. C 12-2797-WHO (LB)
                              )
OFFICEMAX INCORPORATED,   )
et al.,              )
                              )
        Defendants.    )
                              )
_____ )


                           San Francisco, California
                           Monday, June 30, 2014


TRANSCRIPT OF PROCEEDINGS OF THE OFFICIAL ELECTRONIC SOUND
RECORDING 1:37 - 2:38 = 61 MINUTES


APPEARANCES:

For Fort Bragg:
                           Bassi, Edlin, Huie & Blum, LLP
                           500 Washington Street
                           Suite 700
                           San Francisco, California
                             94111
                     BY:  FRED M. BLUM, ESQ.

For Georgia-Pacific:
                           Hunton and Williams, LLP
                           2200 Pennsylvania Avenue, NW
                           Washington, DC 20037
                     BY:  JEFFREY N. MARTIN, ESQ.
                              DOUGLAS M. GARROU, ESQ.


         (APPEARANCES CONTINUED ON NEXT PAGE)

*Echo Reporting, Inc.*

33

we're right back in front of you facing endless debates over our privilege log, for example.

THE COURT:  So why are they telling me though that these are high level -- especially, again, I don't understand the tax guy as well, but the chief toxicologist and the CEO I understand a little bit better.  Why isn't that just information -- well -- sorry, go on.

MR. GARROU:  Well, this is not a site where there was a significant problem with toxicology in terms of human health or anything like that.

Mr. Hannan is the CEO of all of Georgia-Pacific.  He was involved and he touched this thing on a handful of occasions, which they've investigated with our witnesses completely and they've had that information for, you know, four or five months now.

There's -- the question really is whether at the end of all this additional expense we will find new information other than what currently exists in the enormous of electronic data that's been produced so far.  There's no reason to think that's the case.

And there's certainly no reason for a party that's produced 715 documents to come in at this late date and demand the wide scope of electronic discovery that they're asking for now on custodians that they've known about for some time.

34

There's no surprise here.  There's no anything else. It is -- we are basically just --

THE COURT:  You said -- Mr. Hannan was involved with decisions about remediation at the (indiscernible) site on a handful of occasions.  And you said that that's known to OfficeMax.

MR. GARROU:  Yes.

THE COURT:  What are those handful of occasions?

MR. GARROU:  He attended one meeting where remediation at a site was discussed and presumably would have had some sort of oversight on high-level decisions being made at the site from time to time.

But this is not someone who was involved in the day-to-day decisions about the cleanup of the site nor is it someone that we expect generated anything like the amount of information and data that's actually relevant to the issues in the case that the other dozens of custodians did.

We would be fishing for Mr. Hannan's unique contributions, if any, at great expense and late in the day.

THE COURT:  Okay.  So the one meeting he participated in, do you know the date of that meeting?

MR. GARROU:  I was actually not prepared for this entire hearing, so I'm afraid I don't have that right at hand.

THE COURT:  It's okay.  I mean it just seems to me

# Exhibit 2

# Exhibit 2

| | |
|---|---|
| **From:** | Stephens, Carol A. |
| **Sent:** | Tuesday, March 07, 2006 3:08 PM |
| **To:** | Raming, Julie B. |
| **Subject:** | Fort Bragg Disposition |

Julie, I have a meeting scheduled for Monday 3/13 with Richard Fink, Jim Hannan & Phillip Ellender to discuss Fort Bragg.  Can you review the estimated timeline you gave me yesterday and see if there is anything you want to add, revise, etc. before I present it at the meeting.  Also, can you give me an estimate of costs until we would submit the Final Closure Report in 2008.  I know that's difficult to do, but maybe a likely case vs. worst case scenario?

1

Confidential                                                                                    GP00107394

# Exhibit 3

# Exhibit 3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


GEORGIA-PACIFIC, LLC,            )

    Plaintiff,                  )

vs.                             )Case No: 3-12-CV-02797-RS

OFFICEMAX INCORPORATED,         )

et al.,                         )

    Defendants                  )

----------------------------

AND RELATED COUNTER AND CROSS

CLAIMS


VIDEOTAPED DEPOSITION OF

CAROL STEPHENS

February 25, 2014

10:15 a.m.

Lewis Brisbois Bisgaard & Smith

1180 Peachtree Street, NE

Suite 2900

Atlanta, Georgia

REPORTED BY:

Marsi Koehl, CCR, CCR-B-2424


PAGES 1 - 228

Page 1

Veritext National Deposition & Litigation Services
866 299-5127

what I picked up from discussions with them.  It was going to cost -- you know, we knew about the ash piles and we knew that we were going to have to spend significant money because the property was so bad.

So it was more a talk about money, you know this is a -- a big project, a costly expensive property to -- and dealing with California because California -- we had chemical plants there and that was a nightmare, you know.

Q.  When Mr. Acton told you about his discussions with Mr. Raming, did you do anything --

MS. MORTIMER:  Objection.  Vague and ambiguous.

BY MR. BLUM:

Q.  -- relating to the finding of dioxins and his instructions?

A.  Yes.

Q.  What did you do?

A.  At the time I was reporting to -- because it was the Koch acquisition now that this came up.  And I was reporting directly to Jim Hannan.  He was either chief operating officer at the time or he had just become CEO.  And then there was a gentlemen Tom Butts who was head of environmental, had come in with the Koch acquisition.

Page 46

conversations, then we request that you not                12:11:52PM

reveal those.                                               12:11:56PM

THE WITNESS:  Privileged because I was a                    12:11:56PM

lawyer?                                                     12:11:58PM

MS. MORTIMER:  Because lawyers were                         12:12:00PM

discussing giving legal advice or you were                 12:12:00PM

giving legal advice.  So to the extent legal               12:12:04PM

advice was being given regarding --                        12:12:08PM

THE WITNESS:  Legal advice was not being                    12:12:08PM

given.  Surprise and shock was the result.                 12:12:10PM

Fair enough?                                               12:12:16PM

BY MR. BLUM:                                                12:12:16PM

Q.  What do you mean by "surprise and shock"?              12:12:16PM

A.  Julie had stated that -- Julie had stated              12:12:20PM

that she -- that someone in the legal department knew      12:12:36PM

of the results and had told her --                         12:12:40PM

MS. MORTIMER:  Okay.  I'm going to -- if                    12:12:44PM

there were instructions given by the legal                 12:12:48PM

department that were communicated at that                  12:12:50PM

meeting, that would fall under the                         12:12:54PM

privilege.                                                 12:12:56PM

MR. SMITH:  Fraud exception.                                12:12:56PM

MS. MORTIMER:  Well, you can assume that                    12:12:58PM

there's a crime/fraud.  Indeed there's no                  12:13:00PM

evidence that there's been no crime or                     12:13:04PM

Page 48

was involved, to be mindful of that in your       12:15:36PM

answer.                                           12:15:38PM

BY MR. BLUM:                                       12:15:40PM

Q.  Do you have any discussions with any          12:15:40PM

nonlawyers on that issue?                          12:15:44PM

A.  Nonlawyers?  Yes.                             12:15:44PM

Q.  Who was that?                                 12:15:46PM

A.  Paul Montney who was an environmental --      12:15:48PM

kind of like a Julie, but I forgot what his -- he was   12:15:52PM

Fox River.  He was all things Fox River.  And he was    12:15:56PM

relocating to Atlanta from New Jersey to take more of   12:16:02PM

a supervisory senior position.  And I wanted her   12:16:08PM

removed from the project.                         12:16:16PM

Q.  And was he her boss?                          12:16:16PM

A.  Yes.                                          12:16:24PM

Q.  So Mr. Motley was saying, Julie made me --   12:16:24PM

A.  Montney.                                      12:16:24PM

Q.  Montney, M-O-T-N-A-Y (sic)?                   12:16:24PM

A.  Mm-hmm.                                       12:16:24PM

Q.  That's a "yes"?                               12:16:26PM

A.  Yes.  I'm sorry.                              12:16:26PM

Q.  I told you --                                 12:16:28PM

A.  M-O-T-N-E-Y (sic).                            12:16:28PM

Q.  What did Mr. Montney say when you asked to    12:16:30PM

have Ms. Raming removed?                           12:16:36PM

Page 51

You talked about how the work in Bellingham went -- transpired.  What was the status of Fort Bragg when you left that project?

MS. MORTIMER:  Objection as the form.

A.  The status as to Fort Bragg when I left the company?

BY MR. SMITH:

Q.  Yes.

A.  I pretty much had been -- I was not let go, but the decision was made to have Chip run the project.

Q.  When was that decision made?

A.  Well, I got the E-mail on January -- I remember it well -- Jan 16th and I quit on January 18th.

Q.  2008?

A.  Yep.

Q.  Was that an E-mail from Chip to you or --

A.  It was an E-mail to Chip announcing his -- that he was in charge of the project.

Q.  Had you been given any advance notice that that was going to happen?

A.  No.  I was not.

Q.  Did anybody explain to you why somebody from environmental was going to be in charge of this real

Page 172

estate out in Fort Bragg?    04:58:18PM

A.    When I resigned and had a conversation with    04:58:18PM
Jim Hannan.   His explanation was that it was an    04:58:24PM
environmental project.    04:58:26PM

Q.    Did he give any explanation as to what the    04:58:30PM
company planned to do from a real estate point of    04:58:34PM
view with regard to the disposition of the property?    04:58:38PM

A.    No.    04:58:40PM

Q.    Did you have any idea before January 16,    04:58:40PM
2008, that this was going to happen?    04:58:48PM

A.    No.   I did not.    04:58:52PM

Q.    You said you got an E-mail back in 2008.    04:58:52PM
From the time that you started in 2002 through 2008,    04:59:04PM
E-mail was a -- was frequently used to communicate on    04:59:10PM
the project; correct?    04:59:14PM

A.    Yes.    04:59:14PM

Q.    Did you have an E-mail folder where you kept    04:59:14PM
Fort Bragg stuff?   How did you keep track of your    04:59:22PM
E-mails on Fort Bragg?    04:59:24PM

A.    I was not very computer savvy at the time.    04:59:26PM
And I was pretty much a print, read and delete -- I    04:59:32PM
didn't know how to set up folders or anything like    04:59:40PM
that.   But I did have a Blackberry which was my    04:59:44PM
communication with the world.    04:59:48PM

Q.    Got it.   Do you know anything about how    04:59:50PM

Page 173

# Exhibit 4

# Exhibit 4

| | |
|---|---|
| **From:** | Stephens, Carol A. |
| **To:** | Scott Goldie; aguerra@coxcastle.com |
| **Sent:** | 3/29/2007 4:17:58 PM |
| **Subject:** | Re: RFP/MOU |

We'll talk tomorrow about this but I am uncomfortable with even addressing the MOU at this point. In the new "Koch" world everything has to go to Hannan for challenge and approval. So I don't really see the benefit of putting even a draft out there that he hasn't seen. Also, without the MOU, the City can't really go too far out of line since they have NO money to pay for anything. And lastly, I'm still pissed off about some of Linda's and Marie's comments from Tuesday. So let's mainly focus on the RFP. They can twist in the wind on the MOU.

-----Original Message-----
From: Scott Goldie <Goldie@brooks-street.com>
To: AGuerra@coxcastle.com <AGuerra@coxcastle.com>; Stephens, Carol A.
Sent: Thu Mar 29 19:23:44 2007
Subject: Re: RFP/MOU

I agree with Carol to start over.

-----Original Message-----
From: Guerra, Alicia
To: Stephens, Carol A.; Scott Goldie
Sent: Thu Mar 29 16:08:16 2007
Subject: RE: RFP/MOU

Sure. Other than a 10:00 a.m. call and the 2:00 p.m.call with the City, I am available.

As you are reviewing the documents, please note that I attempted to retain as much of the language from the original documents without doing a complete re-write. That said, I am concerned about the nature and tone of the MOU Terms Sheet because it seemed very one-sided, and if you'd like, I could certainly start from scratch on the document. Just let me know how you'd like to proceed. Thanks.

Alicia

-----Original Message-----
From: Stephens, Carol A. [mailto:CASTEPHE@GAPAC.com]
Sent: Thursday, March 29, 2007 3:01 PM
To: Guerra, Alicia; goldie@brooks-street.com
Subject: Fw: RFP/MOU


Are you guys around tomorrow morning to quickly discuss w me?

-----Original Message-----
From: Marie Jones <mjones@fortbragg.com>
To: Stephens, Carol A.
CC: 'Gogna, Mike' <mgogna@meyersnave.com>
Sent: Thu Mar 29 17:59:54 2007
Subject: RE: RFP/MOU

Carol,
That will not be a problem. If you can get your comments to me by 11:00 tomorrow morning that should give me enough time to review them with Mike Gogna prior to our conference call.

Thanks,

Marie Jones
Community Development Director
City of Fort Bragg
416 North Franklin Street
Fort Bragg CA 95437
Ph: 707-961-2823

BST0006466

Fax: 707-961-2802


-----Original Message-----
From: Stephens, Carol A. [mailto:CASTEPHE@GAPAC.com]
Sent: Thursday, March 29, 2007 2:54 PM
To: lruffing@ci.fort-bragg.ca.us; Jones, Marie
Cc: aguerra@coxcastle.com; goldie@brooks-street.com; tkampe@centexhomes.com;
O'hara@brooks-street.com
Subject: RFP/MOU

Linda and Marie: As promised, Alicia sent me her comments on the RFP and
MOU with the intent of delivering the GP team's comments to you by close of
business today. Unfortunately, I had a mtg outside of the office this
afternoon and won't be able to print and review them before tomorrow
morning. My apologies.

BST0006467

# Exhibit 5

# Exhibit 5

| | |
|---|---|
| **From:** | Hannan, Jim B. |
| **Sent:** | Friday, March 24, 2006 12:58 AM |
| **To:** | Stephens, Carol A. |
| **Cc:** | Ellender, Philip G. |
| **Subject:** | Re: Fort Bragg |

Look forward to it!  Have a safe trip back.

-----Original Message-----
From: Stephens, Carol A.
To: Davis, Michael; Hannan, Jim B.
Sent: Thu Mar 23 19:55:26 2006
Subject: Fort Bragg

Had a "too good to be true" meeting today with Coastal Commission staff and the Regional
Water Board.  Appears we will make the April agenda and we will get what we want with very
minimal compromise.  Can't wait to tell you details on Monday!!

1

Confidential                                                                                       GP00105398

# Exhibit 6

Exhibit 6

```
--------------------------
Sent from my BlackBerry Wireless Handheld (www.BlackBerry.net)
```

-----Original Message-----
From: Raming, Julie B.
To: Holm, Stewart E.
Sent: Mon Jun 19 16:27:54 2006
Subject: Re: RWQCB

Stu, are you available to talk between 10 and 11 tomorrow.  In LA right now.

-----Original Message-----
From: Holm, Stewart E.
To: Stephens, Carol A.; Raming, Julie B.; Bentley, Keith M.; Montney, Paul A.; Davis, Michael
CC: Rogers, Ruthie L.
Sent: Mon Jun 19 09:04:10 2006
Subject: RE: RWQCB

Julie, If you want to discuss the plan I'll be in today and tomorrow and then will be out
until July.

Stewart

-----Original Message-----
From: Stephens, Carol A.
Sent: Monday, June 19, 2006 7:53 AM
To: Raming, Julie B.; Bentley, Keith M.; Montney, Paul A.; Davis, Michael; Holm, Stewart E.
Cc: Rogers, Ruthie L.
Subject: RE: RWQCB

I'm booked from noon on that day.  I'll have Ruthie check schedules and see what else might
work that week.  Ruthie, please also check schedules for Jim Hannan and Tom Butz.  Thanks.

-----Original Message-----
From: Raming, Julie B.
Sent: Friday, June 16, 2006 4:11 PM
To: Stephens, Carol A.; Bentley, Keith M.; Montney, Paul A.; Davis, Michael; Holm, Stewart E.
Subject: Re: RWQCB

Carol, let's try for early afternoon of the 27th. That should be enough time to pull together
aplan a cost estimate

-----Original Message-----
From: Stephens, Carol A.
To: Bentley, Keith M.; Raming, Julie B.; Montney, Paul A.; Davis, Michael; Holm, Stewart E.
Sent: Fri Jun 16 09:57:16 2006
Subject: RE: RWQCB

<u>Just talked to Hannan.  He wants us to be prepared to discuss the pro's and con's of the
Water Board's order</u>, how it will affect timing and cost, what kind of sampling do we
anticipate at the McGuire's, etc.  <u>You know Hannan, we need to have an answer for any
possible question he throws out.</u>  I don't know how long it will take Julie to pull together
costs and timing information.  But if you will let me know, I'll have Ruthie check calendars
and set something up.  Hannan said that it doesn't necessarily have to be next week.

-----Original Message-----

2

Confidential                                                                    GP00107680

# Exhibit 7

# Exhibit 7

| | |
|---|---|
| **From:** | Bentley, Keith M. |
| **Sent:** | Sunday, May 7, 2006 7:33 PM |
| **To:** | Raming, Julie B.; Stephens, Carol A.; Davis, Michael |
| **Cc:** | Montney, Paul A.; Holm, Stewart E. |
| **Subject:** | RE: Ft. Brag |

<u>Tom Butz and Jim Hannah have been pretyy specific as to what they want</u> in the e-mails below so we need to make sure the slides cover those points. The focus is the remedial action plan, not real estate strategy or public relations. We don't need to make this a comprehensive project review like Fox River( that may come later). <u>We also need to be prepared to discuss the dioxin data and the implications.</u> Stew Holm is preparing an outline of options for any additional sampling that he will send to Michael Monday morning. Stew cannot attend the meeting on Tuesday but we can discuss the options without him and consult more later on if needed.

-----Original Message-----
**From:** Raming, Julie B.
**Sent:** Sun 5/7/2006 2:11 PM
**To:** Stephens, Carol A.; Davis, Michael; Bentley, Keith M.
**Cc:** Montney, Paul A.
**Subject:** Re: Ft. Brag

Tom Butz's outline below

-----Original Message-----
From: Stephens, Carol A.
To: Davis, Michael; Raming, Julie B.; Bentley, Keith M.
CC: Montney, Paul A.
Sent: Sun May 07 13:11:41 2006
Subject: Re: Ft. Brag

Who created the agenda?

-----Original Message-----
From: Davis, Michael
To: Raming, Julie B.; Bentley, Keith M.
CC: Montney, Paul A.; Stephens, Carol A.
Sent: Sun May 07 13:05:23 2006
Subject: Re: Ft. Brag

First I've seen of the agenda. We need to discuss Monday since this is a lot of ground to cover.

-----Original Message-----
From: Raming, Julie B.
To: Bentley, Keith M.
CC: Montney, Paul A.; Davis, Michael; Stephens, Carol A.
Sent: Sun May 07 11:10:51 2006
Subject: Re: Ft. Brag

If the agenda has changed from this then please let me know.

-----Original Message-----
From: Bentley, Keith M.
To: Raming, Julie B.
CC: Montney, Paul A.
Sent: Wed May 03 12:28:17 2006
Subject: Re: Ft. Brag

1

Confidential

GP00267314

Also we are trying to find a time within a week or so to do this so the schedule may change.
Sent from Blackberry

-----Original Message-----
From: Bentley, Keith M.
To: Raming, Julie B.
CC: Montney, Paul A.
Sent: Wed May 03 12:26:49 2006
Subject: Re: Ft. Brag

I tallked with Tom and Jim hannah. The focus of the meeting should be the remdial action plan going forward. Some history is OK but we don't need the rehash of all of this.

Sent from Blackberry

-----Original Message-----
From: Raming, Julie B.
To: Bentley, Keith M.
Sent: Wed May 03 08:48:37 2006
Subject: Re: Ft. Brag

Keith based on Tom's outline I will try to give you a brief outline by tomorrow morning.

-----Original Message-----
From: Bentley, Keith M.
To: Montney, Paul A.; Raming, Julie B.
Sent: Wed May 03 07:33:35 2006
Subject: Fw: Ft. Brag

We need to talk.
Sent from Blackberry

-----Original Message-----
From: Hannan, Jim B.
To: Butz, Tom; Bentley, Keith M.
CC: Darland, Tye G.
Sent: Wed May 03 07:19:33 2006
Subject: RE: Ft. Brag

Lets make sure to include Carol Stephens, Michael Davis, Philip Ellender and Mike Rehwinkel.

Keith – a bit more background.  As you are aware, there have been numerous strategies WRT Ft Bragg over the years.  We have been attempting to obtain the necessary permits to complete the work required to define a remedial action plan with the view that that step is necessary to allow us to fully evaluate the options for the property (essentially, hold, partner w/developer, sell, re-entitle and develop ourselves).

In addition to Tom's comments, I would like to accomplish the following in the discussion:

1)   ensure we have defined all the steps necessary to accomplish the objective above

2)   ensure we have clear owners for the actions/bets

3)   ensure we have the right capabilities engaged to get the work done

thanks

Jim

2

Confidential

GP00267315

-----Original Message-----
From: Butz, Tom
Sent: Wednesday, May 03, 2006 7:12 AM
To: Bentley, Keith M.
Cc: Darland, Tye G.; Hannan, Jim B.
Subject: Ft. Brag

Keith…Jim Hannan thought it would be a good idea to get a summary update on the whole Ft. Brag remediation project. We jumped in last week on a specific issue of concern, but we are probably not all as up to speed on the overall project as we should be. I believe some of the key topics would be:

* Brief history of our involvement

* Overall project objectives

* Our plan to achieve the objectives

* Where we are today relative to the plan and what the remaining scope of work

Can you arrange this review, targeting for some time next week if possible. In addition to Jim, I would like to attend and probably Tye could benefit as well.

Tye…please confirm your interest

Jim…who else from your side should attend and what other key issues/questions would you like to address?

Thanks

3

Confidential                                    GP00267316

# Exhibit 8

# Exhibit 8

| | |
|---|---|
| **From:** | Stephens, Carol A. |
| **Sent:** | Wednesday, July 5, 2006 5:36 PM |
| **To:** | 'ian.gillis@urbancommunitypartners.com' |
| **Cc:** | Hannan, Jim B.; 'keith.mccoy@urbancommunitypartners.com' |
| **Subject:** | Re: Fort Bragg |

A Friday call could work for me but I need to check Jim's schedule.  I'll let you know something tomorrow.  It was great seeing you guys.

-----Original Message-----
From: Ian Gillis <ian.gillis@urbancommunitypartners.com>
To: Stephens, Carol A.
CC: Hannan, Jim B.; Keith L. McCoy <keith.mccoy@urbancommunitypartners.com>
Sent: Wed Jul 05 13:33:24 2006
Subject: Fort Bragg

Hi Carol,

It was great to meet you and Jim at Fort Bragg the other week.

As requested, Keith and I have been giving some thought as to how we might structure a relationship between Georgia Pacific and Urban Community Partners in order to create the maximum realizable value for the site for Georgia Pacific through an expedited entitlement process, running in parallel with your cleanup efforts.

We would be happy to discuss our original proposal and new ideas with you, this week if possible since Keith leaves for Vacation on the 10th.

Can we schedule a call? Friday works best for us.

Regards,

Ian

1

GP00105715

# Exhibit 9

# Exhibit 9

| | |
|---|---|
| **From:** | Stephens, Carol A. |
| **Sent:** | Friday, November 17, 2006 1:19 AM |
| **To:** | Hannan, Jim B. |
| **Subject:** | Great Day!! |

Meeting with DTSC went far better than expected (although the first hour was a nail biter). This afternoon, Michael and I met with Keith, Ian and their new development partner. They are now willing to put "skin" in the game. We are working on our presentation to you for next Wednesday. I think you will be appreciative of our progress and, hopefully, interested in our recommendation. We are training hard for the rigorous challenge process we expect to engage in!!!

PS- Mike got a draft sublease out to Arcerio this afternoon. Buttoning up this deal is our number one priority.

1

Confidential                                                                          GP00168773

# Exhibit 10

# Exhibit 10

| | |
|---|---|
| **From:** | Hannan, Jim B. |
| **Sent:** | Tuesday, December 5, 2006 12:03 PM |
| **To:** | Stephens, Carol A. |
| **Subject:** | RE: Cherokee |

Lets discuss when you have a minute.

-----Original Message-----
**From:** Stephens, Carol A.
**Sent:** Monday, December 04, 2006 6:13 PM
**To:** Hannan, Jim B.
**Subject:** FW: Cherokee

Thoughts from Greg Smith regarding Cherokee.
-----Original Message-----
**From:** Smith, Greg (KII) [mailto:Smith24G@kochind.com]
**Sent:** Monday, December 04, 2006 6:05 PM
**To:** Stephens, Carol A.
**Subject:** RE: Cherokee

Carol,

I spoke to Darden on Wednesday of last week.  I suggested they help GP as much as they can even though they don't have a transaction yet (i.e. build the relationship) and (2) be as specific as they can as quickly as they can on Ft. Bragg to help everyone crystallize their thinking.  He agreed, he wants Ft. Bragg badly and also to look at other GP properties.

Darden volunteered they may have to rethink their business model,  he understands GP is more seeking to maximize NPV than get cash up front or soon.  He wondered if perhaps Cherokee "manages" the project in return for sharing the development upside.

I have been thinking about how to help, some ideas for you:
- I have briefly updated Ron Vaupel and John Pittenger on the meeting. I would be happy to arrange a call so we could brainstorm. Both Ron and John know Cherokee and are an excellent resource.
- I see no risk only good in encouraging/helping Cherokee go ASAP with due diligence to get to an offer. After addressing NDA issue I suggest you give them whatever they want so they can propose something.
- I like the idea of getting independent values from Morgan Stanley's RE group and suggest the Cherokee offer of a contact there be pursued.

BTW I am happy to set up a call or assist in any way you want.

Greg

**From:** Stephens, Carol A. [mailto:CASTEPHE@GAPAC.com]
**Sent:** Monday,December 04,2006 2:39 PM
**To:** Smith, Greg (KII)
**Subject:** Cherokee

Hi, Greg.  Am back in the office this week and was wondering how your follow up call went with Cherokee.  Hannan and I met to day to chat about next steps.  Thoughts?

1

Confidential                                                                  GP00105936

# Exhibit 11

# Exhibit 11

| From: | Hannan, Jim B. |
| Sent: | Thursday, December 7, 2006 9:42 PM |
| To: | Davis, Michael; Butz, Tom; Bentley, Keith M. |
| Cc: | Stephens, Carol A.; Montney, Paul A.; Holm, Stewart E.; Ruse, Melodie S. |
| Subject: | Re: Executive Summary rev4 1205062.doc |

Team,

I reviewed the limited info in the exec summary and have the following questions/comments.
1) Who owns this document - GP, DTSC or BBL?
2) Why are the residential and tap water standards what we are using?  Who determined appropriateness?
3) What are Polycyclic aromatic hydrocarbons and what are some examples of causes?
4) In Parcel 1, the second bullet refers to know debris disposal. Is this disposal by GP, a predecessor or the city?  Should we clarify?  Do we own glass beach?
5) TPH?
6) Data gaps generally, why do we not have surface samples and why are so many monitoring wells req'd beyond what has been added already?
7) Why is a consultant that makes money by doing more work for us defining the data gaps and making blanket statements that more may be required?
8) Why do the identified gaps exist when I have repeatedly heard that there would be little to no additional work required to complete the RAP after the 06 program unless in speciffic response to a finding from the 06 program?
9) When must this report be complete (presumably incl not just the exec sum) and who will receive?  Will the contents be privileged and confidential until final?  Who is the audience?

Jim


-----Original Message-----
From: Davis, Michael
To: Hannan, Jim B.; Butz, Tom; Bentley, Keith M.
CC: Stephens, Carol A.; Montney, Paul A.; Holm, Stewart E.; Ruse, Melodie S.
Sent: Wed Dec 06 14:26:53 2006
Subject: Executive Summary rev4 1205062.doc

Attached please find the most current draft of the Executive Summary for the Fort Bragg Current Conditions Report. We still have some minor changes to make but wanted to get this to you fro your consideration.

1

Confidential                                                                                    GP00157280

# Exhibit 12

# Exhibit 12

| From: | DeShields, Bridgette |
|---|---|
| Sent: | Wednesday, January 21, 2009 12:32 PM |
| To: | Nedoff, Judith |
| Cc: | Brouwer, Liesbeth |
| Subject: | RE: PVV start - for your feedback |

I would go back farther (the info can and should include work done on the project in preceding years – the PVV award is applied for once you've accomplished enough). So this would be the OU-A RI and risk assessment done on an extremely quick turn. And the other work in 2006 and 2007

In fact, I would give a little intro on how we got involved in the project initially – quick start, showing up the original consultant, taking over the project on short notice, etc. Leveraging resource from multiple offices and groups within the EN division, working with CES, cross-selling, how we leveraged our relationships with DTSC after the project was assigned to them

Also put something about this being the 3rd largest liability site for GP, how work on this site is <u>very much respected and appreciated within GP – at the highest level, by CEO/president Jim Hannan</u> and env counsel, Michael Davis.

---

**From:** Nedoff, Judith
**Sent:** Tuesday, January 20, 2009 5:29 PM
**To:** DeShields, Bridgette
**Cc:** Brouwer, Liesbeth
**Subject:** PVV start - for your feedback

Liesbeth and I will work on this tomorrow and hope to have a draft for your review by Thurs AM, since we will be in Petaluma on Thursday and won't have much time to work on it that day. We wanted to send along some ideas so you can give us some direction before we go too far with it. We maybe going overboard . . .
Generally, I was thinking we want to show that we accomplished a considerable amount for GP in one year (we will assign the "values" as we work on it tomorrow – see Liesbeth's notes below for a start):

- OU-A RAP, three associated public meetings, three City Council meetings, and approval by City and state, with one permitting agency left; sea cave investigation under short TAT to respond to community concerns
- IARAP done and approved in time to implement about 40% of the remediation in a shortened field season
- Site investigation progress (see more below) – OUC, OUD, OUE
- Planning for the future of the property using the site investigation results and remedial plans (prelim risk assessment under short TAT is key to this)
- Sensitive site in active and vocal community, we provided community outreach with Project Center and website, also presentations and q&a at City Council/Redevelopment Agency meetings
- Demolition of two large buildings for safety and progress on site redevelopment
- Dioxin evaluation – background value for site, fingerprinting to distinguish site sources vs. offsite and ambient sources

Judy Nedoff
Principal Scientist
925.274.1100 x67820

Mobile: 707.338.0708

1

Confidential                                                                                   ARC03928477

**From:** Brouwer, Liesbeth
**Sent:** Tuesday, January 20, 2009 1:36 PM
**To:** Nedoff, Judith
**Subject:** PVV - my notes from our call. let me know if you need more detail

A.  Site Investigation and Preliminary risk assessment: Characterization of majority of 405 acre site completed in less than 2 years. Data was used for a preliminary risk assessment, which allowed the client to move forward with future plans for and determining the value of the site. (LB to expand) (Also tie in with RAPs?)
B.  OU-A RAP / Sea Cave Investigation (Judy) – approved and implemented (partially) in 1 year despite many hurdles. Agility!!!
C.  IA RAP – see B (Judy)
D.  Dioxin Background evaluation / Pond Investigation – developed method for Determining Site-Specific PCDD/PCDF Background Soil Concentrations. Application will help distinguish ambient from site-impacted, and have significant impacts on the remediation required for the site (eg. Pond 8 impacts characterized as ambient) (Liesbeth to expand with help from Erin)
E.  Demolition/Remediation – Judy/Bill
F.  Groundwater– offsite investigation to determine background concentrations (Guy? )
G.  Community Outreach / Communication – working closely with the client, city and residents. Facilitating open communication to the benefit of the client and the City of Fort Bragg.  (Judy/Liesbeth)

Purpose : redevelopment of the site with the betterment of the City in mind.
Vision : team consists of members from various fields, stationed across the US

ARCADIS
Liesbeth Brouwer
Project Scientist

2033 N. Main St., Suite 340
Walnut Creek, CA 94596
Tel    925.274.1100 ext. 67823
Fax    925.274.1103
Mobile  925.451.6490
liesbeth.brouwer@arcadis-us.com
www.arcadis-us.com

ARCADIS, Imagine the result

2

Confidential                                                                                                                    ARC03928478

# Exhibit 13

# Exhibit 13

**Georgia-Pacific Account Team Call**
**Wednesday May 25, 2011 – 2:00 pm CT**
**Phone: 877.999.1272 passcode 9594927**

Roll call

Doug Cowin, Alan Fowler, Liesbeth Magna (Brouwer), Pat Maguire, John Ellis, Ray Cheatham, David Stout, Gary Cameron, Dawn Penniman, David Yager, Michele Noble, Brian Wilson, Dory Ulanoff

Safety moment

While performing a soil investigation we observed subcontractor (to G-P) cleaning out solidified resins with no air monitoring or respiratory protection while ARCADIS had upgraded to Level C. ARCADIS reported to G-P facility staff but no response. ARCADIS reported to corporate who arranged for immediate stop work. Corporate very pleased with ARCADIS response.

Account Call Objectives

To grow the account and share information that will allow us to do that. Most of our contacts are in the environmental division. We need to gather intelligence to leverage our access to folks outside the environmental group. Plan to ask key questions at comfortable times.

Ray Cheatham brings us knowledge of Koch Industries. We have used Arun Khan (khan_arun@yahoo.com) in India to research the client. We will gather information and distribute it to account team.

Account Team

- Client Development
    - Senior Officers – Gary Cameron, Dave Stout – Long standing contacts and trusted advisors they are still actively involved in the account. We will leverage their relationships to open some doors for other contacts.
    - Client Development Manager – Lowell McBurney – Successful former PIC and a great resource you can reach out to
    - Global Account Manager – Ray Cheatham – Koch PIC and GAM with knowledge of Koch culture
    - PIC – Doug Cowin
    - Account Development Specialist – Dory Ulanoff – Experienced in preparing marketing materials. Make sure to involve her in putting together proposals and marketing materials.
- Accounting / Finance
    - Lisa Durfey - Accounting Specialist
    - Dave Yager - Business Manager – Leads financial analyses, deep dives, getting rate schedules approved
- Account Administration/Management
    - Dawn Penniman – Been working with G-P since 1990, supports team on account specific issues, knows MSA, subcontractor agreements. She

is your go-to person for contract, subcontract, and billing related issues.
- Health & Safety Resource – TBD
- TKI Liaison – TBD
- Project Managers
  - Matt Bowman – Ft. Bragg (dam maintenance)
  - Guy Chammas – Ft. Bragg (groundwater, wood waste disposal site)
  - Evan Clark – Aircraft Hanger
  - Doug Cowin – Kalamazoo River, Willow Blvd/A-Site
  - Scott Davies – (Site?) Railcar Loading Area
  - Bridgette DeShields – Ft. Bragg, Elk Grove, Westport Mill
  - Shannon Dunn – Westport Mill, Camas Mill
  - John Ellis – Plaquemine, LaFayette, Fordyce, Parchment
  - Mike Erickson – Kalamazoo River
  - Mike Fleischner – Ft. Bragg
  - Alan Fowler – Thorold Mill
  - Mike Hassett – King Highway Landfill
  - Brian Kaufman – Stack test
  - Liesbeth Magna – Ft. Bragg (OU-C, OU-D, OU-E), Montebello
  - Pat McGuire – Willow Blvd/A-Site
  - Mike Mattingly – Dixie
  - Quentin Moore – Iron King
  - Michele Noble –
  - Dawn Penniman – Kalamazoo River
  - Eric Rainey – Pryor Plant
  - Kathy Romaine – Curtis Paper, ISRA, Bowdens, Enfield
  - Dave Stout – Bound Brook, Willsboro Ash Pond, Black River
  - Brian Wilson –
  - Frank Zamiska – Ft. Bragg (IA RAP, OU-A RAP)

Account Budget Review (Dave Yager)
- Financial performance
  YTD – GR $5.6M vs $4.8M plan, NOR $4.4M vs $3.3M plan, Multiplier is struggling at 2.75 vs 2.82 plan. Margins are down, Marketing is up a bit, DRO is okay at 74.
  Merit increases are partially to blame for the multiplier along with Ft. Bragg rework, and Kalamazoo. Lump sum work is way down relative to past years. Staff mix is on high end. Some small ceilings and unbilled.
- Financial audit – beware of these. We have occasionally been audited by G-P and we have to operate our business ready to have our accounts audited.

Account Issues

- Fee schedule e-auction – Led by Gary Cameron. Resulted in a 7.5% increase in our rates that will take effect in July.
- Project-specific labor rates
- Volume discount

ARC03938001

Client Interactions/Meetings (Dave Stout / Gary Cameron)

- May 17 meeting with Dave Massengill – Met to review projects and identify spend, predict future spend, highlight successes, opportunities for improvement, metric we should be measured by, and what we can do to add value.
    - At least 1-2 instances of someone billing at two different rates. In some cases it is legitimate, but we have also slipped. They want to review our rates of individuals and let them know before we bump someone's rate up and document the legitimacy of the increase.
    - <u>Ft. Bragg consolidation cell has failed and is accumulating water</u>. We are going to fix it. G-P has decided to have us dig up the material and take it away. They had to prepare a decision making framework for their change in direction (and additional $1M spend). <u>The decision went up to the CEO and since it was our engineering error, we didn't look very good</u>. **We cannot afford any slip ups on any project. We are being scrutinized and our good contacts are being pressured from above.**
    - We will be getting an amendment to our MSA including new rates, and other amendments to cover utility liability and flowdown to subconsultant, to take effect in July for three years.
    - Rates are being discounted 3% from volume discount, even when we get the 7% increase they will be discounted for the remainder of the year.

Wins/Losses

- Camas Mill, Washington – Weak black liquor release investigation – win
- Camas Mill, Washington – Aerated stabilization basins – pending

RFPs / Proposals / Future Opportunities (deferred)

Project Reviews / Updates

- Project review: (deferred)
- Staffing/resources (deferred)

Open Forum / Knowledge Sharing (deferred)

Review of Assigned Action Items

- Ray Cheatham will follow up to see who from the Koch account will coordinate with Dawn Penniman on preparing a table of individual billing rates for the account.
- Gary Cameron to email Liesbeth Magna discrepant labor rates on the Ft. Bragg (Mike Fleischner) so she can sort it out with G-P.
- Gary Cameron will summarize items from the May 17 meeting for distribution to the account team.
- Doug Cowin to create an internal schedule to remind the team of information needed for the G-P quarterly meetings. A new format for the one-pager quarterly update reports is being developed by Gary Cameron and Dave Stout.
- Doug Cowin to distribute fee schedule to become effective in July 2011, and example request for project-specific labor rates

Confidential                                                                                       ARC03938002

Next call – Wednesday June 22, 2011 2:00 pm CT

Confidential

ARC03938003

# Exhibit 14

# Exhibit 14

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 66049 | FORT BRAGG | 0200606; 0200607; 0200608; 0200609; 0200610; 0200611; 0200612; 0213570; 0216023 | TASK 00001 | ENGINEERING & REGULATORY SUPPORT | $ 197,595 | $ 197,595 | X | | The work performed was to remove foundations, perform additional investigation activities, and implement Interim Remedial Measures (IRMs). |
| 2 | 66049 | FORT BRAGG | 0200606 | TASK 00002 | UNKNOWN | $ 36,724 | $ 36,724 | X | | See above comment. |
| 3 | 66049 | FORT BRAGG | 0200606; 0200607; 0200608; 0200609; 0200610; 0200611; | TASK 00003 | CONCRETE REMOVAL | $ 502,021 | $ 502,021 | X | | The work performed involved concrete removal and disposal. |
| 4 | 66049 | FORT BRAGG | 0200609; 0200610; 0200611; 0200612; 0171202; 0174186; 0178514 | TASK 00004 | ASH PILE/WASTE REMOVAL & CAP INSTALLATION | $ 1,521,978 | $ 1,034,689 | X | | The work performed was for interim capping implementation in foundation removal/impacted soil excavation areas that were scheduled to be remediated at a later phase in the project. |
| | | | | | | $ - | $ 487,288 | | X | The work performed was to remove and dispose of the GP-generated ash pile, install a temporary cover on portions of the site where contaminated soils were present and later excavated, and perform building demolition. |
| 5 | 66049 | FORT BRAGG | 0200611 | TASK 00005 | DEMOBILIZATION | $ 6,340 | $ 6,340 | X | | The work performed was foundation removal and removal of equipment from the site. |
| 6 | 66049 | FORT BRAGG | 0200607 | TASK 00006 | ADDITIONAL SITE PREP AND MANAGEMENT OF BLUFF WORK | $ 630 | $ 630 | X | | The work performed was removal of debris from the bluff as part of the OU-A Remedial Action Plan (RAP). |
| 7 | 66049 | FORT BRAGG | 0200607; 0200608 | TASK 00008 | GLASS BEACHES | $ 880 | $ 880 | X | | The work performed was removal of debris and metal from Glass Beaches 1, 2, and 3 as part of the OU-A RAP. |
| 8 | 66049 | FORT BRAGG | 0200607; 0200608; 0200609; 0200610; 0200611; 0178514; | TASK 00009 | CONTINGENCY | $ 40,532 | $ 40,532 | X | | The work performed was foundation removal. |
| 9 | 66049 | FORT BRAGG | 0181230 | TASK 00010 | MOBILIZATION & SITE PREP | $ 23,127 | $ 23,127 | X | | The work performed involved mobilization and site prep activities related to the removal of a fuel line and associated petroleum-impacted soils. This work also involved foundation removal, additional investigation activities, and implementation of Interim Remedial Measures (IRMs). |
| 10 | 66049 | FORT BRAGG | 0181230; 0184674; 0190891 | TASK 00011 | INVESTIGATION/REMOVAL ANOMOLIES | $ 176,038 | $ 176,038 | X | | The work performed involved investigation of geophysical anomalies where contamination was previously found. |

Page 1 of 25



DEFENDANT'S
EXHIBIT
154

154

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 66049 | FORT BRAGG | 0184674; 0190891 | TASK 00012 | BLUFF WORK | $ 46,081 | $ 46,081 | X | | *The work performed was removal of debris and metal from the bluffs as part of the OU-A RAP.  DTSC expressed concern that the debris and metal in the bluff would leach into the Pacific Ocean.* |
| 12 | 66049 | FORT BRAGG | 0190891; 0192372; 0195757; 0201694; | TASK 00013 | FUEL OIL REMOVAL | $ 282,487 | $ 282,487 | X | | *The work performed was removal of a fuel line and petroleum hydrocarbon-impacted soil surrounding the pipe consistent with the DTSC order.* |
| 13 | 66049 | FORT BRAGG | 0184674; 0190891; 0192372; 0195757; 0201694; 0203977; 0209339 | TASK 00014 | PILOT STUDY BIOREMEDIATION | $ 384,346 | $ 384,346 | X | | *This cost is for the Parcel 3 Mobile Equipment Shop (MES) pilot study, consistent with the DTSC order.* |
| 14 | 66049 | FORT BRAGG | 0184674; 0190891; 0192372; 0195757; 0201694; 0203977; 0209339; 0213570; | TASK 00015 | SELECTED DEMOLITION | $ 282,282 | $ 282,282 | X | | *The work performed included:*<br>*1) Excavation of 3,000 cubic yards of TPH-impacted soil from a fuel oil pipeline area;*<br>*2) Demolition of the Machine Shop and Storage Shed in Parcel 3, which had to be removed to excavate impacted soil;*<br>*3) Site investigation activities in OU-A;*<br>*4) Preparation of a report on background levels of metals; and*<br>*5) Preparation of a memo on background levels of lead.* |
| 15 | 66049 | FORT BRAGG | 0203977; 209339 | TASK 00016 | DECONTAMINATION & DEMOBILIZATION | $ 8,299 | $ 8,299 | X | | *The work performed involved decontamination and demobilization of equipment from the site.* |
| 16 | 66049 | FORT BRAGG | 0226261; 0230485 | TASK 00020 | MOBILIZATION | $ 59,265 | $ 59,265 | X | | *The work performed related to the IRM activities performed in the OU-E compressor house and the OU-E Parcel 5 MES.* |
| 17 | 66049 | FORT BRAGG | 0226261; 0230485 | TASK 00021 | SITE PLAN | $ 191,916 | $ 191,916 | X | | *See above comment.* |
| 18 | 66049 | FORT BRAGG | 0230485; 0235461; 0238825; 0242538; 0247684; 0251358; 0254778 | TASK 00022 | LAND FARMING & GROUNDWATER TREATMENT | $ 1,677,398 | $ 1,677,398 | X | | *See above comment.* |
| 19 | 66049 | FORT BRAGG | 0235461; 0238825 | TASK 00023 | TRANSITE LINE REMOVAL | $ 9,496 | $ 9,496 | X | | *The work performed was removal of a transit line, which was necessary to proceed with remediation.* |
| 20 | 66049 | FORT BRAGG | 0251358; 0254778 | TASK 00026 | DECONTAMINATION & DEMOBILIZATION | $ 27,840 | $ 27,840 | X | | *The work performed related to the IRM activities performed in the OU-E compressor house and the OU-E Parcel 5 MES.* |
| 21 | 66049 | FORT BRAGG | 0238825; 0242538; 0247684; 0251358 | TASK 00028 | DEMOLITION AND ASBESTOS | $ 160,769 | $ 160,769 | | X | *The work performed included an asbestos survey and demolition.* |
| | | | | | TOTALS | $ 5,636,045 | $ 5,636,045 | $ 4,987,987 | $ 648,058 | |

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | 66103 | Groundwater Monitoring | 66103-200609; 66103-200610; 66103-200611; 66103-200612; 0174755; 0213727; 0216010; 0219555 | TASK 00001 | 3RD QTR 2006 MONITORING | $ 87,813 | $ 87,813 | X | | The work performed was groundwater monitoring at the site as required by the DTSC order. |
| 23 | 66103 | Groundwater Monitoring | 66103-200612; 0171603; 0174755; 0178177; 0181258; 0184515; 0213727; 0216010; 0219555; 0222992 | TASK 00002 | 4TH QTR MONITORING | $ 104,441 | $ 104,441 | X | | See above comment. |
| 24 | 66103 | Groundwater Monitoring | 0178177; 0181258; 0184515; 0194063; 0195754; 0213727; 0216010; 0219555 | TASK 00003 | 1Q 2007 GW MONITORING | $ 170,676 | $ 170,676 | X | | See above comment. |
| 25 | 66103 | Groundwater Monitoring | 0194063; 0195754; 0199864; 0203332; 0209539; 0213727; 0216010; 0219555; 0222992 | TASK 00004 | 2Q 2007 GW MONITORING | $ 173,674 | $ 173,674 | X | | See above comment. |
| 26 | 66103 | Groundwater Monitoring | 0199864; 0203332; 0209539; 0213727; 0216010; 0219555; 0222992; 0226269; 0231769 | TASK 00005 | 3Q 2007 GW MONITORING | $ 267,755 | $ 267,755 | X | | See above comment. |
| 27 | 66103 | Groundwater Monitoring | 0209539; 0213727; 0216010; 0219555; 0222992; 0226269; 0231769; 0236135 | TASK 00006 | 4Q 2007 GW MONITORING | $ 165,502 | $ 165,502 | X | | See above comment. |
| 28 | 66103 | Groundwater Monitoring | 0222992; 0226269; 0231769; 0236135; 0238946 | TASK 00007 | 1Q08 GW MONITORING | $ 87,746 | $ 87,746 | X | | See above comment. |
| 29 | 66103 | Groundwater Monitoring | 0231769; 0236135; 0238946; 0242576; 0247617; 0255032 | TASK 00008 | 2Q08 GW MONITORING | $ 70,956 | $ 70,956 | X | . | See above comment. |
| 30 | 66103 | Groundwater Monitoring | 0242576; 0247617; 0252112; 0255032; 0257455; 0262035; 0264446; 0268109; 0272491 | TASK 00009 | 3Q08 GW MONITORING | $ 73,479 | $ 73,479 | X | | See above comment. |
| 31 | 66103 | Groundwater Monitoring | 0257455; 0262035; 0264446; 0268109; 0272491 | TASK 00010 | 4Q08 GWM | $ 61,587 | $ 61,587 | X | | See above comment. |
| 32 | 66103 | Groundwater Monitoring | 0264446; 0268109; 0272491; 0276529; 0280460; 0284117; | TASK 00011 | 1Q2009 GW MONITORING | $ 70,857 | $ 70,857 | X | | See above comment. |
| 33 | 66103 | Groundwater Monitoring | 0264446; 0268109; 0272491; 0276529; 0280460; 0284117; 0287699; 0291443 | TASK 00012 | 2Q2009 GW MONITORING | $ 51,018 | $ 51,018 | X | | See above comment. |

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

Case 3:12-cv-02797-WHO Document 224-3 Filed 08/12/14 Page 49 of 129

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 34 | 66103 | Groundwater Monitoring | 0284117; 0287699; 0291443; 0295729; 0299457; 0303107; 0306579 | TASK 00013 | 3Q2009 GW MONITORING | $ 55,502 | $ 55,502 | X | | See above comment. |
| 35 | 66103 | Groundwater Monitoring | 0295729; 0299457; 0303107; 0306579; 0311140; 0315444; 0320321 | TASK 00014 | 4Q2009 GW MONITORING | $ 135,091 | $ 135,091 | X | | See above comment. |
| 36 | 66103 | Groundwater Monitoring | 0315444; 0320321; 0323797; 0330138 | TASK 00015 | 1Q10 GROUNDWATER MONITORING | $ 85,299 | $ 85,299 | X | | See above comment. |
| 37 | 66103 | Groundwater Monitoring | 0303107; 0306579; 0311140; 0315444; 0320321; 0323797; 0330138; 0333228; 0338046; 0343158; 0347539 | TASK 00016 | 2Q10 GROUNDWATER MONITORING | $ 147,125 | $ 147,125 | X | | See above comment. |
| 38 | 66103 | Groundwater Monitoring | 0338046; 0343158; 0347539; 0352072; 0358603 | TASK 00017 | 3Q10 GROUNDWATER MONITORING | $ 85,102 | $ 85,102 | X | | See above comment. |
| 39 | 66103 | Groundwater Monitoring | 0352072; 0358603; 0362889 | TASK 00018 | 4Q10 GROUNDWATER MONITORING | $ 70,373 | $ 70,373 | X | | See above comment. |
| | | | | | TOTALS | $ 1,963,994 | $ 1,963,994 | $ 1,963,994 | $ - | |
| 40 | 66104 | Environmental Activities | 0200610; 0200611; 0200612; 0171420; 0173980; 0178218; 0183082; 0186588; 0190883; 0194347; 0198194; 0220356; 0224141; 0227446; 0240003 | TASK 00001 | FOUNDATION REMOVAL COMPLETION | $ 412,737 | $ 412,737 | X | | The work performed included foundation removal, investigation activities, and implementation of IRMs. |
| 41 | 66104 | Environmental Activities | 0200610; 0200611; 0200612 | TASK 00002 | ASH PILE ENVIRONMENTAL | $ 55,253 | $ 55,253 | | X | The work performed involved removal and disposal of the GP-generated ash pile. |

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | 66104 | Environmental Activities | 0200610; 0200611; 0200612; 0171420; 0173980; 0178218; 0183082; 0186588; 0190883; 0194347; 0198194; 0201772; 0205106; 0209883; 0213806; 0216628; 0220356; 0224141; 0227446; 0236991; 0240003; 0243647; 0247619; 0251831; 0255374; 0259113; 0262812; 0266549; 0270116; 0274827; 0278471; 0282097; 0285541; 0289872; 0293685; 0297769; 0300846; 0303426; 0308663; 0312467; 0318151; 0321472; 0326430; 0331468; 0335977; 0340315; 0345129; 0350578; 0354638; 0360686 | TASK 00003 | INITIAL DTSC SUBMITTALS/PM | $ 1,883,176 | $ 1,883,176 | X | | The work performed involved preparation of the Current Conditions Report (required by the DTSC order), dam maintenance at the request of the Department of Safety of Dams (DSOD), MES soil removal activities, initial preparation for site investigation and ecological risk assessment activities, foundation removal support activities, preparation of the OU-A Remedial Investigation (RI) workplan, and OU-A remediation and IRM support activities. |
| 43 | 66104 | Environmental Activities | 0200610; 0200611; 0200612; 0171420; 0173980; 0178218; 0183082; 0194347; 0198194 | TASK 00004 | 2ND AND 3RD QUARTER GW | $ 80,355 | $ 80,355 | X | | The work performed involved groundwater monitoring at the site, required by the DTSC order. |
| 44 | 66104 | Environmental Activities | 0200612; 0171420; 0173980; 0178218; 0183082; 0186588; 0190883; 0194347; 0198194; 0201772; 0205106; 0209883; 0213806; 0216628; 0220356; 0224141; 0227446; 0240003; 0247619; 0251831; 0255374; 0262812; 0266549; 0274827; 0278471 | TASK 00005 | INTERIDAL | $ 231,531 | $ 231,531 | X | | The work performed involved sediment sampling in Soldier's Bay, required by the DTSC order. |
| 45 | 66104 | Environmental Activities | 0200612; 0171420; 0173980; 0178218; 0186588; 0190883; 0194347; 0198194; 0201772; 0205106; 0209883; 0213806; 0216628; 0220356; 0224141; 0227446 | TASK 00006 | QAPP | $ 67,716 | $ 67,716 | X | | The work performed was related to the Quality Assurance Project Plan (QAPP), performed in accordance with the DTSC order. |

Case 3:12-cv-02797-WHO Document 224-3 Filed 08/12/14 Page 51 of 129

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 66104 | Environmental Activities | 0200612; 0171420; 0173980; 0178218; 0194347; 0198194; 0205106; 0209883; 0213806; 0216628; 0220356; 0224141; 0236991; 0240003; 0247619; 0251831; 0255374; 0259113; 0262812; 0266549 | TASK 00007 | BACKGROUND REPORT | $ 167,558 | $ 167,558 | X | | The work performed involved preparation of the background metals report, completed under the DTSC approval. |
| 47 | 66104 | Environmental Activities | 0200612; 0173980; 0178218 | TASK 00008 | SITE INVEESTIGATION WP | $ 57,025 | $ 57,025 | X | | The work performed involved preparation of the site investigation workplan that was required by the DTSC order. |
| 48 | 66104 | Environmental Activities | 0200612; 0171420; 0173980; 0178218 | TASK 00009 | RISK WORK PLAN | $ 25,271 | $ 25,271 | X | | The work performed involved preparation of the site wide risk assessment in accordance with the DTSC order. |
| 49 | 66104 | Environmental Activities | 0236991; 0240003; 0243647; 0247619; 0255374 | TASK 00010 | SEA CAVE SAMPLING | $ 49,614 | $ 49,614 | X | | The work performed was in support of the Ecological Risk Assessment and was completed pursuant to DTSC's request. |
| 50 | 66104 | Environmental Activities | 0236991; 0240003; 0243647; 0247619; 0251831; 0255374; 0259113; 0266549; 0270116; 0278471; 0282097; 0285541; 0300846; 0303426; 0308663; 0312467; 0318151; 0321472; 0326430; 0331468 | TASK 00011 | GANDA SP TASKS | $ 118,696 | $ 118,696 | X | | The work performed involved cultural resources monitoring that was conducted during implementation of the OU-C and OU-E RAP. |
| 51 | 66104 | Environmental Activities | 0262812; 0266549; 0270116; 0274827; 0278471; 0282097; 0285541; 0289872; 0293685; 0297769; 0300846; 0303426; 0308663; 0312467; 0318151; 0321472; 0326430; 0331468; 0335977; 0340315; 0345129; 0350578; 0354638; 0360686 | TASK 00012 | 2009 PUBLIC OUTREACH | $ 191,090 | $ 191,090 | X | | The work performed involved public outreach activities required under the DTSC order. |
| 52 | 66104 | Environmental Activities | 0321472; 0326430; 0331468; 0335977; 0340315; 0345129; 0350578; 0354638; 0360686 | TASK 00013 | 2009 SITE ENVIRONMENTAL | $ 98,975 | $ 98,975 | | X | The work performed included activities billed to "Fort Bragg Hazwaste training", stormwater sampling, SWPPP preparation, monthly dam inspections, preparation of "Biennial Report", and "Pampas Grass" scope of work. |
| | | | | | TOTALS | $ 3,438,998 | $ 3,438,998 | $ 3,284,769 | $ 154,228 | |

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 53 | 66108 | 2007 Environmental Support for Construction | 0183071; 0186594; 0190884; 0194057; 0198201; 0201774; 0205109; 0209347; 0213807; 0216627; 0219419; 0224143; 0227447; 0232480; 0236582; 0239396 | TASK 00001 | ENV. OVERSIGHT, SAMPLING, COMPLIANCE | $ 469,775 | $ 469,775 | X | | The work performed related to the inactive fuel oil pipeline in the former Powerhouse in Parcel 4 and associated soil impacts removed in 2007. It included the removal of petroleum hydrocarbon-impacted soil surrounding the pipeline and costs related to the MES soil excavation activities. These activities were consistent with the DTSC Order. |
| 54 | 66108 | 2007 Environmental Support for Construction | 0183071; 0186594; 0190884; 0194057; 0198201; 0209347; 0213807; 0216627; 0219419; 0224143 | TASK 00002 | PLANS & PERMITTING | $ 30,225 | $ 30,225 | X | | The work performed included excavation of a fuel oil line, confirmation sampling, and installation of replacement monitoring wells. |
| | | | | | TOTALS | $ 500,000 | $ 500,000 | $ 500,000 | $ - | |
| 55 | 66109 | Operable Unit A Implementation | 0183081; 0186615; 0190885; 0194050; 0198154; 0201986; 0205112; 0209348; 0213809; 0216929; 0219418 | TASK 00001 | FIELD WORK & VALIDATION | $ 694,000 | $ 694,000 | X | | The work performed related to activities completed in support of the RI report for OU-A, which included a Human Health and Ecological Risk assessment. These activities were required by the DTSC Order. |
| 56 | 66109 | Operable Unit A Implementation | 0198154; 0201986; 0205112; 0209348; 0213809; 0216929; 0219418 | TASK 00002 | RI REPORT | $ 123,450 | $ 123,450 | X | | See above comment. |
| 57 | 66109 | Operable Unit A Implementation | 0198154; 0201986; 0205112; 0209348; 0213809; 0216929 | TASK 00003 | RISK ASSESSMENT REPORT | $ 114,976 | $ 114,976 | X | | See above comment. |
| | | | | | TOTALS | $ 932,426 | $ 932,426 | $ 932,426 | $ - | |
| 58 | 66111 | 2007 Work Plans | 0186619; 0190881; 0194349 | TASK 00001 | PILOT STUDY WORK PLAN | $ 16,442 | $ 16,442 | X | | The work performed related to the pilot study to evaluate treatment alternatives for petroleum impacted soils. These activities are consistent with the DTSC Order. |
| 59 | 66111 | 2007 Work Plans | 0205114; 0209890; 0213814; 0220355; 0224019; 0227448; 0232482; 0236738 | TASK 00002 | IARAP | $ 101,580 | $ 101,580 | X | | The work performed involved activities that supported IRM activities in OU-C and OU-E. These activities were consistent with the DTSC Order. |
| 60 | 66111 | 2007 Work Plans | 0186619; 0190881; 0194349; 0205114; 0209890; 0220355; 0224019; 0232482; 0236738; 0239992 | TASK 00003 | RA WORK PLAN | $ 77,943 | $ 77,943 | X | | The work performed was required by the DTSC Order. |
| 61 | 66111 | 2007 Work Plans | 0190881; 0194349; 0198202; 0201776; 0227448; 0236738; 0239992 | TASK 00004 | OU-C WORK PLAN | $ 81,172 | $ 81,172 | X | | See above comment. |
| 62 | 66111 | 2007 Work Plans | 0186619; 0190881; 0194349; 0198202; 0201776; 0205114; 0209890; 0213814; 0232482; 0236738; 0239992 | TASK 00005 | POND SEDIMENT WORK PLAN | $ 43,462 | $ 43,462 | X | | See above comment. |

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 63 | 66111 | 2007 Work Plans | 0186619; 0190881 | TASK 00006 | OFFSHORE WORK PLAN | $ 26,957 | $ 26,957 | X | | The work performed was at the request of DTSC, as outlined in the work plan. |
| 64 | 66111 | 2007 Work Plans | 0186619; 0190881; 0194349; 0198202; 0201776; 0205114; 0209890; 0213814 | TASK 00007 | MISC/CONTINGENCY | $ 29,927 | $ 29,927 | X | | The work performed included preparation of the OU-C and OU-E Remedial Investigation Work Plans, as well as a review of aerial photographs used to complete the remedial investigation reports. |
| 65 | 66111 | 2007 Work Plans | 0205114; 0209890; 0213814; 0216607; 0220355; 0224019; 0227448; 0232482; 0236738; 0243508; 0247622; 0251654; 0255345; 0259300 | TASK 00008 | OU-A RAP | $ 130,826 | $ 130,826 | X | | The work performed involved activities required by the DTSC Order in creating the OU-A RAP. |
| 66 | 66111 | 2007 Work Plans | 0270050; 0205114; 0209890; 0213814; 0216607; 0220355; 0224019; 0227448; 0232482; 0236738; 0239992; 0243508; 0247622; 0251654; 0255345; 0259300; 0262723; 0266257; 0278317; 0281948; 0285544; 0293668; 0300800 | TASK 00009 | CEQA PERMITTING | $ 121,392 | $ 121,392 | X | | The work performed was required by the DTSC Order. |
| 67 | 66111 | 2007 Work Plans | 0220355; 0224019; 0227448; 0232482; 0236738; 0239992; 0247622; 0251654 | TASK 00010 | OU-D WORK PLAN | $ 72,586 | $ 72,586 | X | | See comment above. |
| 68 | 66111 | 2007 Work Plans | 0270050; 0239992; 0243508; 0247622; 02516540; 255345; 0259300; 0262723; 0266257; 0274821; 0278317; 0281948; 0285544; 0300800; 0303429; 0308666 | TASK 00011 | OFFSITE SCOPE | $ 127,131 | $ 127,131 | X | | The work performed included evaluation of off-site sources of groundwater contamination to the site. |
| 69 | 66111 | 2007 Work Plans | 0243508; 0247622 | TASK 00012 | DIOXIN SAMPLING | $ 8,949 | $ 8,949 | | X | The work performed included off-site dioxin sampling requested by GP that was not related to remedial investigation activities. |
| 70 | 66111 | 2007 Work Plans | 0270050; 0251654; 0255345; 0259300; 0262723; 0266257; 0274821 | TASK 00013 | CELL DESIGN DOCUMENT | $ 51,977 | $ 51,977 | X | | The work performed included construction and removal the consolidation cell. |
| 71 | 66111 | 2007 Work Plans | 0270050; 0278317; 0285544; 0293668 | TASK 00014 | BACKGROUND LEAD RE-EVALUATION | $ 6,351 | $ 6,351 | X | | The work performed was required by the DTSC Order. |
| | | | | | TOTALS | $ 896,695 | $ 896,695 | $ 887,747 | $ 8,949 | |

Case 3:12-cv-02797-WHO Document 224-3 Filed 08/12/14 Page 54 of 129

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 72 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0224704; 0227450; 0232481; 0236578; 0240047; 0244087; 0262722; 0278319; 0281944; 0285543; 0289865; 0293663; 0297768; 0300953; 0303430; 0308640; 0321464 | TASK 00001 | DATA COLLECTION | $ 432,224 | $ 432,224 | X | | This work was performed under the pond sediment investigation work plan, which was required by the DTSC Order. |
| 73 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0227450; 0232481; 0236578; 0240047; 0244087; 0247651; 0251655; 0255356; 0258689; 0262722; 0266143; 0270066; 0274832;0 289865 | TASK 00002 | DATA SUMMARY REPORT | $ 51,121 | $ 51,121 | X | | The work performed involved the preparation of the OU-E Ponds Data Summary Report dated May 2009. |
| 74 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0240047; 0244087; 0247651; 0251655; 0255356; 0258689; 0270066; 0274832; 0278319; 0281944 | TASK 00003 | ALTERNATIVES | $ 39,962 | $ 39,962 | X | | The work performed was related to dam safety issues. |
| 75 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0262722; 0266143; 0270066; 0274832; 0278319; 0281944; 0285543; 0303430; 0308640; 0312742; 0332450; 0335980 | TASK 00004 | GEOTECHNICAL EVALUATION | $ 107,811 | $ 107,811 | X | | See above comment. |
| 76 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0293663; 0297768; 0300953; 0303430; 0308640; 0312742; 0318136 | TASK 00005 | ECOLOGICAL RISK ASSESSMENT | $ 76,488 | $ 76,488 | X | | The work performed was required by the DTSC Order and involved activities related to dam safety issues. |
| 77 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0308640; 0312742; 0318136; 0321464; 0326435 | TASK 00006 | WORK PLAN FOR FILLING DATA GAPS IN | $ 85,850 | $ 85,850 | X | | The work performed was required by the DTSC Order. |
| 78 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0312742; 0318136; 0321464; 0326435; 0332450; 0335980; 0340401; 0345136; 0350714; 0354656; 0360690; 0364268 | TASK 00007 | CRLF & BOTANICAL SURVEY | $ 61,761 | $ 61,761 | X | | The work performed supported the preparation of the Ecological Risk Assessment for OU-E, which was required by the DTSC Order. |
| 79 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0312742; 0318136; 0321464; 0326435; 0332450; 0335980; 0345136 | TASK 00008 | OU-E STRATEGY | $ 199,654 | $ 199,654 | X | | The work performed was required by the DTSC Order, which states that the remediation strategy for the site must be developed in conjunction with DTSC. |

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 80 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0321464; 0326435; 0332450; 0335980; 0340401 | TASK 00009 | BENCHSCALE STUDIES | $ 23,487 | $ 23,487 | X | | The work performed was required by the DTSC Order. |
| 81 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0332450; 0335980; 0340401; 0345136; 0350714; 0354656; 0360690; 0364268 | TASK 00010 | UPLAND INVESTIGATION/DATA REVIEW | $ 538,191 | $ 538,191 | X | | The work performed was consistent with the preparation of an RI Report, which was required by the DTSC Order. |
| 82 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0332450; 0335980; 0340401; 0345136; 0350714; 0354656; 0360690; 0364268 | TASK 00011 | 60% BASIS OF DESIGN | $ 372,449 | $ 372,449 | X | | The work performed was related to dam maintenance completed at the request of DSOD to address concerns that the dam, which was in disrepair as of a 2003 inspection, represented a threatened release of potentially contaminated sediments into the Pacific Ocean. |
| 83 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0332450; 0340401; 0364268 | TASK 00012 | CEQA | $ 21,858 | $ 21,858 | X | | See above comment. |
| 84 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0332450; 0335980; 0340401; 0345136; 0350714; 0354656; 0360690; 0364268 | TASK 00013 | IARAP | $ 57,127 | $ 57,127 | X | | The work performed included activities related to storm water sampling and the Pond 8 Treatability Study. It was also related to Pond 6 and 7 activities, undertaken to support preparation of the OU-E RI. These activities were required by the DTSC Order. |
| 85 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0335980; 0340401; 0345136; 0360690 | TASK 00014 | PERMITTING | $ 12,472 | $ 12,472 | X | | The work performed supported the preparation of the OU-E RI work plan. |
| 86 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0345136; 0350714 | TASK 00015 | DAM MAINTENANCE | $ 49,876 | $ 49,876 | X | | The work performed involved dam maintenance completed at the request of DSOD to address concerns that the dam, which was in disrepair as of a 2003 inspection, represented a threatened release of potentially contaminated sediments into the Pacific Ocean. |

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 87 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0345136; 0350714 | TASK 00001(1) | CONSTRUCTION PLANNING & PREPARATION | $ 7,404 | $ 7,404 | X | | See above comment. |
| 88 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0350714; 0354656; 0360690 | TASK 00002(1) | DAM MAINTENANCE ACTIVITIES | $ 218,806 | $ 218,806 | X | | See above comment. |
| 89 | 66116 | OU-E Pond Sediment Sampling OR B0066116.0001 - Dam Maintenance | 0350714; 0354656; 0360690; 0364268 | TASK 00003(1) | MITIGATION CONSTRUCTION AND COMPLETION | $ 14,435 | $ 14,435 | X | | The work performed included preparation for remediation of OU-E Ponds (Ponds 6 and 7) consistent with the DTSC Order. |
| | | | | | TOTALS | $ 2,370,975 | $ 2,370,975 | $ 2,370,975 | $ - | |
| 90 | 66117 | 2008 Environmental Support for Construction | 0227851; 0232489; 0236570; 0239864; 0244092; 0247626; 0251656; 0255399; 0259112; 0262835; 0266753; 0270123; 0274831 | TASK 00003 | IA SUPPORT | $ 507,698 | $ 507,698 | X | | The work performed was required by the DTSC Order. |
| 91 | 66117 | 2008 Environmental Support for Construction | 0236570; 0239864; 0244092; 0247626; 0251656; 0255399; 0259112; 0262835 | TASK 00004 | IA DATA REPORTING/GW WORK PLAN | $ 27,015 | $ 27,015 | X | | See above comment. |
| 92 | 66117 | 2008 Environmental Support for Construction | 0236570; 0255399; 0259112; 0262835; 0266753; 0270123; 0274831; 0278387 | TASK 00005 | CONTINGENCY | $ 235,095 | $ 235,095 | X | | See above comment. |
| 93 | 66117 | 2008 Environmental Support for Construction | 0247626; 0251656; 0255399; 0259112; 0262835 | TASK 00006 | UST CLOSURE | $ 10,114 | $ 10,114 | X | | The work performed included underground storage tank closure activities consistent with the DTSC Order. |
| | | | | | TOTALS | $ 779,921 | $ 779,921 | $ 779,921 | $ - | |
| 94 | 66120 | OU-C Investigation and Reporting | 0244394; 0247984; 0251657; 0255390; 0259294; 0262815; 0266263; 0270141; 0274839; 0278386; 0285536; 0289869; 0293651 | TASK 00001 | SAMPLING & ANALYSIS | $ 355,248 | $ 355,248 | X | | The work performed included preparation of an RI Report required by the DTSC Order. |

Case 3:12-cv-02797-WHO   Document 224-3   Filed 08/12/14   Page 57 of 129

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 95 | 66120 | OU-C Investigation and Reporting | 0244394; 0247984; 0251657; 0255390; 0259294; 0262815; 0266263; 0270141 | TASK 00002 | DATA MANAGEMENT | $ 42,911 | $ 42,911 | X | | See above comment. |
| 96 | 66120 | OU-C Investigation and Reporting | 0251657; 0255390; 0259294; 0262815; 0266263; 0270141; 0274839; 0278386; 0285536; 0289869; 0293651; 0297770; 0300949; 0303431 | TASK 00003 | DATA REPORT | $ 63,029 | $ 63,029 | X | | See above comment. |
| | | | | | TOTALS | $ 461,187 | $ 461,187 | $ 461,187 | $ - | |
| 97 | 66121 | OU-D Work Plan Implementation | 0255366; 0259299; 0262817; 0266283; 0270150; 0274838; 0278296; 0281949; 0285496; 0289882; 0293683; 0297772; 0300978; 0303434; 0308667 | TASK 00001 | SAMPLING AND ANALYSIS | $ 695,822 | $ 695,822 | X | | See above comment. |
| 98 | 66121 | OU-D Work Plan Implementation | 0255366; 0259299; 0262817; 0266283; 0285496; 0289882; 0293683; 0300978; 0303434; 0308667 | TASK 00002 | DATA MANAGEMENT | $ 76,253 | $ 76,253 | X | | See above comment. |
| 99 | 66121 | OU-D Work Plan Implementation | 0259299; 0262817; 0266283; 0270150; 0274838; 0285496; 0289882; 0293683; 0297772; 0300978; 0308667 | TASK 00003 | DATA REPORT | $ 54,087 | $ 54,087 | X | | See above comment. |
| 100 | 66121 | OU-D Work Plan Implementation | 0255366; 0259299; 0262817; 0266283; 0270150; 0274838; 0278296; 0281949; 0285496 | TASK 00004 | PRELIMINARY RTC | $ 26,423 | $ 26,423 | X | | The work performed included updates to the OU-D Work Plan and preparation of responses to DTSC comments on the OU-D Work Plan. |
| 101 | 66121 | OU-D Work Plan Implementation | 0289882; 0293683; 0297772; 0300978; 0303434 | TASK 00005 | SOIL GAS & ADDITIONAL MW SAMPLING PLAN | $ 44,813 | $ 44,813 | X | | The work performed included preparation of a sampling plan and RI Report required by the DTSC Order. |
| | | | | | TOTALS | $ 897,398 | $ 897,398 | $ 897,398 | $ - | |
| 102 | 66122 | OU-C/OU-D Initial RA | 0255353; 0259304 | TASK 00001 | DATA EVALUATION | $ 19,653 | $ 19,653 | X | | The work performed included data evaluation necessary for the preparation of the OU-C and OU-D RI report, required by the DTSC Order. |
| 103 | 66122 | OU-C/OU-D Initial RA | 0255353; 0259304; 0262724 | TASK 00002 | COPC SELECTION | $ 9,118 | $ 9,118 | X | | The work performed was required by the DTSC Order. |
| 104 | 66122 | OU-C/OU-D Initial RA | 0255353; 0259304 | TASK 00003 | HH EXPOSURE AND TOXICITY ASSESSMENT | $ 6,045 | $ 6,045 | X | | See above comment. |
| 105 | 66122 | OU-C/OU-D Initial RA | 0255353; 0259304 | TASK 00004 | HH RATION BASED RISK ASSESSMENT | $ 15,096 | $ 15,096 | X | | See above comment. |
| 106 | 66122 | OU-C/OU-D Initial RA | 0255353; 0259304 | TASK 00005 | HH PATHWAY SPECIFIC RISK ASSESSMENT | $ 10,038 | $ 10,038 | X | | See above comment. |

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 107 | 66122 | OU-C/OU-D Initial RA | 0255353; 0259304; 0262724 | TASK 00006 | ERA TASKS | $ 12,172 | $ 12,172 | X | | See above comment. |
| 108 | 66122 | OU-C/OU-D Initial RA | 0259304; 0262724; 0266269 | TASK 00007 | SUMMARY/POWERPOINT PRESENTATION | $ 4,829 | $ 4,829 | X | | The work performed was related to preparation of the OU-C and D RI Report, required by the DTSC Order. |
| | | | | | TOTALS | $ 76,952 | $ 76,952 | $ 76,952 | $ - | |
| 109 | 66124 | Fort Bragg, CA IARAP & OU-A RAP | 0269634; 0274933; 0277258; 0281861; 0285366; 0289436; 0293837; 0296141; 0301037; 0304586; 0325452 | TASK 00001 | IARAP | $ 2,046,520 | $ 2,046,520 | X | | The work performed was related to the OU-C Interim Action Remedial Action Plan (IARAP) consistent with the DTSC Order. |
| 110 | 66124 | Fort Bragg, CA IARAP & OU-A RAP | 0269634; 0274933; 0277258; 0281861; 0285366; 0289436; 0293837; 0296141; 0301037; 0304586; 0316654; 0320342; 0325452; 0330123; 0334082; 0338220; 0343145; 0348407; 0354740; 0358588 | TASK 00002 | OU-A-RAP | $ 1,405,024 | $ 1,405,024 | X | | The work performed was related to preparation of the OU-A RAP and was required by the DTSC Order. |
| 111 | 66124 | Fort Bragg, CA IARAP & OU-A RAP | 0269634; 0274933; 0277258; 0281861; 0285366; 0289436; 0293837; 0296141; 0301037; 0304586; 0308347; 0311981; 0316654; 0320342; 0325452; 0330123; 0334082; 0338220; 0343145; 0348407; 0354740; 0358588 | TASK 00003 | PROJECT MANAGEMENT & MOBILIZATION | $ 215,563 | $ 215,563 | X | | See above comment. |
| 112 | 66124 | Fort Bragg, CA IARAP & OU-A RAP | 0289436; 0293837; 0304586; 0308347; 0311981 | TASK 00004 | OU-A TRANSITE LINE REMOVAL | $ 73,713 | $ 73,713 | | X | The work performed included removal of a water transit line in OU-A. |
| 113 | 66124 | Fort Bragg, CA IARAP & OU-A RAP | 0274933; 0277258; 0281861; 0285366; 0289436; 0293837; 0296141; 0301037; 0304586; 0308347 | TASK 00005 | DEMO | $ 45,530 | $ 45,530 | X | | The work performed was related to preparation of the OU-A RAP and was required by the DTSC Order. |
| | | | | | TOTALS | $ 3,786,350 | $ 3,786,350 | $ 3,712,637 | $ 73,713 | |
| 114 | 66125 | 2009 Env Support for Construction | 0270133; 0274834; 0278297; 0282008; 0285711; 0289876; 0293775; 0297765; 0301065; 0303427; 0308805; 0318640 | TASK 00001 | PM & SHARED TASKS | $ 269,935 | $ 269,935 | X | | The work performed involved project management necessary to support investigation and remediation activities at the site consistent with the DTSC Order. |

Case 3:12-cv-02797-WHO Document 224-3 Filed 08/12/14 Page 58 of 129

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 66125 | 2009 Env Support for Construction | 0270133; 0274834; 0278297; 0282008; 0285711; 0289876 | TASK 00002 | IARAP EXCAVATION SUPPORT/CULTURAL | $ 175,931 | $ 175,931 | X | | The work performed involved removal of debris to facilitate remediation activities under the IARAP. |
| 116 | 66125 | 2009 Env Support for Construction | 0270133; 0274834; 0278297; 0282008; 0285711; 0289876; 0293775; 0297765; 0301065; 0303427; 0308805 | TASK 00003 | LANDFARM MAINTENANCE AND MONITORING | $ 275,844 | $ 275,844 | X | | The work performed was consistent with the DTSC Order. |
| 117 | 66125 | 2009 Env Support for Construction | 0274834; 0301065; 0303427; 0308805; 0312735; 0318640 | TASK 00004 | IARAP POST COMPLETION | $ 91,246 | $ 91,246 | X | | See above comment. |
| 118 | 66125 | 2009 Env Support for Construction | 0270133; 0274834; 0278297; 0282008; 0285711; 0289876; 0293775; 0297765; 0301065; 0303427; 0308805; 0312735; 0318640; 0326432; 0340317; 0345111; 0350569 | TASK 00005 | IARAP DATA MANAGEMENT | $ 116,165 | $ 116,165 | X | | See above comment. |
| 119 | 66125 | 2009 Env Support for Construction | 0270133; 0274834; 0278297; 0282008; 0285711; 0289876; 0293775; 0297765; 0301065 | TASK 00006 | OU-A RAP EXCAVATION SUPPORT | $ 336,765 | $ 336,765 | X | | See above comment. |
| 120 | 66125 | 2009 Env Support for Construction | 0293775; 0297765; 0301065; 0303427; 0308805; 0312735; 0318640 | TASK 00007 | OU-A POST COMPLETION | $ 36,003 | $ 36,003 | X | | See above comment. |
| 121 | 66125 | 2009 Env Support for Construction | 0274834; 0278297; 0282008; 0285711; 0289876; 0293775; 0297765; 0301065; 0303427 | TASK 00008 | OU-A DATA MANAGEMENT | $ 74,538 | $ 74,538 | X | | See above comment. |
| 122 | 66125 | 2009 Env Support for Construction | 0301065; 0303427; 0308805; 0312735; 0318640; 0326432; 0331474; 0340317; 0345111; 0354652; 0360691; 0364266 | TASK 00009 | OM&M COMPLIANCE | $ 59,411 | $ 59,411 | X | | See above comment. |
| 123 | 66125 | 2009 Env Support for Construction | 0318640; 0340317; 0345111; 0360691 | TASK 00010 | STRATEGY & PERMITTING | $ 4,437 | $ 4,437 | X | | The work performed related to the operation and maintenance of the consolidation cell, which was required by the DTSC Order. |
| | | | | | TOTALS | $ 1,440,272 | $ 1,440,272 | $ 1,440,272 | $ - | |
| 124 | 66128 | RA & RI Reporting for OU-C & OU-D | 0303435; 0308810; 0312731; 0318165; 0321462 | TASK 00001 | DATA PREP & REVIEW/PM | $ 69,696 | $ 69,696 | X | | The work performed included preparation of the baseline human health and ecological risk assessment prepared as part of the OU-C and OU-D RI report. |

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 125 | 66128 | RA & RI Reporting for OU-C & OU-D | 0303435; 0308810; 0312731 | TASK 00002 | ECOLOGICAL RA | $ 21,921 | $ 21,921 | X | | See above comment. |
| 126 | 66128 | RA & RI Reporting for OU-C & OU-D | 0303435; 0308810; 0312731; 0318165; 0321462 | TASK 00003 | HUMAN HEALTH RA | $ 98,984 | $ 98,984 | X | | See above comment. |
| 127 | 66128 | RA & RI Reporting for OU-C & OU-D | 0303435; 0308810; 0312731; 0318165; 0321462 | TASK 00004 | REPORT PREPARATION | $ 99,484 | $ 99,484 | X | | See above comment. |
| 128 | 66128 | RA & RI Reporting for OU-C & OU-D | 0321462 | TASK 00005 | REVISION BASED ON GP COMMENTS/PRODUCTION | $ 9,693 | $ 9,693 | X | | See above comment. |
| 129 | 66128 | RA & RI Reporting for OU-C & OU-D | 0318165; 0321462 | TASK 00006 | DIOXIN RTC AND WRITE-UP | $ 6,994 | $ 6,994 | X | | The work performed involved evaluation of background concentrations of dioxins, which was necessary for the preparation of the risk assessment required by the DTSC Order. |
| 130 | 66128 | RA & RI Reporting for OU-C & OU-D | 0318165; 0321462; 0326429; 0331459; 0335966 | TASK 00007 | FS SCOPING | $ 17,768 | $ 17,768 | X | | The work performed was required by the DTSC Order. |
| 131 | 66128 | RA & RI Reporting for OU-C & OU-D | 0326429; 0331459; 0340330; 0364267 | TASK 00008 | RAO MEMO | $ 66,410 | $ 66,410 | X | | The work performed was related to the development of Remedial Action Objectives and was necessary to complete the Feasibility Study required by the DTSC Order. |
| 132 | 66128 | RA & RI Reporting for OU-C & OU-D | 0331459; 0335966; 0340330; 0345103; 0354636; 0360694; 0364267 | TASK 00009 | ERD PILOT STUDY | $ 68,216 | $ 68,216 | X | | The work performed included activities required by the DTSC Order. |
| 133 | 66128 | RA & RI Reporting for OU-C & OU-D | 0335966; 0340330; 0345103; 0350573; 0354636; 0360694; 0364267; 0370617 | TASK 00010 | DRAFT RI RTC | $ 204,606 | $ 204,606 | X | | The work performed related to preparation of the baseline human health and ecological risk assessment for OU-C and OU-D, required by the DTSC Order. |
| | | | | | TOTALS | $ 663,771 | $ 663,771 | $ 663,771 | $ - | |
| | | | | | | | | | | |
| 134 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0364269; 0371885; 0376355; 0381045; 0387938; 0393685; 0399954; 0404638; 0410495; 0415667; 0420838; 0427958 | TASK 00001(1) | PROJECT COORDINATION - ROUTINE MEETINGS | $ 74,863 | $ 74,863 | X | | The work performed included internal (GP and/or ARCADIS personnel) and external (agency and public) meetings to support the technical activities necessary to comply with the DTSC Order. |
| 135 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0364269; 0371885; 0376355; 0381045; 0387938; 0393685; 0399954; 0404638; 0410495; 0415667; 0420838; 0427958 | TASK 00002(1) | PROJECT COORDINATION - PLANNING AND COORDINATION | $ 127,401 | $ 127,401 | X | | See above comment. |
| 136 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0371885; 0376355; 0387938; 0393685; 0399954; 0404638; 0410495; 0415667; 0420838; 0427958 | TASK 00003(1) | PROJECT COORDINATION - NON ROUTINE | $ 11,672 | $ 11,672 | | X | The work performed included non-routine activities performed at the site in 2011 that were not associated with investigation or remediation work. |

Case 3:12-cv-02797-WHO   Document 224-3   Filed 08/12/14   Page 60 of 129

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 137 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0364269; 0371885; 0376355; 0381045; 0387938; 0393685; 0399954; 0404638; 0410495; 0415667; 0420838; 0427958 | TASK 00004(1) | PROJECT COORDINATION - PUBLIC RELATIONS | $ 67,060 | $ 67,060 | X | | The work performed involved activities required by the DTSC Order. |
| 138 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0364269; 0371885; 0376355; 0381045; 0387938; 0393685; 0399954; 0404638; 0410495; 0415667; 0420838; 0427958 | TASK 00001(2) | ON-SITE SUPPORT SERVICES - FACILITY | $ 77,422 | $ 77,422 | | X | These invoices range from December 2010 through December 2011 and appear to relate to facility support and closure. |
| 139 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0364269; 0371885; 0376355; 0381045; 0387938; 0393685; 0404638; 0410495 | TASK 00002(2) | ON-SITE SUPPORT SERVICES - PUDDING CREEK | $ 3,271 | $ 3,271 | | X | These activities are not related to investigation or remediation at the site. |
| 140 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0371885; 0376355; 0381045; 0387938; 0393685; 0399954; 0404638; 0410495; 0415667; 0420838; 0427958 | TASK 00003(2) | ON-SITE SUPPORT SERVICES  DAM | $ 36,096 | $ 36,096 | X | | The work performed involved dam maintenance completed at the request of DSOD to address concerns that the dam, which was in disrepair as of a 2003 inspection, represented a threatened release of potentially contaminated sediments into the Pacific Ocean. |
| 141 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0371885; 0376355; 0381045; 0387938; 0393685; 0399954; 0404638; 0410495; 0415667; 0420838; 0427958 | TASK 00001(3) | GROUNDWATER - MONITORING | $ 93,771 | $ 93,771 | X | | The work performed included onsite groundwater monitoring consistent with the DTSC order. |
| 142 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0371885; 0376355; 0381045; 0387938; 0393685; 0399954; 0404638; 0410495; 0415667; 0420838; 0427958; 0427958 | TASK 00002(3) | GROUNDWATER - REPORTING | $ 55,093 | $ 55,093 | X | | See above comment. |

| [a]<br>Line ID | [b]<br>ARCADIS<br>Project<br>Number | [c]<br>Project Number<br>Description | [d]<br>Invoice(s) | [e]<br>ARCADIS Task<br>Number | [f]<br>ARCADIS Task Description | [g]<br>Total Costs per<br>Invoice(s) | [k]<br>Cost Breakout | [h]<br>Response Costs<br>in Claim | [i]<br>Costs Not<br>Included in<br>Claim | [j]<br>Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 143 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0364269; 0371885; 0376355; 0381045 | TASK 00003(3) | GROUNDWATER - ISCO PILOT STUDY | $ 46,745 | $ 46,745 | X | | See above comment. |
| 144 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0376355 | TASK 00004(3) | GROUNDWATER - FS/RAP | $ 145 | $ 145 | X | | See above comment. |
| 145 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0371885; 0376355; 0420838 | TASK 00001(5) | OU-C/OU-D REMEDIAL INVESTIGATION/RISK | $ 29,027 | $ 29,027 | X | | The work performed was required by the DTSC Order, Sections 5.4 - Remedial Investigation (RI) Report and 5.6 - Baseline Health and Ecological Risk Assessment. |
| 146 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0371885; 0376355; 0381045; 0387938; 0393685; 0399954; 0410495; 0415667; 0420838; 0420838; 0427958 | TASK 00002(5) | OU-C/OU-D FEASIBLITY STUDY | $ 111,798 | $ 111,798 | X | | The work performed was required by the DTSC Order, Section 5.7 - Feasibility Study (FS) Report. |
| 147 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0376355 | TASK 00003(5) | OU-C/OU-D - DESIGN | $ 1,979 | $ 1,979 | X | | The work performed was required by the DTSC Order, Section 5.12 - Remedial Design Implementation Plans (RDIPs). |
| 148 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0364269; 0376355 | TASK 00004(5) | OU-C/OU-D - NFA | $ 6,611 | $ 6,611 | X | | The work performed was required by the DTSC Order, Sections 5.4 - Remedial Investigation (RI) Report. |
| 149 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0364269; 0371885; 0376355; 0381045; 0387938; 0399954; 0404638; 0410495; 0415667; 0420838; 0427958 | TASK 00001(6) | OU-E REMEDIAL INVESTIGATION | $ 516,747 | $ 516,747 | X | | See above comment. |
| 150 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0371885; 0376355; 0381045; 0387938; 0393685; 0399954; 0404638; 0410495; 0415667; 0420838; 0427958 | TASK 00002(6) | OU-E SOLIDIFICATION/STABILIZATION | $ 153,059 | $ 153,059 | X | | The work performed involved sediment sampling and analysis and associated reporting in support of the OU-E RI, as well as evaluation of treatment options under the OU-E FS. This work was required by the DTSC Order, Section 5.4 - Remedial Investigation (RI) Report; Section 5.7 - Feasibility Study (FS) Report; and Section 5.8 Treatability Studies. |
| 151 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0371885; 0376355; 0381045; 0387938; 0393685; 0399954; 0404638; 0410495; 0420838; 0427958 | TASK 00003(6) | OU-E STORMWATER SAMPLING | $ 317,962 | $ 317,962 | X | | The work performed was required by the DTSC Order, Section 5.1.4 - Groundwater, Surface Water, and Storm Water Monitoring. |

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 152 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0376355; 0381045; 0393685; 0399954; 0404638; 0410495; 0415667; 0420838; 0427958 | TASK 00004(6) | OU-E FEASIBILITY STUDY | $ 28,117 | $ 28,117 | X | | The work performed was required by the DTSC Order, Section 5.7 - Feasibility Study (FS) Report. |
| 153 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0376355 | TASK 00005(6) | OU-E REMEDIAL ACTION PLAN | $ 1,766 | $ 1,766 | X | | The work performed was required by the DTSC Order, Section 5.11 - Remedial Action Plan (RAP). |
| 154 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0364269; 0371885; 0376355; 0381045; 0387938; 0393685; 0404638; 0410495; 0415667 | TASK 00001(7) | RESTORATION-PRELIMINARY | $ 117,519 | $ 117,519 | X | | The work performed involved restoration planning activities associated with the remediation of OU-E. |
| 155 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0399954; 0404638; 0415667; 0420838; 0427958 | TASK 00002(7) | RESTORATION-FINAL MPC | $ 11,852 | $ 11,852 | X | | See above comment. |
| 156 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0393685; 0420838; 0427958 | TASK 00003(7) | RESTORATION-MITIGATION | $ 4,416 | $ 4,416 | X | | The work performed included dam maintenance completed at the request of DSOD to address concerns that the dam, which was in disrepair as of a 2003 inspection, represented a threatened release of potentially contaminated sediments into the Pacific Ocean. |
| 157 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0393685; 0399954; 0415667; 0420838; 0427958 | TASK 00004(7) | RESTORATION-ENINEERING | $ 11,124 | $ 11,124 | X | | The work performed involved the evaluation of the Mill Pond to determine cleanup and restoration alternatives. |
| 158 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0371885; 0381045; 0387938; 0393685; 0399954; 0404638; 0410495; 0415667; 0420838 | TASK 00001(8) | CEQA-SPECIFIC PLAN SUPP | $ 11,373 | $ 11,373 | X | | The work performed was required by the DTSC Order, Section 5.9 - California Environmental Quality Act (CEQA). |
| 159 | 66138 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0393685; 0399954 | TASK 00002(8) | CEQU-INTEGRATED PROJECT | $ 8,793 | $ 8,793 | X | | See above comment. |
| | | | | | TOTALS | $ 1,925,685 | $ 1,925,685 | $ 1,833,320 | $ 92,365 | |

| [a]<br>Line ID | [b]<br>ARCADIS Project Number | [c]<br>Project Number Description | [d]<br>Invoice(s) | [e]<br>ARCADIS Task Number | [f]<br>ARCADIS Task Description | [g]<br>Total Costs per Invoice(s) | [k]<br>Cost Breakout | [h]<br>Response Costs in Claim | [i]<br>Costs Not Included in Claim | [j]<br>Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 160 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0449528; 0454763; 0462095; 0466745; 0472512; 0479668 | TASK 00001(1) | ROUTINE MEETINGS | $ 74,660 | $ 74,660 | X | | The work performed included internal (GP and/or ARCADIS personnel) and external (agency and public) meetings to support the technical activities necessary to comply with the DTSC Order. |
| 161 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763; 0462095; 0466745; 0472512; 0479668 | TASK 00002(1) | PROJECT COORDINATION | $ 112,612 | $ 112,612 | X | | The work performed included preparation of cost estimates and budgets, as well as allocating staff resources, to support the technical activities necessary to comply with the DTSC Order. |
| 162 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520 | TASK 00003(1) | NON-ROUTINE REQUESTS | $ 56,228 | $ 56,228 | | X | The work performed was not related to investigation or remediation work. |
| 163 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0462095; 0466745; 0479668 | TASK 00004(1) | PUBLIC RELATIONS SUPPORT | $ 21,474 | $ 21,474 | X | | The work performed was completed in accordance with DTSC Order, Section 5.13 - Public Participation Plan (Community Relations). |
| 164 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0449520; 0454763; 0462095; 0466745; 0472512; 0479668 | TASK 00005(1) | COMPLIANCE TRACKING | $ 21,159 | $ 21,159 | X | | The work performed included compliance tracking activities (e.g., preparation of a calendar, record-keeping, auditing, and other compliance assurance activities). |
| 165 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763; 0462095; 0466745; 0472512; 0479668 | TASK 00001(2) | FACILITY SUPPORT | $ 82,776 | $ 82,776 | | X | The work performed involved general site compliance activities. |
| 166 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763; 0462095; 0466745; 0472512; 0479668 | TASK 00002(2) | DAM REMOVAL PLANNING | $ 36,954 | $ 36,954 | X | | The work performed included planning for dam maintenance to be completed at the request of DSOD to address a threatened release of potentially contaminated sediments into the Pacific Ocean. |

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 167 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763; 0462095; 0466745; 0472512; 0479668 | TASK 00003(2) | DAM MAINTENANCE | $ 2,874 | $ 2,874 | X | | See above comment. |
| 168 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763; 0462095; 0466745; 0472512; 0479668 | TASK 00001(3) | MILL SITE MONITORING | $ 58,515 | $ 43,887 | X | | The work performed involved monitoring of groundwater contamination at the site from activities related directly to sawmill operations.  This activity was required by the DTSC Order, Section 5.1.4 - Groundwater, Surface Water, and Storm Water Monitoring. |
| | | | | | | $ - | $ 14,629 | | X | The work performed was associated with the Bark Site. |
| 169 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763; 0462095; 0466745; 0472512; 0479668 | TASK 00002(3) | MILL SITE REPORTING | $ 30,302 | $ 30,302 | X | | The work performed involved monitoring of groundwater contamination at the site from activities related directly to sawmill operations.  This activity is required by the DTSC Order, Section 5.1.4 - Groundwater, Surface Water, and Storm Water Monitoring. |
| 170 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763; 0462095; 0466745; 0472512; 0479668 | TASK 00003(3) | MNA TECH MEMO | $ 55,193 | $ 55,193 | X | | The work performed was required by the DTSC Order, Section 5.7 - Feasibility Study (FS) Report; and Section 5.11 - Remedial Action Plan (RAP), to evaluate the effectiveness of MNA as a remedial alternative. |
| 171 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0438117 | TASK 00004(3) | BARK SITE REPORTING | $ 1,253 | $ 1,253 | | X | The work performed was related to Bark Site monitoring and reporting. |
| 172 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0438120 | TASK 00001(4) | CLOSURE PLAN | $ - | $ - | | X | The work performed was related to site closure activities. |
| 173 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0438120 | TASK 00003(4) | EROSION CONTROL | $ 1,940 | $ 1,940 | | X | The work performed was related to erosion control and site maintenance activities. |
| 174 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763; 0462095; 0466745; 0472512; 0479668 | TASK 00001(5) | OU-C/OU-D INVESTIGATION | $ 60,140 | $ 60,140 | X | | The work performed was required by the DTSC Order, Section 5.4 - Remedial Investigation (RI) Report. |

Case 3:12-cv-02797-WHO   Document 224-3   Filed 08/12/14   Page 66 of 129

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 175 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0444044; 0462095; 0466745; 0472512; 0479668 | TASK 00002(5) | SKUNK TRAIN FACILITY SOIL AND GROUNDWATER INVESTIGATION / REMEDIAL ACTION PLAN | $ 22,744 | $ 22,744 | X | | The work performed was required by the DTSC Order, Section 5.11 - Remedial Action Plan (RAP). |
| 176 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520 | TASK 00003(5) | 30% DESIGN PACKAGE | $ 49,392 | $ 49,392 | X | | The work performed was required by the DTSC Order, Section 5.11 - Remedial Action Plan (RAP); and Section 5.12 - Remedial Design Implementation Plans (RDIPs). |
| 177 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0438117; 0444044; 0449520; 0462095 | TASK 00006(5) | SOIL MANAGEMENT PLAN | $ 16,526 | $ 16,526 | X | | The work performed was associated with preparation of the RAP for OU-E and was required by the DTSC Order, Section 5.11 - Remedial Action Plan (RAP). |
| 178 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763; 0462095; 0466745; 0472512; 0479668 | TASK 00001(6) | OU-E RI/RA | $ 164,851 | $ 164,851 | X | | The work performed was required by the DTSC Order, Section 5.4 - Remedial Investigation (RI) Report; and Section 5.11 - Remedial Action Plan (RAP). |
| 179 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763; 0462095; 0466745; 0472512 | TASK 00002(6) | OU-E FEASIBILITY STUDY | $ 140,398 | $ 140,398 | X | | The work performed was required by the DTSC Order, Section 5.7 - Feasibility Study (FS) Report. |
| 180 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763; 0462095; 0466745 | TASK 00003(6) | POND 8 INVESTIGATION | $ 168,080 | $ 168,080 | X | | See above comment. |
| 181 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117; 0444044; 0449520; 0454763 | TASK 00001(7) | CONCEPT DESIGN | $ 36,714 | $ 36,714 | X | | The work performed was required by the DTSC Order, Section 5.12 Remedial Design Implementation Plans (RDIPs). |
| 182 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351; 0438117 | TASK 00002(7) | MITIGATION AND MONITORING PLAN | $ 842 | $ 842 | X | | The work performed involved evaluation of the Mill Pond to determine cleanup and restoration alternatives. |
| 183 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0432351 | TASK 00001(8) | SPECIFIC PLAN SUPPORT | $ 1,100 | $ 1,100 | | X | The work performed related to the "Specific Plan" which was redevelopment-related. |

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 184 | 66142 | Former GP Fort Bragg Wood Products Facility - Mill Site | 0438117 | TASK 00002(8) | INTEGRATED PROJECT DESCRIPTION | $ 165 | $ 165 | | X | The work performed was not related to investigation or remediation. |
| | | | | | TOTALS | $ 1,216,894 | $ 1,216,894 | $ 1,058,803 | $ 158,091 | |
| 185 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0486827; 0491454; 0496372; 0499281 | TASK AS010 | OU-E REMEDIAL INVESTIGATION REPORT | $ 15,693 | $ 15,693 | X | | The work performed was required by the DTSC Order, Section 5.4 - Remedial Investigation (RI) Report. |
| 186 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0486827; 0491454; 0496372; 0499281; 0504686 | TASK AS020 | MILL SITE GW MONITOR AND REPORT | $ 24,347 | $ 24,347 | X | | The work performed involved groundwater contamination at the site from activities related directly to sawmill operations. This activity was required by the DTSC Order, Section 5.1.4 - Groundwater, Surface Water, and Storm Water Monitoring. |
| 187 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0486827; 0491454; 0496372; 0499281; 0504686 | TASK AS030 | MNA TECH MEMO | $ 5,325 | $ 5,325 | X | | The work performed was required by the DTSC Order, Section 5.7 - Feasibility Study (FS) Report; and 5.11 - Remedial Action Plan (RAP) and evaluated the effectiveness of MNA as a remedial alternative. |
| 188 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0486827; 0486827; 0491454 | TASK AS040 | ENVIRO INV OU-C/OU-D | $ 9,904 | $ 9,904 | X | | The work performed was required by the DTSC Order, Section 5.4 - Remedial Investigation (RI) Report; and Section 5.3 - Field Sampling. |
| 189 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0486827; 0496372 | TASK CA010 | DEMOLITION - SUPPORT AMEC | $ 377 | $ 377 | | X | The work performed involved site demolition activities. |
| 190 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0491454; 0496372; 0499281; 0504686 | TASK ED020 | DAM PLAN/TASK MANAGEMENT/MEETING DSO | $ 36,039 | $ 36,039 | X | | The work performed involved dam maintenance completed at the request of DSOD to address concerns that the dam, which was in disrepair as of a 2003 inspection, represented a threatened release of potentially contaminated sediments into the Pacific Ocean. |

Case 3:12-cv-02797-WHO   Document 224-3   Filed 08/12/14   Page 68 of 129

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 191 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0486827; 0491454; 0496372; 0499281; 0504686 | TASK ED050 | DAM COMPLIANCE | $ 1,829 | $ 1,829 | X | | See above comment. |
| 192 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0486827; 0491454; 0496372; 0499281; 0504686 | TASK PM010 | PROJECT MANGEMENT/COORD/MEETINGS | $ 32,900 | $ 32,900 | X | | The work performed included internal (GP and/or ARCADIS personnel) and external (agency and public) meetings to support technical activities necessary to comply with the DTSC Order. |
| 193 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0486827; 0491454; 0496372; 0499281 | TASK PM020 | ENVIRO HEALTH & SAFETY COMPLIANCE | $ 672 | $ 672 | X | | The work performed was required by the DTSC Order, Section 5.3.1(c) - Field Sampling Work plan - Health and Safety Plan. |
| 194 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0486827 | TASK PM030 | PUBLIC RELATIONS | $ 773 | $ 773 | X | | This work involved dam maintenance completed at the request of DSOD to address concerns that the dam, which was in disrepair as of a 2003 inspection, represented a threatened release of potentially contaminated sediments into the Pacific Ocean. |
| 195 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0491454; 0496372; 0504686 | TASK PM040 | SITE SUPPORT | $ 2,697 | $ 2,697 | X | | See above comment. |
| 196 | 66142.2012 | Former GP Fort Bragg Wood Products Facility - Mill Site (current project) | 0486827; 0491454; 0496372; 0499281; 0504686 | TASK RA010 | BHHERA | $ 185,206 | $ 185,206 | X | | The work performed was required by the DTSC Order, Section 5.6 - Baseline Health and Ecological Risk Assessment. |
| | | | | | TOTALS | $ 315,761 | $ 315,761 | $ 315,385 | $ 377 | |
| 197 | 66142.2013 | Former GP Fort Bragg Wood Products Facility - 2012 | 0511553; 0519381 | AS2 | GROUNDWATER MONITORING & REPORTING | $ 19,047 | $ 19,047 | X | | The work performed involved groundwater contamination at the site from activities related directly to sawmill operations. This activity was required by the DTSC Order, Section 5.1.4 - Groundwater, Surface Water, and Storm Water Monitoring. |
| 198 | 66142.2013 | Former GP Fort Bragg Wood Products Facility - 2012 | 0511553 | AS3 | MNA TECH MEMO | $ 3,138 | $ 3,138 | X | | The work performed was required by the DTSC Order, Section 5.1.1 - Site Remediation Strategy. |

Case 3:12-cv-02797-WHO   Document 224-3   Filed 08/12/14   Page 69 of 129

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 199 | 66142.2013 | Former GP Fort Bragg Wood Products Facility - 2012 | 0511553; 0519381 | AS5 | OUE BHHERA SITE INVESTIGATION | $ 104,661 | $ 104,661 | X | | The work performed was required by the DTSC Order, Section 5.6 - Baseline Health and Ecological Risk Assessment. |
| 200 | 66142.2013 | Former GP Fort Bragg Wood Products Facility - 2012 | 0511553; 0519381 | CA1 | DEMOLITION - SUPPORT AMEC | $ 1,656 | $ 1,656 | | X | The work performed involved demolition planning activities. |
| 201 | 66142.2013 | Former GP Fort Bragg Wood Products Facility - 2012 | 0511553; 0519381 | ED2 | DAM PLANNING | $ 7,782 | $ 7,782 | X | | The work performed involved dam maintenance performed at the request of DSOD to address concerns that the dam, which was in disrepair as of a 2003 inspection, represented a threatened release of potentially contaminated sediments into the Pacific Ocean. |
| 202 | 66142.2013 | Former GP Fort Bragg Wood Products Facility - 2012 | 0511553; 0519381 | ED5 | DAM COMPLIANCE | $ 863 | $ 863 | X | | See above comment |
| 203 | 66142.2013 | Former GP Fort Bragg Wood Products Facility - 2012 | 0511553; 0519381 | ED6 | OUC/D RAP | $ 388 | $ 388 | X | | The work performed was required by the DTSC Order, Section 5.11 - Remedial Action Plan (RAP). |
| 204 | 66142.2013 | Former GP Fort Bragg Wood Products Facility - 2012 | 0511553; 0519381 | PM1 | PM/COORDINATION | $ 12,572 | $ 12,572 | X | | The work performed involved preparation of cost estimates and budgets and allocating staff resources (i.e., project management costs), in support of required activities listed in the DTSC Order. |
| 205 | 66142.2013 | Former GP Fort Bragg Wood Products Facility - 2012 | 0511553; 0519381 | RA1 | BHHERA DRAFT REPORT SUBMITTAL | $ 5,762 | $ 5,762 | X | | The work performed was required by the DTSC Order, Section 5.6 - Baseline Health and Ecological Risk Assessment. |
| | | | | | TOTALS | $ 155,869 | $ 155,869 | $ 154,213.23 | $ 1,655.77 | |
| 206 | 66115 | Facilities Support | 227449 | TASK 0001 | Facilities Support | $ 928 | $ 928 | | X | The work performed related to site maintenance. |
| 207 | 66115 | Facilities Support | 0232477 | TASK 0001 | Facilities Support | $ 530 | $ 530 | | X | See above comment. |
| 208 | 66115 | Facilities Support | 0236581 | TASK 0001 | Facilities Support | $ 273 | $ 273 | | X | See above comment. |
| 209 | 66115 | Facilities Support | 0243282 | TASK 0001 | Facilities Support | $ 234 | $ 234 | | X | See above comment. |
| 210 | 66115 | Facilities Support | 0247624 | TASK 0001 | Facilities Support | $ 171 | $ 171 | | X | See above comment. |
| 211 | 66115 | Facilities Support | 0258704 | TASK 0001 | Facilities Support | $ 419 | $ 419 | | X | See above comment. |
| 212 | 66115 | Facilities Support | 0270155 | TASK 0001 | Facilities Support | $ 144 | $ 144 | | X | See above comment. |
| 213 | 66115 | Facilities Support | 0321449 | TASK 0001 | Facilities Support | $ 525 | $ 525 | | X | See above comment. |
| 214 | NA | NA | 0193892 | NA | NA | $ 870 | $ 870 | | X | See above comment. |

FORT BRAGG - RECOVERABILITY COST ANALYSIS (ARCADIS)

| [a] Line ID | [b] ARCADIS Project Number | [c] Project Number Description | [d] Invoice(s) | [e] ARCADIS Task Number | [f] ARCADIS Task Description | [g] Total Costs per Invoice(s) | [k] Cost Breakout | [h] Response Costs in Claim | [i] Costs Not Included in Claim | [j] Rationale for Inclusion in Claim or Exclusion from Claim |
|---|---|---|---|---|---|---|---|---|---|---|
| 215 | NA | NA | 0311142 | NA | NA | $ 1,576 | $ 1,576 | | X | See above comment. |
| 216 | NA | NA | 0225985 | NA | NA | $ 72,575 | $ 72,575 | | X | See above comment. |
| 217 | NA | NA | 0255030 | NA | NA | $ 4,572 | $ 4,572 | | X | See above comment. |
| 218 | NA | NA | 0257454 | NA | NA | $ 8,438 | $ 8,438 | | X | See above comment. |
| 219 | NA | NA | 0350989 | NA | NA | $ 1,323 | $ 1,323 | | X | See above comment. |
| 220 | NA | NA | 0354631 | NA | NA | $ 2,242 | $ 2,242 | | X | See above comment. |
| 221 | NA | NA | 0365075 | NA | NA | $ 9,994 | $ 9,994 | | X | See above comment. |
| 222 | NA | NA | 0375062 | NA | NA | $ 10,007 | $ 10,007 | | X | See above comment. |
| 223 | NA | NA | 0379796 | NA | NA | $ 5,302 | $ 5,302 | | X | See above comment. |
| 224 | NA | NA | 0393369 | NA | NA | $ 5,608 | $ 5,608 | | X | See above comment. |
| 225 | NA | NA | 0311139 | NA | NA | $ 2,009 | $ 2,009 | | X | See above comment. |
| 226 | NA | NA | 0213805 | NA | NA | $ 1,225 | $ 1,225 | | X | See above comment. |
| 227 | NA | NA | 0247613 | NA | NA | $ 316 | $ 316 | | X | See above comment. |
| 228 | NA | NA | 0251771 | NA | NA | $ 778 | $ 778 | | X | See above comment. |
| 229 | NA | NA | 0258714 | NA | NA | $ 1,478 | $ 1,478 | | X | See above comment. |
| 230 | NA | NA | 0301107 | NA | NA | $ 60,556 | $ 60,556 | | X | See above comment. |
| 231 | NA | NA | 0312480 | NA | NA | $ 200 | $ 200 | | X | See above comment. |
| 232 | NA | NA | 0321457 | NA | NA | $ 1,223 | $ 1,223 | | X | See above comment. |
| | | | | | | | | | | |
| | | | | | TOTAL | $ 27,652,710 | $ 27,652,710 | $ 26,321,758 | $ 1,330,952 | |
| | | | | | | | | | | |
| | | | | | PREJUDGMENT INTEREST | | | $ 198,778 [1] | | |
| | | | | | GRAND TOTAL | | | $ 26,520,536 | | |

Note:
1) The prejudgment interest was calculated from June 1, 2012 to May 31, 2013.

# Exhibit 15

# Exhibit 15

| From: | DeShields, Bridgette |
|---|---|
| Sent: | Thursday, December 20, 2007 6:53 PM |
| To: | Stephens, Carol A.; Davis, Michael (GP Law); Hilarides, Roger J. (Chip); rdoty@coxcastle.com; aguerra@coxcastle.com; slamport@coxcastle.com; Holm, Stewart E.; Montney, Paul A.; Ruse, Melodie S. |
| Cc: | Nedoff, Judith; Johnson, Paul E.; Hannan, Jim B. |
| Subject: | RE: Mill Site Coordinating Committee |

We have our regularly scheduled weekly environmental team call tommorrow (1:30 pm EST) and we can discuss then when we can get together (call-in info:  877-999-1272; 3992233).

FYI, here are the already scheduled meetings/committments for January:

January 8-9 meetings in Fort Bragg (Chip is coming up for those) and we are trying to see if we can get our new DTSC PM (Ed Gillera) up that week; we also have our site tour for the Specific Plan bidders on Jan 9.

January 10 regular monthly agency meeting in Petaluma. "Mushroom meeting" in Mendocino that same night.

January 11 there is a Coastal Commission meeting in Marina Del Rey where the Fort Bragg LCP will be discussed/approved.

Week of January 28 there may be a series of public meetings held by DTSC on the OU-A RI Report. Most likely Tues/Wed possibly Thurs.

We are also trying to get a meeting setup with the Coastal Commission (possible dates are 1/7, 1/11 or sometime the week of 1/14).

AND I am on vacation the week of 12/31-1/4.

-----Original Message-----
From: Stephens, Carol A. [mailto:CASTEPHE@GAPAC.com]
Sent: Thursday, December 20, 2007 10:40 AM
To: Davis, Michael (GP Law); Hilarides, Roger J. (Chip); rdoty@coxcastle.com; aguerra@coxcastle.com; slamport@coxcastle.com; Holm, Stewart E.; Montney, Paul A.; Ruse, Melodie S.
Cc: DeShields, Bridgette; Nedoff, Judith; Johnson, Paul E.; Hannan, Jim B.
Subject: Fw: Mill Site Coordinating Committee

As you can see, lot's of moving parts.  Can we take a vote on how/when/best way to discuss ALL of this (as well as the docs Bridg submitted today to DTSC)?

Chip, don't know what you'd prefer (story first; exhaustive documents later or just the reverse).  But it is the holidays so the thought of you reading about this train wreck pains even me.  What is the group thought on a brain drain the week of Jan 7?  Perhaps 4 hour mtg in SFO or conf call before Chip goes "down under" (so to speak)?  Or not (pls suggest your ideas), but do so want to start the year with the team ready to kick some cans (so to speak).

And want to end the year by thanking each and all of you for the time, attention, emotion and physical pain (for folks like Robert that sit at the City Council mtgs w me listening to 2 hour discussions on banning plastic bags or Bridg, that makes chocolate salami's just to keep us sane).  You are tthe best professional team and the kindest people I've ever known. I thank you, and I love you.

1

Confidential

ARC03524701

Happy Holidays!!!

And PS, a special toast to Chip.  A hard way to end the year.  Chip, you and the Bellingham team ran a great mill.  You should all be very proud.

----- Original Message -----
From: Ruffing, Linda <lruffing@fortbragg.com>
To: 'DeShields, Bridgette' <Bridgette.DeShields@arcadis-us.com>; 'Walter Kieser' <wkieser@epsys.com>; Jones, Marie <mjones@fortbragg.com>; 'Guerra, Alicia' <AGuerra@coxcastle.com>; 'Mattas, Steve' <smattas@meyersnave.com>; Stephens, Carol A.
Sent: Thu Dec 20 12:21:37 2007
Subject: Mill Site Coordinating Committee

Hello all-Just a few notes to pass along from our conversation this morning:

1.      The RFQ went out. Linda will keep track of responses and attendees for the Jan 9 meeting. Paul has reserved a bus.
2.      GP will provide strike-out/underline comments on the Cost Advancement Agreement to Steve after Jan 1.
3.      Bridgette is following up with Coastal Commission staff to schedule a meeting in early January to discuss the CDP for the RAPs.
4.      Bridgette is following up with DTSC to finalize the dates for the public workshops. These were tentatively discussed as occurring Jan 29/30 and Feb 12/13.
5.      Carol will check with Stan and provide an update on the status of the Purchase and Sale Agreement.
6.      Linda and Marie have received comments from Stan on the LCP Amendment.
7.      Steve won't be attending the Jan 9 pre-bid meeting; Walter will.
8.      Our next call is scheduled for Thursday, Jan 3 at 8:30 a.m. We will discuss the Cost Advancement Agreement and the Jan 9 pre-bid meeting.  We can use the same call-in numbers as today (978-964-0049; passcode 1366927#)

HAPPY HOLIDAYS!!!

Linda Ruffing, City Manager

City of Fort Bragg

416 North Franklin Street

Fort Bragg, CA 95437

tel: (707) 961-2823 ext.118

2

Confidential                                                                                                ARC03524702

# Exhibit 16

# Exhibit 16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


GEORGIA-PACIFIC, LLC,         )

        Plaintiff,         ) Case No.

   vs.                         ) 3-12-CV-02797-RS

OFFICEMAX INCORPORATED,   ) VOLUME I

et al.,                            )

       Defendants.      )

_____

30(B(6) Videotaped Deposition of ROGER J. "CHIP" HILARIDES, taken at 1180 Peachtree Street, N.E., Suite 2900, Atlanta, commencing at 9:07 a.m., Wednesday, March 5, 2014, before Judith L. Leitz Moran, RPR, CCR-B-2312.

JOB No. 1820528

PAGES 1 - 311

Page 1

A    How was I informed?

Q    Yeah.

A    I was attending -- I was still low manager at the time.  I was attending a meeting in Atlanta, and I believe it was early December of 2007.  And Mr. Hannan approached me at the meeting and indicated that he was wanting to -- he wanted me to take over Fort Bragg and felt the project wasn't going as well as it needed to.  We needed it to have more of an environmental focus.

And he wanted me to personally take it over while I was in a transition -- while they were shutting down the Bellingham Mill and whatever I was going to do after that.

So -- so that was how it was originally communicated to me.  I told him that I would.

At the time we had -- we had a bit of a split team working on it.  So we had Carol Stephens, who was real estate, and we had Julie -- well, I guess, it was Paul Montney at the time, who was the remediation contact on it.  And then we had other support people working on it.

And they wanted it to sort of -- one person to kind of take over and get the project on the right track.

Page 32

# Exhibit 17

# Exhibit 17

**Sanchez, Cecilia Z.**

| | |
|---|---|
| **Subject:** | Fort Bragg Site/Strategic Direction |
| **Location:** | Atlanta Room  GA030-51 |
| | |
| **Start:** | Mon 2/25/2008 3:30 PM |
| **End:** | Mon 2/25/2008 5:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Meeting organizer |
| | |
| **Required Attendees:** | Sanchez, Cecilia Z.; Hannan, Jim B.; Butz, Tom; Bentley, Keith M.; Davis, Michael (GP Law); Ruse, Melodie S.; Hilarides, Roger J. (Chip); Holm, Stewart E.; Schmidt, Eric J.; Gaw, Michael S. |
| **Optional Attendees:** | Knigge, Diana M.; Ellender, Philip G. |

2/25/08
For those calling in, please use the below number....thanks.
SPRINT
1-866-448-6758
Chairperson-186861-7366#
Participants Code-186861#
Long Distance-763-315-6902

1

GPLA00108588

# Exhibit 18

# Exhibit 18

| | |
|---|---|
| **From:** | Hilarides, Roger J. (Chip) |
| **Sent:** | Tuesday, December 16, 2008 5:35 PM |
| **To:** | Sato, Peggy A. (KochPS); Butz, Tom; Davis, Michael (GP Law); Ellender, Philip G.; Hannan, Jim B.; Holm, Stewart E.; Knigge, Diana M.; Mason, Fritz R.; Rehwinkel, Mike; Ruse, Melodie S. |
| **Cc:** | Stephens, Samuel I. |
| **Subject:** | Fort Bragg Executive Update Meeting Materials |
| **Attachments:** | Fort Bragg Exec Mgmt Meeting 12-17-08 final.doc; Fort Bragg 2009 Spend Plan.xls; 20081210 CCC ltr re OU-A RAP CDP Amendment.pdf; FBDioxin_manuscript_Chemosphere_092408.doc; 20081211 Purchase and Sale Agreement (final for signature 12-11-08) clean.DOC; FINAL PSA EXHIBITS - Fort Bragg.pdf; Exhibit_E-4.pdf |

The attached documents are for the Fort Bragg update meeting scheduled for Wednesday, December 17th at 9:30am EST in the 50th Floor small conference room.

R/
Chip
*Chip Hilarides*
Senior Director - Environmental Affairs
Remediation and Venture Management
Georgia-Pacific LLC
300 West Laurel Street
Bellingham, WA 98225
(360) 220.6537

1

Confidential                                                                     GP00158720

# Exhibit 19

# Exhibit 19

| | |
|---|---|
| **From:** | Hilarides, Roger J. (Chip) |
| **Sent:** | Tuesday, May 12, 2009 5:53 PM |
| **To:** | Hannan, Jim B.; Butz, Tom; Rehwinkel, Mike; Mason, Fritz R.; Davis, Michael (GP Law); Knigge, Diana M.; Ruse, Melodie S.; Champion, Traylor; Holm, Stewart E.; Weidman, Sheila |
| **Cc:** | Sato, Peggy A. (KochPS); Mingledorff, Ann F. (GP Law); Stephens, Samuel I. |
| **Subject:** | Fort Bragg Executive Review 5-13-09 |
| **Attachments:** | Fort Bragg Exec Mgmt Meeting 5-13-09.doc; HHRA_Note2_dioxin-2.pdf; Weekly Progress Report #9_5-10.09.pdf; OU-E May 2009 presentation.ppt |

The attached materials will be reviewed in our Fort Bragg Project Executive review being held in the Atlanta Room GP Center - 51 at 10am on Wednesday, May 13th.  The last attachment is a large pdf presentation (~3MB) from the specific plan workshop that I will send in a separate e-mail.

If anyone is planning on calling in, please let me know and we will setup a call-in number.

Regards,
Chip

1

Confidential

GP00161357

# Exhibit 20

# Exhibit 20

| | |
|---|---|
| **From:** | Hilarides, Roger J. (Chip) |
| **Sent:** | Tuesday, August 25, 2009 3:06 PM |
| **To:** | Hannan, Jim B.; Rehwinkel, Mike; Mason, Fritz R.; Butz, Tom; Davis, Michael (GP Law); Knigge, Diana M.; Ruse, Melodie S.; Holm, Stewart E. |
| **Cc:** | Zurita, Cecilia; Sato, Peggy A. (KochPS); Goodman, Bill G.; Mingledorff, Ann F. (GP Law) |
| **Subject:** | Fort Bragg Executive Review - 8-26-09 |
| **Attachments:** | Fort Bragg Exec Mgmt Meeting 8-26-09.doc; Mill Site Specific Plan-Illustrative Vision1.pdf; MSSP - CoastComm Ppoint 8-13-09.pdf; Weekly Progress Report #23 8_17_09.pdf |

The attached materials are forwarded for your review prior to our scheduled meeting on Wednesday, August 26th at 9am EDT in the small conference room on the 50th floor.

Regards,
Chip

1

Confidential                                                                      GP00158698

# Exhibit 21

# Exhibit 21

| | |
|---|---|
| **Subject:** | Fort Bragg Executive Review |
| **Location:** | GA030-10 Presentation Room |
| | |
| **Start:** | Fri 1/8/2010 3:00 PM |
| **End:** | Fri 1/8/2010 4:00 PM |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Accepted |
| | |
| **Organizer:** | Sanchez, Cecilia Z. |
| **Required Attendees:** | Hannan, Jim B.; Hilarides, Roger J. (Chip); Luetters, Mark E.; Mason, Fritz R.; Weidman, Sheila; Massengill, Dave G.; Ruse, Melodie S.; Raming, Julie B.; Davis, Michael (GP Law); Knigge, Diana M.; Champion, Traylor; CR_GA030-10 Presentation Room |

When: Friday, January 08, 2010 10:00 AM-11:00 AM (GMT-05:00) Eastern Time (US & Canada).
Where: GA030-10 Presentation Room

\*~\*~\*~\*~\*~\*~\*~\*~\*

SPRINT

1-866-448-6758
Chairperson-186861-7366#
Participants Code-186861#
Long Distance-763-315-6902

Thanks,
cecilia

1

Confidential                                                                              GP00084656

# Exhibit 22

# Exhibit 22

| | |
|---|---|
| **From:** | Knigge, Diana M. |
| **Sent:** | Thursday, June 3, 2010 4:53 PM |
| **To:** | Hannan, Jim B.; Weidman, Sheila; Davis, Michael (GP Law); Raming, Julie B.; Massengill, Dave G.; Mingledorff, Ann F. (GP Law); Champion, Traylor; Hilarides, Roger J. (Chip); Ruse, Melodie S. |
| **Cc:** | Kennedy, Barbara B.; Park, David G. |
| **Subject:** | Ft. Bragg Executive Review June 4th 1pm |
| **Attachments:** | Fort Bragg Exec Mgmt Meeting 6-4-10 version 3.doc; Mill Pond Complex May 5 slides rev3.pdf |

Attached for your review prior to our meeting on Friday.


Diana M. Knigge
Vice President - Strategy & Business Development
Georgia-Pacific LLC
133 Peachtree Street NE, 50th Floor
Atlanta, GA  30303
404.652.4506 office
770.330.6604 cell

1

Confidential                                                                          GP00161456

# Exhibit 23

Exhibit 23

| | |
|---|---|
| **From:** | Murphy, Timothy C. |
| **Sent:** | Tuesday, February 15, 2011 9:43 PM |
| **To:** | Murphy, Timothy C.; Hannan, Jim B.; Park, David G.; Knigge, Diana M.; Davis, Michael (GP Law); Mingledorff, Ann F. (GP Law); Raming, Julie B.; Ruse, Melodie S.; Massengill, Dave G. |
| **Cc:** | Hilarides, Roger J. (Chip); Champion, Traylor; Weidman, Sheila |
| **Subject:** | Fort Bragg Mill Site Leadership Update |
| **Attachments:** | Fort Bragg Mill Site Leadership Update.pdf |

Good Afternoon All,

Please find slides prepared for Thursday's Fort Bragg Mill Site Leadership Update attached to this message for your information.  Figures and drawings will be handed out during the meeting in larger format.

I am available for any questions in advance of the meeting.  Thank you, and have a terrific day.

*Tim Murphy*
*Georgia-Pacific LLC*
*Global Corporate Real Estate*
*Office: 404.652.5424*
*Mobile: 404.395.7210*
*Fax: 404.232.4557*

1

Confidential                                                                                   GP00157708

# Exhibit 24

# Exhibit 24

| | |
|---|---|
| **Subject:** | Ft. Bragg Update |
| **Location:** | GP51 - Richmond Room |
| **Start:** | Thu 10/6/2011 2:00 PM |
| **End:** | Thu 10/6/2011 3:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Organizer:** | Murphy, Timothy C. |
| **Required Attendees:** | Knigge, Diana M.; Raming, Julie B.; Davis, Michael (GP Law); Ruse, Melodie S.; Massengill, Dave G.; Hannan, Jim B.; Park, David G.; Hilarides, Roger J. (Chip); Champion, Traylor; Vaupel, Ron (KII) |
| **Optional Attendees:** | Woolson, Tyler L. |

Fort Bragg, CA
Leadership Update: Q3-2011
October 6th, 10AM Eastern (9AM Central)
Location: TBD

*Tim Murphy*
*Georgia-Pacific LLC*
*Global Corporate Real Estate*
*Office: 404.652.5424*
*Mobile: 404.395.7210*
*Fax: 404.232.4557*

1

Confidential                    GP00083969

# Exhibit 25

# Exhibit 25

| | |
|---|---|
| **From:** | Woolson, Tyler L. |
| **Sent:** | Friday, May 11, 2012 9:21 PM |
| **To:** | Murphy, Timothy C. |
| **Subject:** | Re: New Date/Time: Fort Bragg Update |

**From**: Murphy, Timothy C.
**Sent**: Friday, May 11, 2012 02:12 PM
**To**: Davis, Michael (GP Law); Smith, Gail A.; Massengill, Dave G.; Hannan, Jim B.; Park, David G.; Hilarides, Roger J. (Chip); Champion, Traylor; Woolson, Tyler L.; Agard, Martin D.; Hassett, Mike
**Cc**: Knigge, Diana M.
**Subject**: New Date/Time: Fort Bragg Update

Good Afternoon All,

Please find a slide deck attached to this message for review during our Ft. Bragg Update Meeting on Tuesday, May 15.

Thank you, and have a fantastic weekend.

Project: Fort Bragg, CA

Leadership Update: Q1-2012

May 15th, 4PM Eastern (3PM Central)

Location: Green Bay Room – 51

<<837959_1.pdf>>

**Tim Murphy**
Georgia-Pacific LLC
Global Corporate Real Estate
Office: 404.652.5424
Mobile: 404.395.7210

1

Confidential                                                                    GP00157934

# Exhibit 26

# Exhibit 26

| From: | Murphy, Timothy C. |
|---|---|
| Sent: | Friday, February 17, 2012 6:58 PM |
| To: | Hannan, Jim B. |
| Cc: | Knigge, Diana M.; Davis, Michael (GP Law); Smith, Gail A.; Massengill, Dave G. |
| Subject: | FW: Fort Bragg Community Research Proposal |

Good Afternoon Jim,

For your information, the Fort Bragg project team (using an outside research firm) will conduct an anonymous telephone survey of the Fort Bragg community to get a feel for majority opinion of the mill site specific plan and other related issues.  The key driver for this effort comes from the large and spirited crowds we encountered at the most recent public meetings in January and February.  The overwhelming sentiment at the 3 public meetings was not in favor of future redevelopment as proposed in the current draft Mill Site Specific Plan.

The City Manager is confident this is a small, albeit vocal, crowd and does not represent the majority.

The proposed community research will provide a good read on majority opinion of the specific plan, which we can use internally as we weigh our response alternatives to the City Council's feedback and requested plan revisions.  A positive outcome would serve as a useful tool to show community support of the project when working with the Agencies involved in the approval process for the specific plan, dam removal and remediation.  Michael Davis has had good experience with similar research efforts in past remediation projects.

The cost is approximately $10,000.

Please let me know if you have questions or if you do not agree with the survey plan.

Thank you, and have a terrific day.
Tim Murphy
Georgia-Pacific LLC
Global Corporate Real Estate
Office: 404.652.5424
Mobile: 404.395.7210
Fax: 404.232.4557


-----Original Message-----
From: Smith, Gail A.
Sent: Tuesday, February 14, 2012 4:53 PM
To: Knigge, Diana M.; Murphy, Timothy C.; Davis, Michael (GP Law); Massengill, Dave G.
Subject: Fort Bragg Community Research Proposal
Importance: High

Per our meeting Friday, attached is a draft proposal to do some research in the Fort Bragg community on attitudes about the mill site specific plan and other related issues.

The research firm has given us a range of cost options based on length of the interview (i.e. how many questions we would be asking) and the pool of respondents (it's easier to get respondents using the registered voter list versus the overall pool of adults in the Fort Bragg community).

1

Confidential                                                                          GP00206284

Some background on the research firm -- they are a polling firm based in the Washington, D.C. area, but formerly of Atlanta.  They are well-known to GP, having conducted our employee opinion research for a number of years.

They understand we are working with some deadlines ahead of us.

Please let me know if you have any questions.   I will be happy to set up a call or meeting if we need to discuss this more thoroughly.

Thanks.

2

Confidential

GP00206285

# Exhibit 27

# Exhibit 27

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GEORGIA-PACIFIC, LLC,

    Plaintiff,

vs.                    No. C 12-02797 WHO (LB)

OFFICEMAX, INC., et al.,

    Defendants.

_____

    Videotaped Deposition of JULIE RAMING,

    taken at 1180 Peachtree Street, Atlanta,

    Georgia, commencing at 9:01 a.m.,

    Wednesday, July 30, 2014, before

    Anthony D. Lorenz, Certified Court Reporter

    RDR, CRR; CCR-B-2022.

JOB No. 1895042

PAGES 1 - 321

Page 1

A.    You know, I'm trying to remember.  I just -- I can't recall when we did have the meeting.  It was so difficult sometimes trying to get people gathered.  We all traveled so darn much.

Q.    Okay.  Do you recall whether or not it was on that next Monday, but you did have -- whether or not you did have a meeting where these results were discussed?

A.    Yes.

Q.    Okay.  And who was at that meeting?

A.    Oh.  I know Michael was there.  He was to my left, and --

Q.    That's Michael Davis?

A.    Correct.

Q.    Who else?

A.    And Keith Bentley.  I think Ty Darling; Tom Butz, I think was there.  I think Jim Hannan came in, one point.  And that's all I can remember.  Carol Stephens was there.  And I think that's all I can remember.

Q.    All right.  What was Mr. Hannan doing there, if you know?

MS. MORTIMER:  Calls for speculation.

Q.    (By Mr. Blum) I can tell you generally, if you don't know, just say, "I don't know."  I don't

Page 45

want you to speculate, okay?

A.   Other than he was probably -- wanting to be informed about a major project like this.

Q.   And why do you believe this was a major project?

A.   It was probably one of the biggest sites we had at that time.

Q.   Okay.  And what was the general subject of the meeting?

A.   It was discussion of the results, and -- that was it.

Q.   Okay.  Do you have any recollection whether it be month or season or whatever, as to when this meeting took place?

A.   It was probably that winter.

Q.   Okay.  The winter of 2005?

A.   No, '06, probably.

Q.   2006.  All right.  And how long was the meeting for? -- how long did it last, approximately?

A.   I've been retired for two years.  Maybe half hour?

Q.   Okay.

A.   Maybe 20 minutes?

Q.   Were there any consultants there?

A.   No.

Page 46

what document finished?

A.    There was a dioxin report.

Q.    Okay.  But you would agree it doesn't mention it?

MS. MORTIMER:  Misstates her testimony.

THE WITNESS:  However, if you look at Section 3.21, it does include that dioxins and furans were going to be sampled for, in the foundation removal.

Q.    (By Mr. Blum) Correct.  But my question is, is does it discuss the dioxin results that had already been obtained?

A.    No.

MS. MORTIMER:  Misstates the evidence.

Q.    (By Mr. Blum) Okay.

MS. MORTIMER:  With respect to time.

Q.    (By Mr. Blum) And why is that?

MS. MORTIMER:  Calls for speculation.

Q.    (By Mr. Blum) Why doesn't it mention it?

MS. MORTIMER:  Just -- when you say "the dioxin results that were obtained," you're again referencing the October results?

MR. BLUM:  Correct.

THE WITNESS:  There is no report in

Page 76

here with the dioxin report.  I mean, the dioxin report was submitted in -- July?

Q.     (By Mr. Blum) Okay.

A.     So this was actually done before the report and the basis of it.  But it doesn't exclude the dioxin analysis.

Q.     Okay.  You would agree that in January of 2006, even though there was no report, Tetra Tech was aware of the results?

MS. MORTIMER:  Calls for speculation. And again, vague and ambiguous.  Aware of the October results?

MR. BLUM:  Yes.

THE WITNESS:  They were going to evaluate it, though.  I mean, it shows as a constituent of concern in the foundation.

Q.     (By Mr. Blum) I agree.  I will agree --

A.     So --

Q.     -- that dioxins was part of the work plan.

But the issue, though, is, is in 2000- -- in January of 2006, Tetra Tech had knowledge of the results from the October sampling of the waste pile, correct?

MS. MORTIMER:  Calls for speculation,

Page 77

Q.    (By Mr. Smith) And you see where he refers to it as the "Lee Thomas presentation"?

A.    Uh-huh.

Q.    And am I correct that the PowerPoint in 391 is the Lee Thomas presentation that you made?

A.    I'd say yes, it is.

Q.    And am I correct that after you made your presentation, Mr. Thomas said, "Go ahead with the Phase II"?

A.    I would say yes.

Q.    There was a substantial expense associated with the Phase II, wasn't there?

A.    Yes.

MS. MORTIMER:  Vague and ambiguous.

Q.    (By Mr. Smith) And at that time, was it standard practice that Lee Thomas, as the president, would have to prove an expense of that magnitude for remediation?

A.    Yes.

Q.    Okay.  Did that also carry forward after he left and Mr. Hannan became the president of the company?

MS. MORTIMER:  Vague and ambiguous.

THE WITNESS:  I would say so.  All upper management had to review it.

Page 282

Q.      (By Mr. Smith) And when you're asking --

A.      <u>Any budget changes and so forth, yeah</u>.

Q.      All right.  And how many meetings did you have with Lee Thomas on the Fort Bragg remediation project?

A.      I can't recall.  It may have been one or two.  Maybe two.

Q.      When you made this presentation to him, that is in 391, did he have any questions as you gave the presentation?

A.      I'm just going through just to see --

Q.      Sure.

A.      -- how -- the only thing I kind of remember is sitting there, and he asked if this was our best estimate, and I said, "This is the best estimate, based on what we know now."

Q.      Estimate as to cost?

A.      Yes.  Based on what we knew at that point.

Q.      So is that on Page GP92117?

A.      Yes.

Q.      When you're making the presentation, you're presenting the information as you had learned it after the Phase I had been completed, correct?

Page 283

# Exhibit 28

# Exhibit 28

## Garcia, Nan

**From:** Smith, Bob
**Sent:** Wednesday, July 16, 2014 2:58 PM
**To:** Garrou, Douglas (dgarrou@hunton.com); Johnson, Harry M. ("Pete") (pjohnson@hunton.com); Martin, Jeff (jmartin@hunton.com)
**Cc:** Fred Blum ; My-Linh T. Le; Johnson, Michael
**Subject:** Additional depositions in GP v. OMX

Counsel for GP:

We would like to schedule the deposition of Jim Hannan for a time that is convenient to his calendar. Our review of the 150+ emails and the reports and presentations received by him indicate that he attended multiple meetings and was a hands-on manager of this Fort Bragg Demolition and Remediation Project from 2002 onwards. Please let us know your position on this.

By our count, that would make 10 depositions noticed by us. In addition, we wish to notice at this time the following additional depositions:

11. Melody Ruse (your PR person for the FB Project)

12. Fritz Mason (who replaced Dick Benedetti as head of the western region, was responsible for closing operations at the site, and was on the FB Project Team)

13. Roger Sherwood (the environmental manager for the western region who directed environmental matters for the Fort Bragg project from the 1980s onward)

14. Stewart Holm (chief scientist of GP who handled the dioxin issue in the FB Project)

15. TRC COR (the COR will testify as to the destruction of TRC's files due to the failure to receive a litigation hold notice from GP); TRC is unwilling to provide a declaration to this effect given the existing client relationship with GP. We are prepared to discuss with you a stipulation in lieu thereof if you are willing.

We will very likely need to depose a number of other percipient witnesses as the rolling production from GP continues to roll in, but wanted to get this notice out to you now for scheduling purposes. Please let us know your position on this as we hope to proceed with this without the need for seeking judicial intervention.



**R. Gaylord Smith**
Partner
Bob.Smith@lewisbrisbois.com

**701 B Street, Suite 1900**
**San Diego, CA 92101**

**T: 619.699.4975  F:**

 

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

# Exhibit 29

# Exhibit 29

## Garcia, Nan

| | |
|---|---|
| **From:** | Smith, Bob |
| **Sent:** | Thursday, July 24, 2014 7:46 AM |
| **To:** | 'Johnson, Harry M. ("Pete")'; My-Linh T. Le; Fred Blum |
| **Cc:** | Johnson, Michael; Martin, Jeff; Mortimer, Ann Marie; Joseph B. Adams; Vivy Dang |
| **Subject:** | RE: Additional depositions in GP v. OMX |
| **Attachments:** | Additional depositions in GP v. OMX; RE: FRCP 30(b)(6) depo; RE: Additional depositions in GP v. OMX |

Pete, let me respond to your email of this morning in some detail.

1. **Hannan Deposition.**

We have in vain tried to engage you in a meet/confer on the need for Hannan's deposition but you have refused to discuss this.  My July 16, 20014 email to you and the CFB is just one example ("We would like to schedule the deposition of Jim Hannan for a time that is convenient . . .").  Your response was "Jim Hannan will not be deposed in this case."  See your July 22, 2014 email (attached).  You have emphatically staked out your position (erroneously so in my opinion, but you cannot say we haven't tried to meet and confer).  Nonetheless, I am happy to put this on our "meet & confer" agenda for August 4, and I expect the CFB will be willing to meet and confer with you as well.

As for the "justification" for the Hannan deposition, this seems futile since you peremptorily refused to consider producing him.  Nonetheless, let me point out Dionne Rainey admitted (correctly) in our last meet and confer regarding the production of Hannan's emails that over 150 Hannan emails have been produced by other custodians.  While we regard that production as incomplete, the sheer volume of his activity on the Fort Bragg project suggests his importance as a percipient witness.

We are frankly troubled by the representations GP made at the last hearing before Judge Beeler that Hannan attended only "one" meeting where remediation was discussed, and that his participation was only at a "high level" of discussion.  (Doc. #199, 2:14-15.)  The known facts are otherwise.  As the leader of the "Executive Management Committee" he attended numerous meetings on the Fort Bragg remediation project regularly from 2006 through at least the filing of this lawsuit, and was engaged at a granular level of detail in remediation decisions big and small.  For example, he "made the call" in demanding Arcadis' concessions following its errors on the OU-A remediation; when Koch Industries was contacted by the local tribe in Fort Bragg objecting to GP's dealings with the CFB on the mill site, Hannan was tasked by Koch to address the tribe's concerns; Hannan made the call on vendor expenditures as low as $10,000; Hannan expressed dismay over Arcadis' billings and scope of work; Hannan made the call to dismiss Carol Stephens as the project manager not long after she had complained about the withholding of dioxin test results by Julie Raming; and on and on.

2. **Number of Depositions (Percipient)**

Your proposal to give OMX only one more deposition, and GP five more, is unacceptable as unbalanced and unreasonable.  GP, which has owned the mill for the last 41 years, has a virtually monopoly on the witnesses and documents.  OMX should be allowed many more depositions than GP, not the other way around.

OMX is agreeable any number of reasonable proposals.  We thought the CFB's proposal that lists of proposed deponents be exchanged first was reasonable.   Let me list a series of alternatives for you and CFB to consider:

a. Each party to receive an additional five depositions (the number you requested), plus additional depositions subject to a meet/confer process whereby the party seeking more depositions must provide advance written

notice of the names of proposed deponents along with a detailed explanation as to relevancy and the need for such depositions.

b. Each party to receive an additional five depositions now, subject to reserving the right to apply for more.

c. Each party to receive an additional fifteen depositions, period.

Let's see if we can reach agreement. Let me know your position. If we don't agree, then I accept your request to meet and confer on this July 31.

Additionally, with all humility, I can count to ten pretty well, and OMX has not taken ten (or nine) depositions. It has taken seven percipient witnesses and one 30b6 witness (GP) for a total of eight. Your chart lists seven OMX depositions (the eighth being the 30b6 depo of GP). I pointed that out to you in my July 19, 2014 email (attached). Again, let me set forth your chart (the highlighting is mine):

| | | |
|---|---|---|
| 1 | Mohammad R. Bazargani | OfficeMax |
| 2 | Ron Holen | OfficeMax |
| 3 | Richard D. Benedetti | OfficeMax |
| 4 | Douglas A. Heitmeyer | OfficeMax |
| 5 | Paul E. Johnson | OfficeMax |
| 6 | Carol Stephens | City of Fort Bragg |
| 7 | Michael Davis | Defendants |
| 8 | 30(b)(6) of Georgia-Pacific | Defendants |
| 9 | Roger J. Hilarides | Defendants |
| 10 | Donald Moody | City of Fort Bragg |
| 11 | Charles E. Baxman | OfficeMax |
| 12 | Michael Acton | City of Fort Bragg |
| 13 | Sue O'Leary | OfficeMax |

The depositions noticed by others do not count against OMX. The GP 30b6 deposition counts as ONE deposition, not three. OMX did not notice either Hilarides or Davis as percipient witnesses; they were produced by GP as its 30b6 witnesses and therefore were required to answer all relevant questions as a matter of law.

OMX has noticed the 30b6 deposition of Arcadis which you have agreed to produce in our SF office on August 20. That takes us up to nine depositions (including the GP 30b6 deposition). I have asked you for dates for Jim Hannan, among others, and you haven't responded other than to say you won't produce him. We will send out a NOD for him today for the date the CFB selected – and we'll work out with you and the CFB about whose ledger that deposition officially goes on. If the time or place is inconvenient, please let us know and we will be accommodating. We also wish to take the depositions of the other witnesses I have asked you about and await the outcome of our negotiations before noticing them.

Regards, Bob.

---

**From:** Johnson, Harry M. ("Pete") [mailto:pjohnson@hunton.com]
**Sent:** Thursday, July 24, 2014 5:01 AM
**To:** My-Linh T. Le; Smith, Bob; Fred Blum
**Cc:** Johnson, Michael; Martin, Jeff; Mortimer, Ann Marie; Joseph B. Adams; Vivy Dang
**Subject:** RE: Additional depositions in GP v. OMX

I will respond to both Bob's and My-Lin's emails for the sake of efficiency, as well as to the Notice of James Hannan's deposition.

Bob, we went over the count in prior emails and I provided a chart. Please go back and review the chart for the deponents you are omitting. The OMX number is 10 before Arcadis.

My-Lin, I disagree with your email, and it is impossible to provide all the information you demand when CFB has not even completed its ESI production. That said, Bob asked for additional depositions and I responded with a proposal. If you have a counter, please make it. If not, it will impact on Bob's request.

Independent of Bob's request, I hereby request consent of CFB and OMX for GP to have 5 additional depositions for a total of 15. If you decline to consent, let's meet and confer on July 31.

We also received the notice for James Hannan's deposition from CFB. No one from CFB had conferred with us prior to serving the notice, as expressly required by Local Rule 30-1. We assume, then, that the notice is a draft for purposes of commencing the process of conferring under LR 30-1. Fred and My-Lin, if you intended the Notice to be served as final without conferring under LR 30-1, please confirm asap.

As for conferring about the proposed Hannan deposition, neither CFB nor OMX has provided the requisite justification for the deposition. We are confident such justification does not exist, and we will object to the deposition in the absence of a justification. If CFB will provide its purported justification, we will consider it.

Finally, we are still working on our list of outstanding items, and I will get that to you asap.

Regards,

    Pete

**Bio    vCard**



**Harry M. Johnson, III**
Partner
pjohnson@hunton.com
Hunton & Williams LLP
951 East Byrd Street
Richmond, VA 23219
Direct: 804.788.8784
Fax: 804.343.4538
www.hunton.com

---

**From:** My-Linh T. Le [mailto:mtle@behblaw.com]
**Sent:** Wednesday, July 23, 2014 4:26 PM
**To:** Johnson, Harry M. ("Pete")
**Cc:** Smith, Bob; Fred Blum; Johnson, Michael; Martin, Jeff; Mortimer, Ann Marie; Joseph B. Adams; Vivy Dang
**Subject:** RE: Additional depositions in GP v. OMX

Pete,

Your proposal that GP be allowed 5 extra depositions, while allowing OMX only 2 and the City none is overtly unreasonable and therefore behooves GP to provide at least some explanation for the disproportion. The City and OMX cannot provide their respective thoughts or positions on such an arbitrary proposal until GP provides at least the minimum: by identifying (by name and title description) the additional 5 witnesses that GP would like to depose, as Bob provided in his July 16 email below.

**My-Linh T. Le**
*Associate*

500 Washington Street, Suite 700 | San Francisco, CA 94111

direct (415) 403-4464 | main (415) 397-9006
fax (415) 397-1339

**website | vCard | contact | map | email**

**San Francisco | Los Angeles**

This communication may contain privileged and confidential information and is intended only for the addressee(s). Any other use is prohibited. If you have received this message erroneously, please destroy it.

---

**From:** Smith, Bob [mailto:Bob.Smith@lewisbrisbois.com]
**Sent:** Wednesday, July 23, 2014 6:11 AM
**To:** 'Johnson, Harry M. ("Pete")'
**Cc:** Fred Blum; My-Linh T. Le; Johnson, Michael; Martin, Jeff; Mortimer, Ann Marie
**Subject:** RE: Additional depositions in GP v. OMX

Pete, I can't get your first sentence.  OfficeMax has not taken 9 depositions.  We have noticed and taken 9 (and that's counting the 30b6 witness entirely in OMX's corner).  Here are the EIGHT:

1. Barzagani
2. Holen
3. Bennedetti
4. GP 30b6
5. Heitmeyer
6. Johnson
7. Baxman
8. O'Leary.

*Where do you come up with the 9th deposition for OfficeMax?*  The upcoming Arcadis deposition makes 9, not 10.  Do I take if from your email that you refuse to produce the additional witnesses we asked for?

---

**From:** Johnson, Harry M. ("Pete") [mailto:pjohnson@hunton.com]
**Sent:** Tuesday, July 22, 2014 6:53 PM
**To:** Smith, Bob
**Cc:** Fred Blum ; My-Linh T. Le; Johnson, Michael; Martin, Jeff; Mortimer, Ann Marie
**Subject:** RE: Additional depositions in GP v. OMX

Bob,

OfficeMax has already taken 9 depositions and the upcoming Arcadis deposition will make 10.  So, our position is that OMX requires leave of court to take any additional depositions.  In addition, we see no legitimate justification for Jim Hannan to be deposed in this case, regardless of the number of allowable depositions.

We are willing to compromise so that all parties can fairly prepare their cases for trial.  We propose a stipulation among the parties on the following terms:

4

1. OMX will be allowed 2 depositions in addition to the Arcadis deposition.

2. In light of the new claims by the City that were not pending when the original deposition limits were ordered, GP will be allowed to take 15 depositions.

3. Jim Hannan will not be deposed in this case.

We believe this is a reasonable compromise under the circumstances.  Please let me have your thoughts, as well as the City's position.  Regards,

Pete



**Bio   vCard**

**Harry M. Johnson, III**
Partner
pjohnson@hunton.com
Hunton & Williams LLP
951 East Byrd Street
Richmond, VA 23219
Direct: 804.788.8784
Fax: 804.343.4538
www.hunton.com

---

**From:** Smith, Bob [mailto:Bob.Smith@lewisbrisbois.com]
**Sent:** Wednesday, July 16, 2014 5:58 PM
**To:** Garrou, Douglas; Johnson, Harry M. ("Pete"); Martin, Jeff
**Cc:** Fred Blum ; My-Linh T. Le; Johnson, Michael
**Subject:** Additional depositions in GP v. OMX

Counsel for GP:

We would like to schedule the deposition of Jim Hannan for a time that is convenient to his calendar.  Our review of the 150+ emails and the reports and presentations received by him indicate that he attended multiple meetings and was a hands-on manager of this Fort Bragg Demolition and Remediation Project from 2002 onwards.  Please let us know your position on this.

By our count, that would make 10 depositions noticed by us.  In addition, we wish to notice at this time the following additional depositions:

11. Melody Ruse (your PR person for the FB Project)

12. Fritz Mason (who replaced Dick Benedetti as head of the western region, was responsible for closing operations at the site, and was on the FB Project Team)

13. Roger Sherwood (the environmental manager for the western region who directed environmental matters for the Fort Bragg project from the 1980s onward)

14. Stewart Holm (chief scientist of GP who handled the dioxin issue in the FB Project)

15. TRC COR (the COR will testify as to the destruction of TRC's files due to the failure to receive a litigation hold notice from GP); TRC is unwilling to provide a declaration to this effect given the existing client relationship with GP.  We are prepared to discuss with you a stipulation in lieu thereof if you are willing.

We will very likely need to depose a number of other percipient witnesses as the rolling production from GP continues to roll in, but wanted to get this notice out to you now for scheduling purposes.  Please let us know your position on this as we hope to proceed with this without the need for seeking judicial intervention.

 **R. Gaylord Smith**
**Partner**

Bob.Smith@lewisbrisbois.com

**701 B Street, Suite 1900**
**San Diego, CA 92101**

**T: 619.699.4975  F:**

  

## Representing clients from coast to coast. View our nationwide locations.

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

# Exhibit 30

# Exhibit 30

## Garcia, Nan

| | |
|---|---|
| **From:** | Johnson, Harry M. ("Pete") <pjohnson@hunton.com> |
| **Sent:** | Tuesday, July 22, 2014 6:53 PM |
| **To:** | Smith, Bob |
| **Cc:** | Fred Blum ; My-Linh T. Le; Johnson, Michael; Martin, Jeff; Mortimer, Ann Marie |
| **Subject:** | RE: Additional depositions in GP v. OMX |

Bob,

OfficeMax has already taken 9 depositions and the upcoming Arcadis deposition will make 10. So, our position is that OMX requires leave of court to take any additional depositions. In addition, we see no legitimate justification for Jim Hannan to be deposed in this case, regardless of the number of allowable depositions.

We are willing to compromise so that all parties can fairly prepare their cases for trial. We propose a stipulation among the parties on the following terms:

1. OMX will be allowed 2 depositions in addition to the Arcadis deposition.

2. In light of the new claims by the City that were not pending when the original deposition limits were ordered, GP will be allowed to take 15 depositions.

3. Jim Hannan will not be deposed in this case.

We believe this is a reasonable compromise under the circumstances. Please let me have your thoughts, as well as the City's position. Regards,

Pete

**Bio    vCard**



**Harry M. Johnson, III**
Partner
pjohnson@hunton.com
Hunton & Williams LLP
951 East Byrd Street
Richmond, VA 23219
Direct: 804.788.8784
Fax: 804.343.4538
www.hunton.com

---

**From:** Smith, Bob [mailto:Bob.Smith@lewisbrisbois.com]
**Sent:** Wednesday, July 16, 2014 5:58 PM
**To:** Garrou, Douglas; Johnson, Harry M. ("Pete"); Martin, Jeff
**Cc:** Fred Blum ; My-Linh T. Le; Johnson, Michael
**Subject:** Additional depositions in GP v. OMX

Counsel for GP:
    We would like to schedule the deposition of Jim Hannan for a time that is convenient to his calendar. Our review of the 150+ emails and the reports and presentations received by him indicate that he attended multiple meetings and was a hands-on manager of this Fort Bragg Demolition and Remediation Project from 2002 onwards. Please let us know your position on this.

By our count, that would make 10 depositions noticed by us.  In addition, we wish to notice at this time the following additional depositions:

11.  Melody Ruse (your PR person for the FB Project)

12.  Fritz Mason (who replaced Dick Benedetti as head of the western region, was responsible for closing operations at the site, and was on the FB Project Team)

13.  Roger Sherwood (the environmental manager for the western region who directed environmental matters for the Fort Bragg project from the 1980s onward)

14.  Stewart Holm (chief scientist of GP who handled the dioxin issue in the FB Project)

15.  TRC COR (the COR will testify as to the destruction of TRC's files due to the failure to receive a litigation hold notice from GP); TRC is unwilling to provide a declaration to this effect given the existing client relationship with GP.  We are prepared to discuss with you a stipulation in lieu thereof if you are willing.

We will very likely need to depose a number of other percipient witnesses as the rolling production from GP continues to roll in, but wanted to get this notice out to you now for scheduling purposes.  Please let us know your position on this as we hope to proceed with this without the need for seeking judicial intervention.



**R. Gaylord Smith**
**Partner**
Bob.Smith@lewisbrisbois.com

**701 B Street, Suite 1900**
**San Diego, CA 92101**

**T: 619.699.4975  F:**

 

**Representing clients from coast to coast. View our nationwide locations.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

# Exhibit 31

# Exhibit 31

NOEL EDLIN, ESQ. (SBN 107796)
nedlin@behblaw.com
FRED M. BLUM, ESQ. (SBN 101586)
fblum@behblaw.com
FARHEENA A. HABIB, ESQ. (SBN 243405)
fhabib@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339


Attorneys for Defendant/Counterclaimant
THE CITY OF FORT BRAGG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>OFFICEMAX INCORPORATED,<br>LOUISIANA-PACIFIC CORPORATION,<br>AND THE CITY OF FORT BRAGG,<br><br>Defendants.<br><br>AND ALL RELATED COUNTER<br>AND CROSS CLAIMS. | Case No. 3:12-cv-02797-WHO<br><br>**DEFENDANT AND COUNTERCLAIMANT THE CITY OF FORT BRAGG'S NOTICE OF TAKING DEPOSITION OF JAMES HANNAN**<br><br>Date:   September 2, 2014<br>Time:   9:00 a.m.<br>Place:  Lewis Brisbois Bisgaard & Smith<br>        1180 Peachtree Road NE<br>        Suite 2900<br>        Atlanta, GA 30309 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that commencing at 9:00 a.m. on September 2, 2014 and continuing from day to day thereafter excepting holidays and weekends until such deposition is completed, Defendant and Counterclaimant The City of Fort Bragg will take the deposition of James Hannan pursuant to Federal Rule of Civil Procedure 30(b)(1). The deposition will take place at the offices of Lewis, Brisbois, Bisgaard & Smith, 1180 Peachtree Road NE, Suite 2900, Atlanta, GA 30309.

935870

1

The deposition will be taken before a duly licensed court reporter and will be recorded stenographically and/or via video recording. This deposition may also be taken before a videographer and any videotape or digital recording may be intended for possible use at trial.

PLEASE TAKE FURTHER NOTICE that at the time of the deposition, the deponent is requested to produce for copying and inspection writings and other tangible things within his possession, custody or control, described as follows:

Documents, including all Electronically Stored Information, in your possession or control, relating to the Georgia-Pacific mill site located in Fort Bragg, California.

Date:   July 23, 2014                    BASSI, EDLIN, HUIE & BLUM LLP


By:   _____
          FRED M. BLUM
          Attorneys for Defendant
          THE CITY OF FORT BRAGG

935870

2

DEFENDANT AND COUNTERCLAIMANT THE CITY OF FORT BRAGG'S NOTICE OF TAKING
DEPOSITION OF JAMES HANNAN

**Re:**   **Georgia-Pacific, LLC v. OfficeMax Incorporated, Louisiana-Pacific Corporation, And The City Of Fort Bragg**
**United States District Court, Northern District Case No. 3:12-cv-02797-WHO**

**PROOF OF SERVICE – ELECTRONIC TRANSMISSION**

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, EDLIN, HUIE & BLUM LLP, 500 Washington Street, Suite 700, San Francisco, California 94111.

On the date set forth below, I served the within:

**DEFENDANT AND COUNTERCLAIMANT THE CITY OF FORT BRAGG'S NOTICE OF TAKING DEPOSITION OF JAMES HANNAN**

on the following parties:

PLEASE SEE THE ATTACHED SERVICE LIST

 **X**   **BY ELECTRONIC TRANSMISSION**:  I caused a copy of said documents to be sent via electronic transmission to the E-mail addresses listed below.

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on July 23, 2014, at San Francisco, California.

/s/ ADELA AREVALO
_____
ADELA AREVALO

935904

1

PROOF OF SERVICE

# SERVICE LIST

<u>Georgia-Pacific, LLC v. OfficeMax Incorporated, Louisiana-Pacific Corporation, And The City Of Fort Bragg</u>
Our Clients: The City of Fort Bragg
United States District Court, Northern District Case No. 3:12-cv-02797-WHO

| | |
|---|---|
| HUNTON & WILLIAMS LLP<br>Belynda Reck, Esq.<br>Robert Nazarian, Esq<br>Ann Marie Mortimer, Esq.<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071-2627<br>Telephone: (213) 532.2000<br>Facsimile: (213) 532.2020<br>Email: breck@hunton.com<br>rnazarian@hunton.com<br>amortimer@hunton.com | **Attorneys for Plaintiff and Counter-Defendant GEORGIA-PACIFIC LLC** |
| HUNTON & WILLIAMS LLP<br>Dionne C. Rainey, Esq.<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202<br>Telephone: (214) 468.3368<br>Facsimile: (214) 740-7160<br>Email: dcrainey@hunton.com | **Attorneys for Plaintiff and Counter-Defendant GEORGIA-PACIFIC LLC** |
| HUNTON & WILLIAMS LLP<br>Jeffrey N. Martin, Esq. (Admitted *Pro Hac Vice*)<br>2200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 955.1552<br>Facsimile: (202) TBD<br>Email: jmartin@hunton.com | **Attorneys for Plaintiff and Counter-Defendant GEORGIA-PACIFIC LLC** |
| LEWIS BRISBOIS BISGAARD & SMITH LLP<br>R. Gaylord Smith<br>Gordon J. Calhoun<br>Ernest Slome<br>701 B Street, Suite 1900,<br>San Diego, California 92101<br>Telephone: 619.233.1006<br>Facsimile: 619.233.8627<br>bob.smith@lewisbrisbois.com<br>gordon.calhoun@lewisbrisbois.com | **Attorneys for Defendant OFFICEMAX INCORPORATED** |

935904

2

PROOF OF SERVICE

| | |
|---|---|
| ernest.slome@lewisbrisbois.com | |
| GEORGIA-PACIFIC LLC<br>Christopher R. Graham<br>Assistant General Counsel<br>Michael Davis<br>Assistant General Counsel<br>133 Peachtree Street, NE<br>Atlanta, GA 30303<br>**Christopher R. Graham**:<br>Telephone: (404) 652.5140<br>Facsimile: (404) TBD<br>Email: Chris.graham@gapac.com<br>**Michael Davis:**<br>Telephone: (404) 652.7497<br>Facsimile: (404) TBD<br>Email: jmdavis@gapac.com | **General Counsel for Plaintiff and Counter-Defendant GEORGIAPACIFIC LLC** |
| OFFICEMAX INC.<br>Jeffrey D. Neumeyer<br>Vice President & Associate General Counsel<br>Eugene A. Ritti<br>Associate General Counsel<br>1111 West Jefferson St., Ste. 510<br>Boise, ID 83702 | **General Counsel for Defendant OFFICE MAX INC.** |
| LEWIS BRISBOIS BISGAARD & SMITH LLP<br>Michael K. Johson<br>Joseph A. Salazar Jr.<br>Timothy J. Swickard<br>333 Bush Street, Suite 1100,<br>San Francisco, California 94104<br>Telephone: 415.362.2580<br>Facsimile: 415.434.0882<br>michael.johnson@lewisbrisbois.com<br>joe.salazar@lewisbrisbois.com<br>timothy.swickard@lewisbrisbois.com | **Attorneys for Defendant OFFICEMAX INCORPORATED** |

935904

3

# Exhibit 32

# Exhibit 32

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
R. GAYLORD SMITH, # 72726
  E-Mail: bob.smith@lewisbrisbois.com
GORDON J. CALHOUN, # 84509
  E-Mail: gordon.calhoun@lewisbrisbois.com
ERNEST SLOME, # 122419
  E-Mail: ernest.slome@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Tel: 619.233.1006 / Fax: 619.233.8627

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, # 130193
  E-Mail: michael.johnson@lewisbrisbois.com
JOSEPH A. SALAZAR JR., # 169551
  E-Mail: joe.salazar@lewisbrisbois.com
TIMOTHY J. SWICKARD, # 208777
  E-Mail: timothy.swickard@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Tel: 415.362.2580 / Fax: 415.434.0882


Attorneys for Defendant,
OFFICEMAX INCORPORATED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICEMAX INCORPORATED,<br>LOUISIANA-PACIFIC CORPORATION,<br>and THE CITY OF FORT BRAGG,<br><br>Defendants,<br><br>AND RELATED COUNTER-CLAIMS. | CASE NO. 3:12-cv-02797 WHO<br><br>**DEFENDANT OFFICEMAX INCORPORATED'S JOINDER TO THE CITY OF FORT BRAGG'S NOTICE OF TAKING DEPOSITION OF JAMES HANNAN; AND REQUEST FOR DOCUMENTS AT DEPOSITION**<br><br>Date:    September 2, 2014<br>Time:    9:00 a.m.<br>Place:   Lewis Brisbois Bisgaard &<br>         Smith LLP<br>         1180 Peachtree Road NE<br>         Atlanta, Georgia 30309 |

4840-8439-4524.1                                                        3:12-CV-02797 WHO

DEFENDANT OFFICEMAX INCORPORATED'S JOINDER TO THE CITY OF FORT BRAGG'S NOTICE OF
TAKING DEPOSITION OF JAMES HANNAN; AND REQUEST FOR DOCUMENTS AT DEPOSITION

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Defendant, OFFICEMAX INCORPORATED, hereby joins in Defendant and Counterclaimant The City of Fort Bragg's Notice of Taking Deposition of James Hannan, noticed for September 2, 2014 at 9:00 a.m. at the offices of Lewis Brisbois Bisgaard & Smith, 1180 Peachtree Road NE, Suite 2900, Atlanta, Georgia 30309.

The deposition will take place before a Certified Court Reporter authorized to administer oaths and shall be recorded by stenographic record and this deposition may be videotaped and/or audio taped and that the videotape may be used at the time of trial. If, for any reason, Defendant and Counterclaimant The City of Fort Bragg, withdraws its Notice or otherwise decides not to proceed with the deposition as originally noticed, the Deposition will proceed at the aforementioned date and time pursuant to this Notice and Joinder.

PLEASE TAKE FURTHER NOTICE that Defendant joins and hereby requests the deponent produce for inspection and copying all items within his possession, custody or control, requested in The City of Fort Bragg's Notice of Deposition, described as follows:

Documents, including all Electronically Stored Information, in your possession or control, relating to the Georgia-Pacific mill site located in Fort Bragg, California.

DATED: August 1, 2014        LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _____ /s/   Michael K. Johnson _____
     MICHAEL K. JOHNSON
     Attorneys for Defendant
     OFFICEMAX INCORPORATED

4840-8439-4524.1                          2                          3:12-CV-02797 WHO
DEFENDANT OFFICEMAX INCORPORATED'S JOINDER TO THE CITY OF FORT BRAGG'S NOTICE OF TAKING DEPOSITION OF JAMES HANNAN; AND REQUEST FOR DOCUMENTS AT DEPOSITION

## CALIFORNIA STATE COURT PROOF OF SERVICE

Georgia-Pacific LLC v. OfficeMax Incorporated, et al. - File No. 6234.9881

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872.

On August 1, 2014, I served the following document(s):

**DEFENDANT OFFICEMAX INCORPORATED'S JOINDER TO THE CITY OF FORT BRAGG'S NOTICE OF TAKING DEPOSITION OF JAMES HANNAN; AND REQUEST FOR DOCUMENTS AT DEPOSITION**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

### SEE ATTACHED SERVICE LIST

The documents were served by the following means:

☒    (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent from e-mail address lucia.suazo@lewisbrisbois.com to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 1, 2014, at San Francisco, California.

_____
Lucia Suazo

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**SERVICE LIST**
*Georgia-Pacific LLC v. OfficeMax Incorporated, et al.*
United States District Court Case No. 3:12-cv-02797 WHO

| | |
|---|---|
| HUNTON & WILLIAMS LLP<br>Belynda Reck, Esq.<br>Robert Nazarian, Esq<br>Ann Marie Mortimer, Esq.<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071-2627<br>Telephone:    (213) 532.2000<br>Facsimile:    (213) 532.2020<br>Email:        breck@hunton.com<br>              rnazarian@hunton.com<br>              amortimer@hunton.com | **Attorneys for Plaintiff and Counter-Defendant GEORGIA-PACIFIC LLC** |
| HUNTON & WILLIAMS LLP<br>Dionne C. Rainey, Esq.<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202<br>Telephone:    (214) 468.3368<br>Facsimile:    (214) 740-7160<br>Email:        dcrainey@hunton.com | **Attorneys for Plaintiff and Counter-Defendant GEORGIA-PACIFIC LLC** |
| HUNTON & WILLIAMS LLP<br>Jeffrey N. Martin, Esq. (Admitted *Pro Hac Vice*)<br>2200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>Telephone:    (202) 955.1552<br>Facsimile:    (202) TBD<br>Email:        jmartin@hunton.com | **Attorneys for Plaintiff and Counter-Defendant GEORGIA-PACIFIC LLC** |
| HUNTON & WILLIAMS LLP<br>Harry "Pete" Johnson (Admitted *Pro Hac Vice*)<br>Dan J. Jordanger (Pending *Pro Hac Vice* App)<br>951 E. Byrd Street<br>Richmond, VA 23219<br>Telephone:    (804) 788-8784<br>Facsimile:    (804) 343-4538<br>Email:        pjohnson@hunton.com | **Attorneys for Plaintiff and Counter-Defendant GEORGIA-PACIFIC LLC** |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| | |
|---|---|
| BASSI, EDLIN, HUIE & BLUM LLP<br>Noel Edlin, Esq.<br>Fred M. Blum. Esq.<br>Joseph B. Adams, Esq.<br>Iana Zadneprovskaia, Esq.<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>Telephone:   (415) 397-9006<br>Facsimile:   (415) 397-1339<br>Email:   nedlin@behblaw.com<br>   fblum@behblaw.com<br>   jadams@behblaw.com<br>   izadneprovskaia@behblaw.com | **Attorneys for Defendant THE CITY OF FORT BRAGG** |
| GEORGIA-PACIFIC LLC<br>Christopher R. Graham, Esq.<br>Assistant General Counsel<br>Michael Davis, Esq.<br>Assistant General Counsel<br>133 Peachtree Street, NE<br>Atlanta, GA 30303<br>**Christopher R. Graham:**<br>Telephone:   (404) 652.5140<br>Facsimile:   (404) TBD<br>Email:   Chris.graham@gapac.com<br>**Michael Davis:**<br>Telephone:   (404) 652.7497<br>Facsimile:   (404) TBD<br>Email:   jmdavis@gapac.com | **General Counsel for Plaintiff and Counter-Defendant GEORGIA-PACIFIC LLC** |
| OFFICEMAX INC.<br>Jeffrey D. Neumeyer, Esq.<br>Vice President & Associate General Counsel<br>Eugene A. Ritti, Esq.<br>Associate General Counsel<br>1111 West Jefferson St., Ste. 510<br>Boise, ID 83702 | **General Counsel for Defendant OFFICE MAX INC.** |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW