

www.behblaw.com

| | |
|---|---|
| 500 WASHINGTON STREET, SUITE 700<br>SAN FRANCISCO, CA 94111<br>TEL 415-397-9006<br>FAX 415-397-1339 | 333 S. HOPE STREET, 35TH FLOOR<br>LOS ANGELES, CA 90071<br>TEL 213-412-2661<br>FAX 213-652-1992 |

MAIN OFFICE

August 18, 2014

Via ECF Electronic Filing

Magistrate Judge Laurel Beeler
USDC NORTHERN DISTRICT OF CALIFORNIA
San Francisco Courthouse, Courtroom C -15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

      Re:    *Georgia-Pacific, LLC v. OfficeMax Incorporated, Louisiana-Pacific Corporation, And The City Of Fort Bragg*
           United States District Court Northern District Case No. 3:12-cv-02797-WHO
           Our Client:    The City of Fort Bragg

Dear Magistrate Beeler:

      We have received your Order requiring lead counsel to be present at the hearing set for August 21, 2014. Unfortunately, the City of Fort Bragg's lead counsel, Fred Blum, left for a family vacation in Hawaii before your order was served.

      It is assumed that the hearing date is meant to coincide with the Case Management Conference ("CMC") before Judge Orrick. The CMC was scheduled by the parties with the understanding that Mr. Blum would be unavailable at that time. However, it was agreed that the CMC would go forward with co-lead counsel Noel Edlin, instead of Mr. Blum.

      Therefore, Mr. Edlin will be present at the hearing in person and Mr. Blum

Dated: August 19, 2014



949893

Magistrate Beeler
August 18, 2014
Page 2

---

requests your permission to appear by telephone.

        Very truly yours,

        BASSI, EDLIN, HUIE & BLUM LLP

        /s/

        My-Linh T. Le

MTL/acp

Re: **Georgia-Pacific, LLC v. OfficeMax Incorporated, Louisiana-Pacific Corporation, And The City Of Fort Bragg**
**United States District Court, Northern District Case No. 3:12-cv-02797-WHO**

## PROOF OF SERVICE – ELECTRONIC TRANSMISSION

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, EDLIN, HUIE & BLUM LLP, 500 Washington Street, Suite 700, San Francisco, California 94111.

On the date executed below, I electronically served the document(s) via ECF Northern District website*s*, described below, on the recipients designated on the Transaction Receipt located on the ECF Northern District website.

**CORRESPONDENCE RE REQUEST FOR TELEPHONIC APPEARANCE**

On the following parties:

PLEASE SEE SERVICE LIST PROVIDED BY ECF NORTHERN DISTRICT WEBSITE

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on August 18, 2014, at San Francisco, California.


/s/ ALISHA C. PEMBER
_____
ALISHA C. PEMBER

949924