HUNTON & WILLIAMS LLP
550 SOUTH HOPE STREET, SUITE 2000
LOS ANGELES, CALIFORNIA 90071-2627

TEL   213 • 532 • 2000
FAX   213 • 532 • 2020

ANN MARIE MORTIMER
DIRECT DIAL: 213 • 532 • 2103
EMAIL: amortimer@hunton.com

August 20, 2014

FILE NO: 29073.000398

**Via ECF Electronic Filing**

Magistrate Judge Laurel Beeler
U.S. District Court for the
Northern District of California
San Francisco Courthouse,
Courtroom C -15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:   *Georgia-Pacific LLC v. OfficeMax Incorporated et al*.
      United States District Court, Northern District of California, No. 3:12-cv-02797-WHO

Dear Magistrate Beeler:

    We have received your Order requiring all lead counsel to be present at the hearing set for Thursday, August 21, 2014. Harry M. Johnson, Ann Marie Mortimer, and Jeffrey Martin are serving as co-lead counsel for Georgia-Pacific LLC. Mr. Johnson will be present at the hearing in person. Ms. Mortimer and Mr. Martin request your permission to appear by telephone.

Very truly yours,

/s/ *Ann Marie Mortimer*

Ann Marie Mortimer
HUNTON & WILLIAMS LLP

cc:   Harry M. Johnson III
      Jeffrey N. Martin

Dated:  August 20, 2014
Counsel to make the necessary
arrangements through CourtCall.

APPROVED
Judge Laurel Beeler

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071-2627.

On August 20, 2014, I served the foregoing document(s) described as

**CORRESPONDENCE FROM GEORGIA-PACIFIC LLC REGARDING REQUEST FOR TELEPHONIC APPEARANCE**

on the interested parties in this action:

**SEE ATTACHED RIDER**

☒ **By ELECTRONIC MAIL:** by causing a true and correct copy thereof to be transmitted electronically to the attorney(s) of record at the e-mail address(es) listed in the attached **RIDER**.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 20, 2014**, Los Angeles, California.

*/s/ Roxana Guevara*
ROXANA GUEVARA

# R I D E R

| | |
|---|---|
| R. Gaylord Smith<br>bob.smith@lewisbrisbois.com<br>Gordon J. Calhoun<br>gordon.calhoun@lewisbrisbois.com<br>Ernest Slome<br>ernest.slome@lewisbrisbois.com<br>Michael.Johnson@lewisbrisbois.com<br>Joe.Salazar@lewisbrisbois.com<br>Robert.Slaughter@lewisbrisbois.com<br>Timothy.Swickard@lewisbrisbois.com<br>Nan.Garcia@lewisbrisbois.com<br>GeneRitti@officemax.com<br>jeffreyneumeyer@officemax.com<br>dennisradocha@officemax.com<br>melodywhigam@officemax.com<br>**LEWIS BRISBOIS BISGAARD**<br>    **& SMITH LLP**<br>701 B Street, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619-233-1006<br>Facsimile:   619-233-8627 | *Attorneys for Defendant and Counter-Claimant*<br>*OFFICEMAX INCORPORATED* |
| Noel Edlin<br>nedlin@behblaw.com<br>Fred M. Blum<br>fblum@behblaw.com<br>Farheena A. Habib<br>fhabib@behblaw.com<br>mtle@behblaw.com<br>**BASSI, EDLIN, HUIE & BLUM LLP**<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>Telephone: (415) 397-9006<br>Facsimile: (415) 397-1339 | *Attorneys for Defendant and Counter-Claimant*<br>*CITY OF FORT BRAGG* |

**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627