**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| GEORGIA-PACIFIC LLC, | No. C 12-02797 WHO (LB) |
| Plaintiff, | **ORDER REGARDING DISCOVERY DISPUTE AT ECF NO. 224** |
| v. | |
| OFFICEMAX INC, et al., | |
| Defendants. | |
| _____/ | |

For the reasons discussed on the record at the August 21, 2014 hearing, the undersigned denies Georgia-Pacific's motion for a protective order to preclude the City of Fort Bragg's apex deposition of Georgia-Pacific's CEO James Hannan and grants the City the two hours it seeks. *See* ECF No. 224. As the City of Fort Bragg pointed out at the hearing, the issue is ratification by the CEO. The City of Fort Bragg reduced its demand from seven hours to two. That is reasonable given the arguments in the letter brief as amplified at the hearing.

This disposes of ECF No. 224.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 12-02797 WHO (LB)
ORDER