# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| GEORGIA-PACIFIC LLC, | No. C 12-02797 WHO (LB) |
| Plaintiff, | **ORDER REGARDING DISCOVERY DISPUTE AT ECF NO. 225** |
| v. | |
| OFFICEMAX INC, et al., | |
| Defendants. | |

The dispute at ECF No. 225 is about whether OfficeMax's 30(b)(6) witness was adequately prepared.   The court held a hearing on August 21, 2014 and rules as follows.  *First*, if OfficeMax has identified employees who are still living, then it should produce the names and contact information.  *Second*, OfficeMax must identify the date of the JDA.  *Third*, OfficeMax attested that it produced all discoverable information about its insurance policies, and that is sufficient.  The court denies the request for additional deposition time.

This disposes of ECF No. 225.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 12-02797 WHO (LB)
ORDER