UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

GEORGIA-PACIFIC LLC,

                Plaintiff,

    v.

OFFICEMAX INC, et al.,

                Defendants.

_____/

No. C 12-02797 WHO (LB)

**ORDER REGARDING DISCOVERY DISPUTE AT ECF NO. 228**

This letter brief dispute involves disputes about the sufficiency of Georgia-Pacific's production of certain personnel files.  The court held a hearing on August 21, 2014, and orders the following. *First,* Georgia-Pacific must produce the additional files if it has them or indicate that it does not have them (if in fact it does not, which appears to be the case).  *Second*, this is not the kind of dispute that merits a discovery letter brief, and counsel must try to work these things out without involving the court.

This disposes of ECF No. 228.

**IT IS SO ORDERED.**

Dated: August 25, 2014

_____

LAUREL BEELER
United States Magistrate Judge

C 12-02797 WHO (LB)
ORDER