# UNITED STATES  DISTRICT COURT

## Northern District of California

San Francisco Division

GEORGIA-PACIFIC LLC,

         Plaintiff,

   v.

OFFICEMAX INC, et al.,

         Defendants.

_____/

No. C 12-02797 WHO (LB)

**ORDER REGARDING DISCOVERY DISPUTE AT ECF NO. 238**

The letter brief dispute at ECF No. 238 is between GP and the City of Fort Bragg.  The court held a hearing on September 4, 2014 and rules as follows for the reasons stated below and on the record.

*First*, as to RFA 30, GP must answer it.  The RFA is about whether GP was sued at another site. GP declined to answer on the grounds of relevance.  It is relevant regarding intent, and it poses no burden.  While GP may be right that the evidence sought – if introduced at trial – risks confusion and a series of mini trials on side issues, that analysis is a Rule 403 analysis at trial and not a barrier to discovery.

*Second*, as to RFA 33, after discussion on the record, the City withdrew it.

*Three*, as to RFAs 65, 66, 93, 94, 123 to 132, and 135 to 142, these are about deposition summary sheets that essentially were organizational sheets about deposition topics for 30(b)(6) witnesses.  GP disclosed them, and the City wants to know their authorship.  The issue is whether

C 12-02797 WHO (LB)
ORDER

authorship is relevant to establish that these documents were answers of the corporation.  At the hearing, the parties worked out a process to stipulate that the disclosures were answers of the corporation by the 30(b)(6) witnesses.  The process allows GP to preserve any of its ordinary challenges to the admissibility of the answers at trial (*e.g.*, on Rule 403 or other grounds).

*Four,* as to RFA 99, after a discussion at the hearing, the City withdrew it.

*Five*, the parties both asked for costs and fees.  After a fairly amicable hearing on the discovery issues, the parties and the court never discussed the issue of costs and fees.  The court denies the motions.

This disposes of ECF No. 238.

**IT IS SO ORDERED.**

Dated: September 5, 2014

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 12-02797 WHO (LB)
ORDER

2