UNITED STATES DISTRICT COURT

For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

GEORGIA-PACIFIC LLC,

Plaintiff,

v.

OFFICEMAX INC, et al.,

Defendants.

_____/

No. C 12-02797 WHO (LB)

**ORDER REGARDING DISCOVERY DISPUTE AT ECF NO. 237**

The letter brief dispute at ECF No. 237 is between GP and the City of Fort Bragg and is about the sufficiency of GP's responses to the City's contention interrogatories.  The court held a hearing on September 4, 2014, and the parties worked out a solution whereby GP will amend its answers within three weeks to answer the questions specifically.  The parties also raised another dispute at the hearing about the timing of their depositions.  The court previously ruled that it would allow depositions to take place after the fact discovery cut-off on September 26, 2014 to ensure the orderly pace of discovery.  The issue here was about coordination of depositions to avoid extra costs associated with travel time to the East Coast for two witnesses: a third-party witness and the apex deposition of Mr. Hannan.  The depositions will take place on October 6, 2014 and October 7, 2014 to accommodate Mr. Hannan's schedule. This disposes of ECF No. 237.

**IT IS SO ORDERED.**

Dated: September 5, 2014

_____

LAUREL BEELER
United States Magistrate Judge

C 12-02797 WHO (LB)
ORDER