HUNTON & WILLIAMS LLP
Ann Marie Mortimer (SBN 169077)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020
E-mail: amortimer@hunton.com

HUNTON & WILLIAMS LLP
Jeffrey N. Martin (Admitted *Pro Hac Vice*)
Harry M. "Pete" Johnson (Admitted *Pro Hac Vice*)
2200 Pennsylvania Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 955-1552
E-mail: jmartin@hunton.com
pjohnson@hunton.com

Attorneys for Plaintiff and Counter-Defendant
GEORGIA-PACIFIC LLC

[Counsel Listing Continued on Next Page]

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

GEORGIA-PACIFIC LLC,
Plaintiff,
v.
OFFICEMAX INCORPORATED, LOUISIANA-PACIFIC CORPORATION, AND THE CITY OF FORT BRAGG,
Defendants.

AND RELATED COUNTERCLAIMS AND CROSSCLAIMS

CASE NO.: 12-02797-WHO

**JOINT MOTION OF GEORGIA-PACIFIC LLC AND OFFICEMAX INCORPORATED FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS AGAINST OFFICEMAX INCORPORATED**

[*Declaration of Ann Marie Mortimer and Proposed Order filed concurrently herewith*]

Judge: Hon. William H. Orrick
Hearing date: October 15, 2014
Hearing time: 2:00 p.m.
Courtroom 2, 17th Floor

**[ORAL ARGUMENT WAIVED]**

**Complaint Filed: May 31, 2012**
**Amd. Comp. Filed: June 4, 2012**
**2nd Amd. Comp. Filed: May 21, 2013**
**3P Comp. Filed: August 30, 2012**
**1st Amd. 3P Comp. Filed: October 31, 2012**

Case3:12-cv-02797-WHO Document255 Filed09/29/14 Page2 of 10

LEWIS BRISBOIS BISGAARD & SMITH LLP
R. Gaylord Smith (SBN 72726)
Bob.Smith@Lewisbrisbois.com
Ernest Slome (SBN 122419)
ernest.slome@lewisbrisbois.com
701 B Street, Suite 1900,
San Diego, California 92101
Tel: (619) 233-1006 / Fax: (619) 233-8627

LEWIS BRISBOIS BISGAARD & SMITH LLP
Michael K. Johnson (SBN 130193)
Michael.Johnson@Lewisbrisbois.Com
333 Bush Street, Suite 1100,
San Francisco, California 94104
Tel: (415) 362-2580 / Fax: (415) 434-0882

LEWIS BRISBOIS BISGAARD & SMITH LLP
Joseph A. Salazar Jr. (SBN 169551)
Joe.Salazar@Lewisbrisbois.Com
2850 Gateway Oaks Drive, Suite 450
Sacramento, California 95833
Tel: (916) 646-8201/Fax: (916) 564-5444

Attorneys for Defendant, Counter-Claimant, and Third-Party Plaintiff
OFFICEMAX INCORPORATED

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

JOINT MOTION OF GEORGIA-PACIFIC AND OFFICEMAX FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS AGAINST OFFICEMAX
CASE NO. 12-02797-WHO

Case3:12-cv-02797-WHO Document255 Filed09/29/14 Page3 of 10

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby provided that Plaintiff Georgia-Pacific LLC ("Georgia-Pacific") and Defendant OfficeMax Incorporated ("OfficeMax") respectfully request that the Court enter an order (a) approving the settlement between Georgia-Pacific and OfficeMax; (b) barring all claims against OfficeMax, including those for contribution and/or indemnity; and (c) dismissing with prejudice all claims by and against OfficeMax.

This motion is based on the concurrently-filed Memorandum of Points and Authorities, and the entire file in this action. The parties do not request a hearing on this motion. A proposed order is submitted with this motion.

DATED: September 29, 2014

Respectfully submitted,
GEORGIA-PACIFIC LLC

By: /s/ Ann Marie Mortimer
HUNTON & WILLIAMS LLP
Attorneys for Georgia-Pacific LLC

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1

JOINT MOTION OF GEORGIA-PACIFIC AND OFFICEMAX FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS AGAINST OFFICEMAX
CASE NO. 12-02797-WHO

Case3:12-cv-02797-WHO Document255 Filed09/29/14 Page4 of 10

# TABLE OF CONTENTS

I. INTRODUCTION .......... 1

II. BACKGROUND .......... 1

A. The Site Generally .......... 1

B. The Parties' Contentions Regarding Site Contamination .......... 2

C. The Litigation Generally .......... 2

D. The Settlement Between Georgia-Pacific and OfficeMax .......... 3

III. CONCLUSION .......... 4

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

i

JOINT MOTION OF GEORGIA-PACIFIC AND OFFICEMAX FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS AGAINST OFFICEMAX
CASE NO. 12-02797-WHO

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

As a result of substantial arms-length negotiations, and following the third mediation before Retired Federal Judge Layn Phillips in New York City on August 27, 2014, Georgia-Pacific and OfficeMax have, in good faith, settled the claims between them. They now ask the Court, pursuant to well-established authority, to approve their settlement, to bar the remaining claims against OfficeMax, and to dismiss with prejudice all claims in this action asserted by, or against, OfficeMax. Georgia-Pacific and OfficeMax requested the City of Fort Bragg ("the City") to consent to, or agree not to oppose, the motion, but have not yet received a decision from the City.

## II. BACKGROUND

### A. The Site Generally

The Fort Bragg Mill Site (the "Site") was established as a sawmill in 1885 and was owned and operated by predecessors of OfficeMax Incorporated (collectively "OfficeMax"). Operations at the Site expanded over the years, and the original sawmill facility grew to include a plywood and veneer production facility that was operated by OfficeMax.

The City simultaneously grew up around the mill. The City became an incorporated entity in 1889. Georgia-Pacific has alleged that from at least that date, and through the present day, the City has discharged contaminated water onto the Site, and also for a period of many years authorized its residents and its departments to dispose of waste, and to burn waste, on the Glass Beach coastal areas of the site.

OfficeMax operated the Site continuously for 88 years, in an era before comprehensive environmental regulation and before widespread public acknowledgement of the need for environmental protection. Then, in 1973,

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Georgia-Pacific and Louisiana-Pacific Corporation ("Louisiana-Pacific") each purchased a portion of the Site. Georgia-Pacific purchased the bulk of the Site, including the sawmill operation. Louisiana-Pacific purchased the plywood plant, and operated that plant from 1973 until 1977.

Georgia-Pacific halted production at the mill site in August 2002 and initiated the process of closing the Site. The Site is currently unoccupied and unused except for a small office maintained by Georgia-Pacific and a wastewater treatment plant owned and operated by the City. Georgia-Pacific to date has incurred approximately $38 million in costs to investigate and clean up contamination at the Site. Several areas of the site will be targeted for future cleanup work.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**B. The Parties' Contentions Regarding Site Contamination**

OfficeMax denies that it is liable to Georgia-Pacific, under CERCLA or otherwise. Georgia-Pacific contends that OfficeMax's 88 year operation of the mill resulted in the release of a range of hazardous substances onto the Site.

**C. The Litigation Generally**

While the initial procedural history in this matter has been summarized by the Court,[1] there have been several important procedural developments in recent months. First, the Court approved a settlement between Georgia-Pacific and Defendant Louisiana-Pacific. In that settlement, Louisiana-Pacific agreed to pay (and since has paid) Georgia-Pacific the sum of $1.5 million, and all claims by and against Louisiana-Pacific were dismissed with prejudice. Second, OfficeMax and Georgia-Pacific each agreed to dismiss with prejudice all state law claims asserted against each other and against the City, leaving only CERCLA claims for resolution by the Court. Third, the City expanded its claims in the case to include

[1] Order Denying Motion for Summary Judgment ("SJ Order") at 5 (September 18, 2013) (Docket No. 122).

state law causes of action against Georgia-Pacific for fraud, misrepresentation, and breach of contract, and demanded that all of its non-CERCLA claims be tried to a jury. Fourth, Georgia-Pacific and the City also have agreed to settle the claims they have made against each other through mutual dismissals with prejudice, and will be submitting a stipulation for dismissal of those claims.

**D. The Settlement Between Georgia-Pacific and OfficeMax**

On July 29, and 30, 2013, the parties and their counsel engaged in mediation to explore whether it might be possible to settle this case before expending substantial amounts on discovery, motion practice, trial preparation, and trial. The mediation was conducted by the Hon. Layn R. Phillips in San Francisco. Additional meeting sessions were held on December 2, 2013, in San Francisco, and on August 27, 2014, between OfficeMax and Georgia-Pacific in New York City. Following the August 27, 2014, mediation session and some further negotiation by the principals for Georgia-Pacific and OfficeMax, these parties agreed to settle all claims between them. They have finalized a Settlement Agreement and Mutual Release, documenting that settlement. Decl. of Ann Marie Mortimer, at Exh. 1 (the "Agreement").

The Agreement is modeled on the settlement Agreement between Georgia-Pacific and Louisiana-Pacific that was approved by the Court. It provides for dismissal with prejudice of all claims by Georgia-Pacific against OfficeMax, and all claims by OfficeMax against Georgia-Pacific, in exchange for payment from OfficeMax to Georgia-Pacific in the amount of $14,750,000. Agreement at 2. Georgia-Pacific and OfficeMax have agreed that OfficeMax's payment can and should "buy peace" for OfficeMax. Thus, the settlement and payment are conditioned upon this Court dismissing all claims by and against OfficeMax (including cross-claims by the City) with prejudice, and entering a "bar order" protecting OfficeMax. Agreement at 2; *id.* at Exhibit B (Proposed Order).

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Georgia-Pacific and OfficeMax are entitled to this result under well-established law and the facts of this case.

## III. CONCLUSION

The Agreement contains payment and other terms that informed parties, in light of extensive available information, would consider reasonable. Accordingly, and for the reasons stated above, Georgia-Pacific and OfficeMax jointly request that the Court enter an order (a) determining the Agreement has been made in good faith, (b) approving the settlement, (c) dismissing all claims by and against OfficeMax in this litigation, and (d) entering a bar order. A proposed order accompanies this motion.

DATED: September 29, 2014 Respectfully submitted,

| HUNTON & WILLIAMS LLP | Lewis Brisbois Bisgaard & Smith, LLP |
|---|---|
| By: /s/ Ann Marie Mortimer | By: /s/ R. Gaylord Smith |
| Ann Marie Mortimer (SBN 169077)<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020<br>E-mail: amortimer@hunton.com | R. Gaylord Smith (SBN 72726)<br>701 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 699-4975<br>Facsimile: (619) 233-8627<br>E-mail: Bob.Smith@lewisbrisbois.com |
| Jeffrey Martin (Pro Hac Vice)<br>Harry M. "Pete" Johnson (Pro Hac Vice)<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>Telephone: (202) 955-1552<br>E-mail: jmartin@hunton.com<br>pjohnson@hunton.com | Attorney for Defendant and Counter-Plaintiff<br>OFFICEMAX INCORPORATED |
| Attorneys for Plaintiff and Counter-Defendant<br>GEORGIA-PACIFIC LLC | |

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Hunton & Williams LLP
550 South Hope Steet, Suite 2000
Los Angheles, CA 90071

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071-2627.

On **September 29, 2014**, I served the foregoing document(s) described as **JOINT MOTION OF GEORGIA-PACIFIC LLC AND OFFICEMAX INCORPORATED FOR ORDER APPROVING SETTLEMENT AND BARRING CLAIMS AGAINST OFFICEMAX INCORPORATED** on the interested parties in this action:

**By ELECTRONIC MAIL:** by causing a true and correct copy thereof to be transmitted electronically to the attorney(s) of record at the e-mail address(es) listed in the attached **RIDER**.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 29, 2014**, Los Angeles, California.

*/s/ Rita Kim*
RITA KIM

**RIDER**

| | |
|---|---|
| R. Gaylord Smith<br>bob.smith@lewisbrisbois.com<br>Gordon J. Calhoun<br>gordon.calhoun@lewisbrisbois.com<br>Ernest Slome<br>ernest.slome@lewisbrisbois.com<br>Michael.Johnson@lewisbrisbois.com<br>Joe.Salazar@lewisbrisbois.com<br>Robert.Slaughter@lewisbrisbois.com<br>Timothy.Swickard@lewisbrisbois.com<br>Nan.Garcia@lewisbrisbois.com<br>GeneRitti@officemax.com<br>Lewis Brisbois Bisgaard & Smith LLP<br>701 B Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619-233-1006<br>Facsimile: 619-233-8627 | *Attorneys for Defendant and Counter-Claimant OFFICEMAX INCORPORATED* |
| Noel Edlin<br>nedlin@behblaw.com<br>Fred M. Blum<br>fblum@behblaw.com<br>Farheena A. Habib<br>fhabib@behblaw.com<br>BASSI, EDLIN, HUIE & BLUM LLP<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>Telephone: (415) 397-9006<br>Facsimile: (415) 397-1339 | *Attorneys for Defendant and Counter-Claimant CITY OF FORT BRAGG* |

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627