Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>OFFICEMAX INCORPORATED,<br>LOUISIANA-PACIFIC<br>CORPORATION, AND THE CITY OF<br>FORT BRAGG,<br>　　　　Defendants.<br><hr>AND RELATED COUNTERCLAIMS<br>AND CROSSCLAIMS | CASE NO.:  12-02797-WHO<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT DISMISSING CERTAIN CLAIMS, AND BARRING CERTAIN CLAIMS AGAINST OFFICEMAX INCORPORATED**<br><br>*[Joint Motion for Order Approving Settlement and Declaration of Ann Marie Mortimer filed concurrently herewith]*<br><br>Judge:  Hon. William H. Orrick<br>Hearing date:  October 15, 2014<br>Hearing time: 2:00 p.m.<br>Courtroom 2, 17th Floor<br><br>**Complaint Filed: May 31, 2012<br>Amd. Comp. Filed: June 4, 2012<br>2nd Amd. Comp. Filed: May 21, 2013<br>3P Comp. Filed: August 30, 2012<br>1st Amd. 3P Comp. Filed: October 31, 2012** |

[PROPOSED] ORDER APPROVING SETTLEMENT, DISMISSING CERTAIN CLAIMS, AND BARRING CERTAIN CLAIMS AGAINST OFFICEMAX INCORPORATED
CASE NO. 12-02797-WHO

Having reviewed the Joint Motion of Georgia-Pacific LLC ("Georgia-Pacific") and OfficeMax Incorporated ("OfficeMax") for Order Approving Settlement and Barring Claims Against OfficeMax Incorporated (the "Motion"), and the Court having considered the accompanying Memorandum of Points and Authorities, and the non-opposition of defendant the City of Fort Bragg (the "City"), the Court makes the following determinations and rulings:

1.     The City has received notice of the Motion and has had an opportunity to oppose the relief sought by Georgia-Pacific and OfficeMax, and has not objected to it.

2.     The Court finds that the Agreement (a) results from arms-length negotiations involving three separate mediation sessions with a respected neutral mediator; (b) comes in the wake of substantial litigation and discovery that informed the negotiating parties; (c) flows in part from the parties' desire to avoid the expense and uncertainty of litigation; (d) was motivated by a desire for finality; (e) is within the reasonable range of OfficeMax's proportional share of the liability and exposure at issue; and (f) shows no evidence of collusion or fraud.

3.     Accordingly, Georgia-Pacific's claims against OfficeMax, and OfficeMax's claims against Georgia-Pacific, are hereby dismissed with prejudice, and without costs or fees to any party.

4.     Pursuant to Section 6 of UCFA and Section 877.6 of the California Code of Civil Procedure, any and all claims against OfficeMax arising out of the facts alleged in the Second Amended Complaint in this Action, or arising out of the facts alleged by the City in connection with its cross-claims, regardless of when such claims are asserted or by whom, are barred. Such claims are barred regardless of whether they are brought pursuant to CERCLA or pursuant to any other federal or state statute or common law.

[PROPOSED] ORDER APPROVING SETTLEMENT, DISMISSING CERTAIN CLAIMS, AND BARRING CERTAIN CLAIMS AGAINST OFFICEMAX INCORPORATED

CASE NO. 12-02797-WHO

8.    Any and all claims asserted by or against OfficeMax in this action are hereby dismissed with prejudice, and without costs or fees to any party.

IT IS SO ORDERED.

DATED: _____

_____
Hon. William H. Orrick
United States District Judge

[PROPOSED] ORDER APPROVING SETTLEMENT, DISMISSING CERTAIN CLAIMS,
AND BARRING CERTAIN CLAIMS AGAINST OFFICEMAX INCORPORATED
CASE NO. 12-02797-WHO

Hunton & Williams LLP
550 South Hope Steet, Suite 2000
Los Angheles, CA 90071

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071-2627.

On **September 29, 2014**, I served the foregoing document(s) described as **[PROPOSED] ORDER APPROVING SETTLEMENT DISMISSING CERTAIN CLAIMS, AND BARRING CERTAIN CLAIMS AGAINST OFFICEMAX INCORPORATED** on the interested parties in this action:

☒ **By ELECTRONIC MAIL:** by causing a true and correct copy thereof to be transmitted electronically to the attorney(s) of record at the e-mail address(es) listed in the attached **RIDER**.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 29, 2014**, Los Angeles, California.

_/s/ Rita Kim_____
RITA KIM

---

1

# R I D E R

| | |
|---|---|
| R. Gaylord Smith<br>bob.smith@lewisbrisbois.com<br>Gordon J. Calhoun<br>gordon.calhoun@lewisbrisbois.com<br>Ernest Slome<br>ernest.slome@lewisbrisbois.com<br>Michael.Johnson@lewisbrisbois.com<br>Joe.Salazar@lewisbrisbois.com<br>Robert.Slaughter@lewisbrisbois.com<br>Timothy.Swickard@lewisbrisbois.com<br>Nan.Garcia@lewisbrisbois.com<br>GeneRitti@officemax.com<br>Lewis Brisbois Bisgaard & Smith LLP<br>701 B Street, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619-233-1006<br>Facsimile:   619-233-8627 | *Attorneys for Defendant and Counter-Claimant OFFICEMAX INCORPORATED* |
| Noel Edlin<br>nedlin@behblaw.com<br>Fred M. Blum<br>fblum@behblaw.com<br>Farheena A. Habib<br>fhabib@behblaw.com<br>BASSI, EDLIN, HUIE & BLUM LLP<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>Telephone: (415) 397-9006<br>Facsimile: (415) 397-1339 | *Attorneys for Defendant and Counter-Claimant CITY OF FORT BRAGG* |

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

2

29073.000398 EMF_US 49265146v1

PROOF OF SERVICE