Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGIA-PACIFIC LLC,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OFFICEMAX INCORPORATED,<br>LOUISIANA-PACIFIC<br>CORPORATION, AND THE CITY OF<br>FORT BRAGG,<br>　　　　　Defendants.<br><br>_____<br><br>AND RELATED COUNTERCLAIMS<br>AND CROSSCLAIMS | CASE NO.:  12-02797-WHO<br><br>**ORDER APPROVING SETTLEMENT DISMISSING CERTAIN CLAIMS, AND BARRING CERTAIN CLAIMS AGAINST OFFICEMAX INCORPORATED**<br><br>*[Joint Motion for Order Approving Settlement and Declaration of Ann Marie Mortimer filed concurrently herewith]*<br><br>Judge:  Hon. William H. Orrick<br>Hearing date:  October 15, 2014<br>Hearing time: 2:00 p.m.<br>Courtroom 2, 17th Floor<br><br>**Complaint Filed: May 31, 2012<br>Amd. Comp. Filed: June 4, 2012<br>2nd Amd. Comp. Filed: May 21, 2013<br>3P Comp. Filed: August 30, 2012<br>1st Amd. 3P Comp. Filed: October 31, 2012** |

ORDER APPROVING SETTLEMENT, DISMISSING CERTAIN CLAIMS,
AND BARRING CERTAIN CLAIMS AGAINST OFFICEMAX INCORPORATED
CASE NO. 12-02797-WHO

Having reviewed the Joint Motion of Georgia-Pacific LLC ("Georgia-Pacific") and OfficeMax Incorporated ("OfficeMax") for Order Approving Settlement and Barring Claims Against OfficeMax Incorporated (the "Motion"), and the Court having considered the accompanying Memorandum of Points and Authorities, and the non-opposition of defendant the City of Fort Bragg (the "City"), the Court makes the following determinations and rulings:

1.      The City has received notice of the Motion and has had an opportunity to oppose the relief sought by Georgia-Pacific and OfficeMax, and has not objected to it.

2.      The Court finds that the Agreement (a) results from arms-length negotiations involving three separate mediation sessions with a respected neutral mediator; (b) comes in the wake of substantial litigation and discovery that informed the negotiating parties; (c) flows in part from the parties' desire to avoid the expense and uncertainty of litigation; (d) was motivated by a desire for finality; (e) is within the reasonable range of OfficeMax's proportional share of the liability and exposure at issue; and (f) shows no evidence of collusion or fraud.

3.      Accordingly, Georgia-Pacific's claims against OfficeMax, and OfficeMax's claims against Georgia-Pacific, are hereby dismissed with prejudice, and without costs or fees to any party.

4.      Pursuant to Section 6 of UCFA and Section 877.6 of the California Code of Civil Procedure, any and all claims against OfficeMax arising out of the facts alleged in the Second Amended Complaint in this Action, or arising out of the facts alleged by the City in connection with its cross-claims, regardless of when such claims are asserted or by whom, are barred. Such claims are barred regardless of whether they are brought pursuant to CERCLA or pursuant to any other federal or state statute or common law.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

---

ORDER APPROVING SETTLEMENT, DISMISSING CERTAIN CLAIMS,
AND BARRING CERTAIN CLAIMS AGAINST OFFICEMAX INCORPORATED
CASE NO. 12-02797-WHO

5.     Any and all claims asserted by or against OfficeMax in this action are hereby dismissed with prejudice, and without costs or fees to any party.

IT IS SO ORDERED.

DATED: October 20, 2014

_____

Hon. William H. Orrick
United States District Judge